STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

**ORGANIZED CRIME TASK FORCE**

PLANT # 00·016 SRF
00·004 WP

DATE 10/01/00

REEL # 54961/00

LINE # 914-496-6506 INTERCEPTED & RECORDED BY:

PAGE 1 OF 5

MACHINE SERIAL # 213-132

| NAME (Print) | INITIAL |
|---|---|
| J.A. HAFNEK | JAH |
| WA MURPHY | WM |
| P.R. McClain | PRM |
| | |

Changed to _____ at _____
Time Plant Opened 0900  0854AM  Closed 22:43 PRM.

| CALL # | TIME # METER | # CALLED | INT. INIT. | SUBSTANCE OF INTERCEPTED CONVERSATION |
|---|---|---|---|---|
| – | 0854 000 | I/c | JAH | TPT 54961/00 INSTALLED  PLANT I/S |
| 1482 | 1008 000 | 783-3124 | MRT | F/O(SUSANNE) F/E (SISTER) DISCUSS MOTHER Social N.P. M.T.O. |
| 1483 | 1010 007 | call waiting | MRT | I/c M/T(chris) F/O(SUE) DISCUSS Chris bringing home breakfast N.P. M.TO. |
| 1482 | 1011 018 | call waiting | MRT | BACK TO CALL # 1482 - SAME two females N.P. Social |
| 1484 | 11:02 022 | 1-800-444-1621+8125 | MRT | O/G call to beeper # with 8125 ID numbr. 496-6506 let. call number N.P. M.TO. |
| 1485 | 11:04 026 | I/c 914 541-6123 | MRT | M/T(unk) M/O(Chris) SHORT CONVERSATION TO CALL BACK AGAIN LATER. N.P. M.TO. |
| 1486 | 1111 030 | I/c 9H 4968031 | JAH | F/O(Sue) I/I ( ) Social Conv MTO |
| 1487 | 1124 041 | 928 6168 o/c | JAH | No Answer H/U |
| 1488 | 1126 050 | 1212 972 2744 o/c | JAH | Ans Mach e Vinnie + Anns M/O(Chris) -Whistles. |
| 1489 | 1124 058 | 677 932585 o/c | JAH | M/O(Chris) M/T( Billy ) Both discuss Social Event + Social Conv. Bush Party MTO |
| 1490 | 11:35 086 | I/c 914-496-8031 | MRT | F/O(SUE) M/I (chris) RE: going to church together. N.P. M.TO. |

# of intercepted calls 43     # of incriminating calls 0

# of persons not previously intercepted _____

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL
**ORGANIZED CRIME TASK FORCE**

PAGE _2_

DATE _10/1/00_

PLANT # _CO-OV65RF_    LINE # _914-496-6506_    REEL # _S4961/00_    & _____

| CALL # | TIME # METER | # CALLED | INT. INIT. | SUBSTANCE OF INTERCEPTED CONVERSATION |
|---|---|---|---|---|
| 1491 | 1202 / 087 | I/C ##* | MRT | I/c  No ans.  no message left |
| 1492 | 1245 / 100 | I/C 914 511-6123 | MRT | M/I (unk) leaves mess. will be at Chris' home in 10 minutes. |
| 1493 | 1248 / 113 | O/G 496-8031 | MRT | F/O Sue) M/I (Kevin) social call N.P. M.T.O.  social |
| 1494 | 1301 / 131 | I/C 914 783-3124 | MRT | I/c  ans. machine  no mess left N.P. |
| 1495 | 1310 / 137 | I/C 914 783-3124 | MRT | I/c  ans machine  no mess left  U.P. |
| 1496 | 1313 / 141 | 914 I/C 783-3124 | MRT | I/c  "  "  "  "  " |
| 1497 | 1316 / 146 | O/G 496-8031 | MRT | F/O Sosanne)  No ans.  N.P.  M.T.O. |
| 1498 | 1320 / 151 | I/C 783-3124 | MRT | I/c  ans. machine  no mess left. |
| 1499 | 1322 / 156 | 914 783 3124 | JAH | Ans mach plays  No  mess.  left. |
| 1500 | 1333 / 161 | I/C 783-3124 | MRT | Ans machine - no mess. left |
| 1501 | 1404 / 165 | I/C 783 3124 | MRT | Ans machine picks up - no mess. left. |
| 1502 | 1425 / 170 | I/C 783-3124 | MRT | Ans. machine " "  " " |
| 1503 | 1457 / 175 | I/C 783-3124 | MRT | Ans. machine  no mess left. |
| 1504 | 1505 / 179 | 496-8031 | MRT | M/O (Chris)  F/I (~~Kathy~~)  Discuss some child choking  Social call  N.P.  M.T.O. |
| ~~1505~~ | 1505 / 201 | S/M | MRT | Same two discussing incident re: choking  N.P. social |
| 1505 | 1533 / 209 | 914 783 3124 | JAH | Ans Mach Plays- No Mess. left |
| 1506 | 1539 / 214 | 914 783 3124 | JAH | Ans Mach  H/U |
| 1507 | 1539 / 215 | O/G 18886519714 | JAH | Checks # left on Calling Card  (914 226-1242  M/O (Chris) F/I (C-you upset w/me. 1/c A little there are a few things that concern me  Social Conv M/O |

)

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL
**ORGANIZED CRIME TASK FORCE**

PAGE __3__

DATE __10/01/00__

PLANT # __00-016SRF__    LINE # __914-496-6506__    REEL # __S4961/00__    & _____

| CALL # | TIME / # METER | # CALLED | INT. INIT. | SUBSTANCE OF INTERCEPTED CONVERSATION |
|---|---|---|---|---|
| | 1542 241 | S/M | JAH | C- you want me to come today F/t- come later instead about 6 C-I'll see you @ 6 |
| 1508 | 1543 248 | S/C 914 544 9977 | JAH | Ans. Machine Plays   H/U |
| 1509 | 1600 255 | 914 783 3124 F/C | JAH | M/o (Chris) F/t (Karin) U- looking for Sue C- @ Apple Festival Wlr Wide. |
| 1510 | 1602 262 | 8413454-914 2244247 JAH | JAH 2247 | M/o (Chris) F/t ( )  C- you sure you want me to come F/t- yeah you can come I'm just not myself. I need to go away on a beach some where MTO |
| | 1605 283 | S/M | JAH | F/t- use to be able to handle stress, I can't any more MTO |
| | 1606 289 | S/M | JAH | C- you really got to stop that I don't like it @ all   MTO |
| | 1608 296 | S/M | JAH | C- why'd you send that girl to talk to me, she was your friend  F/t- It's the way  MTO |
| | 1609 303 | S/M | JAH | C- left that poor dog in front of my brothers in the truck all day  MTO |
| | 1611 309 | S/M | JAH | C- continues to discuss dog  MTO |
| | 1612 315 | S/M | JAH | Continue to discuss dog possibly biting people  MTO |
| | 1615 322 | S/M | JAH | Continue to discuss a dog w/ hair standing up. C- you go to hug me he don't know you he'll shread you. |
| | 1617 328 | S/M | JAH | C- It's not nice to assume about you because of the divorce. Its not nice to assume about me because of my name and if you don't like my dog cause you assume its not good that means I have to get rid of him?  MTO |
| | 1619 335 | S/M | JAH | F/t- they are their own person. C- its always us against them  MTO |

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL
**ORGANIZED CRIME TASK FORCE**

PAGE __4__
DATE __10|01|00__

PLANT # __OO-016SRF__    LINE # __914-496-6506__    REEL # __S4961/00__    & _____

| CALL # | TIME #/METER | # CALLED | INT. INIT. | SUBSTANCE OF INTERCEPTED CONVERSATION |
|--------|------|----------|------|--------------------------------------|
| 1510cont | 1621 313 | S/M | JAH | %- I don't like you disciplining me I'm 33 |
| | | | | years old I've made some mistakes. C-If I |
| | | | | see some thing I don't like I let people know about |
| | | | | it & I expect people to do same to me. MTO |
| | 1623 351 | S/M | JAH | C-I don't want to argue, you know certain things |
| | | | | are like they are - call ends - end of credit. |
| 1511 | 1643 355 | O/C 755-2654 | JEB | NO ANS. HANGS UP |
| 1512 | 1652 361 | 755-2654 | JHH | Recording- Tel Tub Subscriber Not Avail |
| 1513 | 1704 366 | O/C 755-2654 | JHH | H/U |
| 1514 | 1708 371 | 781-4684 | Jam | HANG UP |
| 1515 | 1710 376 | TC 781-4684 | Jam | M/O (CHRIS)        E/E (VLK) F/L LOOKING FOR |
| | | | | SUSI      M/O NOT HOME YET |
| 1516 | 1733 382 | 691212 912244 | JAH | Ans Machine @ Vinnie & Ann  H/U |
| 1517 | 1813 386 | 845 4252090 | FRM | AVE NICH- N/A. |
| 1518 | 1103 390 | 7833969 | JDM | Ans Mach - H/A. |
| 1519 | 2047 395 | 914 TC 781-4684 | Jam | E/E        F/O (SUSANNE) |
| | | | | TALKING ABOUT APPLE PICKING |
| | | | | SUC/N2 NR. M.To. |
| 1520 | 2106 399 | 917 9563574 | FRM | 496-6506 Pooped # |
| 1521 | 2119 402 | 781 4684 | FRM | F/O        F/E Social child N/P MTO |
| 1522 | 2127 404 | 516 O/C 684-6652 | Jam | F/O (SUSANNE) M/E TALKING ABOUT |
| | | | | WEATHER E/E (SUSAN'S MOTHER) |
| | | | | SUC/N2 NR. M.To. |
| 1523 | 417 | FRM/C/J | FRM | MOM STILL TALKING. N/P MTO. |

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL
**ORGANIZED CRIME TASK FORCE**

PAGE _5R_

DATE _10/1/00_

PLANT # _DO·O16SRF_   LINE # _914·496·6.06_  REEL # _SL961/00_   & _____

| CALL # | TIME # METER | # CALLED | INT. INIT. | SUBSTANCE OF INTERCEPTED CONVERSATION |
|--------|------|----------|------------|----------------------------------------|
| 1523 | 420 | | | 2240 hrs  Play Closed, |
| | | | | Tape SL961/00  removed, |
| | | | | Meter zeroed |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

ORGANIZED CRIME TASK FORCE

PLANT # OO·OK TF

LINE # 84C·496·6SMC    INTERCEPTED & RECORDED BY:

DATE 10/2/00

PAGE 1 OF 5

REEL # S·4962/00

MACHINE SERIAL # 213·172

| NAME (Print) | INITIAL |
|---|---|
| J. A. Hafner | JAH |
| M.R Truncale | MRT |
| Amy J Burns | AJB |
| W.A. MURPHY | WM |
| Peter R. M^Guire | PRM |

Changed to _____ at _____
Time Plant Opened 0902 JAH    Closed 2292

| CALL # | TIME # METER | # CALLED | INT. INIT. | SUBSTANCE OF INTERCEPTED CONVERSATION |
|---|---|---|---|---|
| | 0902 000 | | JAH | TAPE S4962/00 Installed, Audio ON, Plant T/s |
| 1523 | 0930 600 | ### | MRT | F/o ANS. MACHINE NO mess left. CALL |
| | | | | from O.C. JAIL. N.P. M.TO. |
| 1524 | 1021 007 | 914·783·1784 | MRT | F/O (SUSANNE) F/I (UNK) SOCIAL call N.P. |
| 1525 | 1059 023 | 914351 2690 (Allan Rothberg) | JAH | F/O (Sue) M/I (Freuchy) F-chris there? S-No I'll have |
| | | | | him call you when he gets in |
| 1526 | 1044 050 | 783 1784 | JAH | F/O (Sue) F/I (Connie) Social Conv. MTO |
| 1527 | 1105 046 | 516·654·1650 | MRT | F/O SUE) F/I (Aunt Kathy) Social conv. M.TD. |
| 1528 | 1240 056 | 914·782·5934 | MRT | T/C ANS. MACHINE - no mess. left |
| 1529 | 1324 063 | 2139489 | AJB | T/C ANS MACHINE - no message left |
| 1530 | 1415 069 | 914 496·8031 | JUan | F/O (SUSANNE) F/I (KATHY) SOCIAL |
| | | | | CONVERSATION N.P. M.TO. |
| | 1621 080 | S/M | JUan | F/O (SUSANN) F/I (KATHY) F/O I |
| | | | | gaining only 2165 when I |
| | | | | WENT TO THE DOCTOR N.P M.TO. |
| 1531 | 090 | 914 016 496·8031 | JUan | F/O (SUSANN) F/I         TALKING about? |
| | | | | UNK Mi. M.TO |
| 1532 | 107 | 9667767 | PRM | EDDIE Nextel - ANS Machine |

# of intercepted calls ___36___         # of incriminating calls ___1___

# of persons not previously intercepted _____

**STATE OF NEW YORK**
**OFFICE OF THE ATTORNEY GENERAL**
**ORGANIZED CRIME TASK FORCE**

PAGE ___2___
DATE __10/2/00__

PLANT # _CO.O165.RF_  LINE # _845·476·6006_ REEL # _54K2/00_  & _____

| CALL # | TIME # METER | # CALLED | INT. INIT. | SUBSTANCE OF INTERCEPTED CONVERSATION |
|---|---|---|---|---|
| 1532 | | Cont | PRM | 476 6006. Ftr puts in Tele # END |
| | 119 | | | PRM |
| 1533 | 65 119 | 606767 | PRM | M/o chris. M/T Eddie, M/o asks phone questions RE: his cell phone. M/T says the battery is shot. |
| | 1R | S/M. | PRM | M/o + M/T more talk of battery, social w/p M/o |
| | 178 | S/M. | PRM | M/T giving instructions on how to use cell phone. M/T says battery need charging. END |
| 1534 | 65 248 | 75xxx | PRM | M/o chris. M/T — Talk of work on house, M/T come to Atlantic City. M/o has to stay for Anthony's Daughter's chrstening- Social M/O |
| | 883 | S/M | PRM | M/o + M/T more talk of house repair, M/T took info to etf roof. M/o might go w/M/T Social M/O |
| | 519 | S/M | PRM | M/o chris. M/T — 419·0974 M/T gives # for unk EUD. |
| 1535 | 1649 56 | 4190974 | PRM | M/o Chris. M/T Me. asks how "he" was. talk of some situation. M/o + Jerry. M/T says say hr. |

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL
**ORGANIZED CRIME TASK FORCE**

PAGE 3

DATE 10/2/00

PLANT # Oc-016 PF    LINE # 845.476.6506    REEL # 4762/00    & _____

| CALL # | TIME / # METER | # CALLED | INT. INIT. | SUBSTANCE OF INTERCEPTED CONVERSATION |
|---|---|---|---|---|
| 1535 | | con't | PRM | no idea what he is talking about m/o + m/i to meet on wednesday END. |
| 536 | 1548/838 | *673857 847 | PRM | MIC DIG |
| 1537 | 1549/843 | *671 54750 | PRM | SE 147  MIS DIG |
| 1538 | 1550/847/860 | 847/860 | PRM | 147-  NO ANS |
| 1539 | 1550/850 | 1646 2465747 | PRM | m/o chng. m/i —  no ans. what's up w/ Joseph. left a/y mess on m/o machine, m/i w/ chris manning ~~m/i~~ chris manning, might be able to get that for m/o – Carmine from ??? called, what wants to meet w/ m/i. Talk of m/i's T.V. system. N/P MTO |
| | 910 | J/M | PRM | m/o to be home, m/i to call later. Talk of ??? m/i might come up tomorrow. END. |
| 1540 | 1657/924 | 4778273 | PRM | m/o chng. m/i Cheryl. Hello's gtn for m/o. N/F to call bck. END |
| 1541 | 1659/922 | 4968051 | PRM | m/o chng. m/i talk of Joseph – N/P MTO. |
| 1542 | 1734/440 | 94 7/6 782-850 | ??? | NO ANS |
| 1543 | 1758/440 | 7820481 | PRM | NO ANS. |
| 1544 | 1811/447 | J/6 | PRM. | NO ANS. |

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL
**ORGANIZED CRIME TASK FORCE**

PAGE ___4___
DATE _10/2/00_

PLANT # CO-O16CRF    LINE # 845-496-6606    REEL # 54762/00    & _____

| CALL # | TIME # METER | # CALLED | INT. INIT. | SUBSTANCE OF INTERCEPTED CONVERSATION |
|--------|------|----------|-------|----------------------------------------|
| 1545 | 1840/454 | 4778273 | PRM | M/I Kenny M/o chris, v/t says |
|  |  |  |  | that guy who came to pizza top |
|  |  |  |  | came on his own, didn't know that |
|  |  |  |  | M/I knew M/o, Mo+mb to meet the week |
| 1546 | 1838/462 | 518 2646652 | TRM | M/I Dnl F/o Sue Talk to Taylor, |
|  |  |  |  | Social n/p MTO. |
| 1547 | 1846/476 | 7837220 | TRM | F/o Sue F/I Ann, closing bdy FND |
| 1548 | 1854/490 | 914 PIC 496-8031 | 2nd | F/o (Susanne) F/I (Kathy) |
|  |  |  |  | F/o H??? Kevin run up may get keys F/o? |
| 1549 | 1740/484 | I/c | PRM | F/I · Mom f/o· Joe    N/P    MTO. |
| 1550 | 1744/488 | I/c | PRM | F/I -    F/o - Jer. Dnl · X t. T.G. key |
| 1549 | 1844/490 | c/w | TRM | Social    n/p    MTO |
| 1551 | 1744/492 | 7820481 | PRM | F/o Sue F/I Lena - calling get's on N/F MTO |
| 1552 | 477 | I/c | TRM | F/o Sue F/I Mira. N/F    FND |
| 1553 | 1841/501 | c/w | TRM | Fo + Lino N/F MTO |
| 553 | 1035/502 | 914 PIC 496-8031 | 2nd | M/F (Unk)    F/o (Susanne) |
|  |  |  |  | Social MTO NP. |
|  | 2044/511 | S/M | 2nd | F/o (Susanne) C/I (Unk) Talking |
|  |  |  |  | About kids NP. MTO |
| 1554 | 514 | 677 932 PC | PRM | M/o Chris - Toks For ____ N/I |
|  |  |  |  | will be back, Mo to call call. FND |
| 1555 | 2112/521 | 7602468 | TRM | M/o chris - M/I, we serve a certain |
|  |  |  |  | in local area, Mo + M/I trying to schedule |
|  |  |  |  | a meet w/themselfs, talk of customers |

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL
**ORGANIZED CRIME TASK FORCE**

PAGE _5_

DATE _10/2/00_

PLANT # _CO.016 SRF_    LINE _845.476.6.06_    REEL # _54962/00_    & _____

| CALL # | TIME / # METER | # CALLED | INT. INIT. | SUBSTANCE OF INTERCEPTED CONVERSATION |
|--------|------|----------|-----------|----------------------------------------|
| 1555 | | Cont'l | | Subject who is "Creek", MO & MI, |
| | | | | laugh. GNK is 2nd fig.? Very |
| | | ✳ | | strong. MO & MI to meet Wednesday |
| | | | | night or Friday morning. END. |
| 1556 | 2216 / 365 | 914 443-8182 S/C | ?? | M/o chris  M/o phil call taken |
| | | | | on 8182 line  call # 385 |
| | 365 | | | 2232 hrs. EOD  Plant Closed, |
| | | | | Tape 54762/00 removed & |
| | | | | replaced  Meter zeroed |

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

**ORGANIZED CRIME TASK FORCE**

PLANT # _00-016CRF_   LINE # _245-476606_   INTERCEPTED & RECORDED BY:

| | NAME (Print) | INITIAL |
|---|---|---|
| DATE _10/3/00_   PAGE 1 OF ___ | _Ivan J Friguero_ | _96_ |
| REEL # _S4740/00_   MACHINE SERIAL # _213132_ | _K. M'buh_ | _Ph_ |
| Changed to ___ at ___ | _A.T. VANTURINI_ | _AJV_ |
| Time Plant Opened _0f 59_   Closed ___ | _M.R. Truncale_   _& Worthy_ | _Mcc_   _(TG)_ |

| CALL # | TIME #/METER | # CALLED | INT. INIT. | SUBSTANCE OF INTERCEPTED CONVERSATION |
|---|---|---|---|---|
| — | 059/000 | — | 96 | TAPE - 4763/00 installed Plant I/S |
| 1557 | 059/000 | 411 | 96 | Info- Newheiser NY Rect + AV warehouse   995-565-CRF |
| 1558 | 0707/017 | 7650701 | 96 | Mle(cAns) Ray please MLE #¹ Rect + AU - bridon. MLE he's not in the Building - Leave a message he goes to New Hartwich MLE you get a number MLF you can try 518-731-7700 MLO he doesnt load up teil 9:30 Plant MLF feels typical he comes back after 4Pm MLe thank you. |
| 1559 | 715/052 | 714-783 7964 o/c | 96 | No mssge, no answer |
| 1560 | 1112/061 | 1519 731-7700 | 96 | MLF(SFF)R+U lost house MLe is Ray there MLF he's out, MLe 917 998 3976 this colomba. MLF make sure he gets it. |
| 1561 | 1126/082 | 1800 336675 | 96 | Automated Chase Bank 11982 7115 333101 1995 Mercedes Loan #1,111.73 due 9/7/2000 11/5/200 - pay off 24,186.00 MTC - NP |
| *1562 | 1132/116 | 9147802977 | 96 | MLF(viti) MLO(cAns) how you doing. make an arrangement end of the week MLF(viti) calling earlier |

# of intercepted calls _38_   # of incriminating calls _2_

# of persons not previously intercepted ___

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL
ORGANIZED CRIME TASK FORCE

PAGE 2
DATE 10/3/00

PLANT # OC-0165RF   LINE # 845-496-6506   REEL # S-4963/00   & _____

| CALL # | TIME # METER | # CALLED | INT. INIT. | SUBSTANCE OF INTERCEPTED CONVERSATION |
|---|---|---|---|---|
| 1563 | 11:34 /134 | Continued | JKy | M/O No problem   M/I problem 175 Last year Specobril 2275 you give all together 110 27¢ a week erophile, M/I if I have too. I appreciate it. |
| 1563 | 11:52 /151 | 411 | MRT | Call for information M/O Chris - requested Windsor Limo. 845-986-8667. Warwick N.Y. |
| 1564 | 11:54 /168 | O/G 816-555-1212 | MRT | Info. P.G.M. Finances - Merrick LI. 800-571-6663 M/O chris |
| 1565 | 11:55 /182 | O/G 800-571-6663 | MRT | M/O(chris) Ans. Machine Chris asks Roy to beep Chris. |
| 1566 | 11:56 /195 | O/G 986-8667 | MRT | M/O(chris) M/I (John) speak about buddy who needs loan, losing boat from mortgage company. Discuss 2nd subject ref. loan. M/O tells M/I guy who needs money is to call John. M/O tells John about guy spending all kinds of money on boats, limos etc. Appears Chris is buying Limo service w/ Warwick Limo - Windsor Limo's. |
| 1567 | 1200 /251 | O/G 259- | MRT | M/O Chris.   Construction M/I (Eddie) gives Windsor Limo number. Discuss getting party involved. M/I asks for Roy's number at loan company. Discuss having bad luck being involved with |

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL
ORGANIZED CRIME TASK FORCE

PAGE _3_

DATE _10/3/00_

PLANT # _OO-016SRF_    LINE # _845-496-6506_    REEL # _S-4963/00_  &  _____

| CALL # | TIME # METER | # CALLED | INT. INIT. | SUBSTANCE OF INTERCEPTED CONVERSATION |
|---|---|---|---|---|
| 1567 (CONT.) | | | | UNKNOWN SUBJECT. M/o gives M/I loan |
| | | | | company number 800-571-6663. |
| | | | | M/o asks M/I what happened to him. |
| | | | | M/I tells m/o that he took at |
| | | | | $500,000 hit on a job. M/I tells |
| | | | | m/o he has 3.5 million in jobs |
| | | | | coming up. M/o discuss M/I oweing |
| | | | | $450,000. CONVERSATION RE: BANK LOANS |
| | | | | and MORTGAGE loan from P.G.M. FINANCES. |
| 1568 | 1200/320 | o/s 481-3423 | MRT | ANS machine (ANGELO) M/o chris leaves |
| | | | | mess. for ANGELO to call him. |
| 1569 | 1207/332 | 6497367992 5468 | MRT | H/U |
| 1570 | 1254/340 | 3512670 | JL | H/U |
| 1571 | 1232/342 | 3512690 | JL | C YF ans. machine M/o francey chris returning call |
| 1572 | 1253/347 | 9286168 | JB | M/o (chris)   H/U |
| 1573 | 1253/350 | 9286605 | JB | # Disconnected H/U |
| 1574 | 1338/354 | 9286168 | JB | M/o (chris) — H/U |
| 1575 | 1339/357 | o/s | JL | Investico # 1-800 997 9256 6582 1067/8 5552/357 |
| 1576 | 1353/361 | 1-800-997-9925 | MRT | Call not completed. N.L. M.TD. |
| 1577 | 1350/363 | 6772376 | JL | M/I whats going on with can purve, I'm going to |
| | | N/I is a machine wants to see person cause SK | | | the City Re: mcvie, M/o what are you doing M/I |
| | | | | with leo bricke he was at ladres he at kee |
| | | | | Jo have you seen Dominic + M/o no, M/I |
| | | | | Commetion started at some Company facing |

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL
ORGANIZED CRIME TASK FORCE

PAGE __4__

DATE _10/3/00_

PLANT # __00-0165PF__    LINE # __845-476-6506__    REEL # __S-4763/60__   &  _____

| CALL # | TIME # METER | # CALLED | INT. INIT. | SUBSTANCE OF INTERCEPTED CONVERSATION |
|---|---|---|---|---|
| 1577 | 1355 700 | Continued | for | M/B must have been Brunswick went in like a |
|  |  |  |  | Steam tire pole, me and Willy going to forward |
|  |  |  |  | M/W need anything from people @ corner |
|  |  |  |  | M/I no he doesn't look in here. M/I when |
|  |  |  |  | we going to Willie's I need to get a suit |
|  |  |  |  | M/O lets go this week, M/I + M/O talk of |
|  |  |  |  | suits M/O I get like 20 suits M/I he know |
|  |  |  |  | @ canal st (Chinese) Ti. I must it I get to go |
|  |  |  |  | to Japan. |
| 1578 | 1410 842 | CTC 9286259 9686 | 96 | M/O (this) — U/U |
| 1579 | 1418 447 | CTC 9286168 | 96 | M/I (this) — U/U |
| 1580 | 1479 447 | 9286168 | 96 | U/U |
| 1581 | 1479 459 | 411 | 9 | Highland mines Post office 914 9286140 |
| 1582 | 1479 465 | CTC 9286140 | 9 | M/O is Jeff Welch in 9286560 |
| 1583 | 1479 471 | CTC 9286560 | 99 | M/I Hudson valley Post office Jeff Welch back Uh |
|  |  |  |  | M/O 945 3976 have him phone me. |
| 1584 | 1479 479 | 4968031 | na | F/I (na) F/U. ) Social Conversation M/O NF |
| 1585 |  | 983 | U/n | are T___ the S/how new work for |
| 1586 | 1590 453 | 17324462 | na | F/I ) Get in here F/U ) TI (na) bra. |
| 1587 | 1599 500 | 17324462762 | e | F/I. ) F/U ) are you seated Social Conversation NTC n? |
| 1588 | 1505 507 | U/U 071 | WU | U/F - U/F — U/P NTU |
| 1589 | 130 512 | I/C | U/n | U/F - I/F - ask for Susan C Columbo/no |
| 1590 | 1599 515 | ### | 9JU | NO ANS. |

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL
ORGANIZED CRIME TASK FORCE

PAGE 5
DATE 10/03/00

PLANT 00-016 RF   LINE # 845-496-6906   REEL # 54962/00   &

| CALL # | TIME # METER | # CALLED | INT. INIT. | SUBSTANCE OF INTERCEPTED CONVERSATION |
|--------|------|----------|-----------|----------------------------------------|
| 1594 | 1851 / 516 | | 92V | off Hook - REC'D'G  MTO |
| 1591 | 1907 / 521 | 9983976 | (W) | PAGER. |
| 1592 | 2002 / 522 | 496-8035 9/3 | (W) | W/F (?) - W/F - SOCIAL  W/P |
| 1593 | 2009 / 529 | 914  11C 496-8031 | 92V | F/o (   )  M/L(   )  F/o ( CHAIS IS OUT ) |
| — | | — | — | CHILD aN - MTO |
| 1594 | 2101 / 539 | # # #  1K | 92V | F/d )  f/l ( ) N P MTO |
| — | 2055 / 541 | | (W) | TAPE 54963/00  REMOVED |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

**ORGANIZED CRIME TASK FORCE**

PLANT # __OD - 0165RF__    LINE # __914-496-6506__    INTERCEPTED & RECORDED BY:

DATE __10/4/00__    PAGE 1 OF __3__

REEL # __$4964/00__    MACHINE SERIAL # __213-132__

| NAME (Print) | INITIAL |
|---|---|
| M.R. Truncale | MRT |
| A.T. Vanturini | ATV |
| J.A. Hafner | JAH |
| | |

Changed to _____ at _____

Time Plant Opened __0855 hrs__    Closed __2310 JAH__

| CALL # | TIME # METER | # CALLED | INT. INIT. | SUBSTANCE OF INTERCEPTED CONVERSATION |
|---|---|---|---|---|
| — | 0852 000 | | | RECORDER ON - PLANT ils |
| 1595 | 0908 000 | I/C 914 351-2690 | MRT | M/I (Frankie) M/O (Chris) - M/I tells N/O |
| | | | | he will see him Friday. N.P. M.T.O. |
| 1596 | 0950 008 | I/C 783-1784 | MRT | F/I ( ) F/O (Susanne) Social call |
| | | | | N.P. M.T.O. |
| 1597 | 1041 018 | I/C 718-866-0348 | MRT | I/C. Ans machine - no mess. left. |
| 1598 | 1139 031 | I/C 212-351-5382 | MRT | I/C Ans. machine M/I (Robin) leaves |
| | | | | mess for Chris to call him. N.P. M.T.O. |
| 1599 | 1230 045 | O/G 800-997-9925 | MRT | O/G call - call not completed M.T.O. |
| 1600 | 1310 049 | F/I 781-4684 | MRT | F/I (unk) F/O (Sue) F/I to call back. |
| 1601 | 1319 059 | I/C 781-4684 | MRT | F/I (unk). F/O Sue / social call N/P M.T.O |
| 1602 | 1324 070 | O/G 718 244-2242 | MRT | N/O (Chris) F/I (Blossom) Chris called to |
| | | | | talk to (Randy) Discuss furniture delivery. |
| | | | | Randy tells Chris he has Grand Jury tomorrow |
| | | | | on his case, Randy is Defendant, Randy's |
| | | | | arrest was on Chris birthday. Randy |
| | | | | Discusses closing his business and working |
| | | | | for someone else. |

# of intercepted calls __28__    # of incriminating calls __2__

# of persons not previously intercepted __0__

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL
ORGANIZED CRIME TASK FORCE

PAGE 2

DATE 10/4/00

PLANT # 00-016 SRF    LINE # 914-496-6506    REEL # S/4964/00    & _____

| CALL # | TIME # METER | # CALLED | INT. INIT. | SUBSTANCE OF INTERCEPTED CONVERSATION |
|---|---|---|---|---|
| 1602 | 1335 | OUT+IN S/m | MRT | Call still social - discuss family |
|  |  |  |  | Same two subjects M/O (Chris) M/I (Randy) |
|  | 1338 77 | S/m | MRT | Same two subjects social call M.T.O. |
| 1603 | 1343 185 | 914-781-4684 | MRT | M/I (Randy) M/O (Chris) Discuss guy who owns |
|  |  |  |  | owned clubs. M/I said subject looking |
|  |  |  |  | to do business in M/I's neighborhood. |
| 1604 | 1347 206 | O/G 755-2654 | MRT | O/G M/O (Chris) calls cellphone. 755-2654. |
| 1605 | 1348 212 | 781-4684 | MRT | F/I (unk) M/O (Chris) F/I looking for |
|  |  |  |  | Susanne F/I sister (Kath.) social |
|  |  |  |  | call N.P. M.T.O. |
| 1606 | 1443 236 | f/c 914 496-6779 | MRT | F/O (Susanne) F/I (Kath) F/O asks about getting |
|  |  |  |  | Appointment (Hair/etc.) social call N.P. M.T.O. |
| 1607 | 1455 250 | f/c 718-266-0348 | MRT | F/O Susanne) F/I (unk) social call N.P.A.T.O. |
| 1608 | 1544 257 | 888345 8002 | JAH | Phillips Medical - Karim Stanley - Checking Messages |
| 1609 | 1455 268 | ## * 1/c | JAY | ANS MACH - Happy Birthday Sue |
| 1610 | 1813 273 | 3/c ### | JHH | H/u. |
| 1611 | 1826 299 | 3/c 914 422 1088 | JAH | Ans Mach "Hi Chris its Anthony give me a call when |
|  |  |  |  | you get in by. |
| 1612 | 1829 284 | 3/c ### * | JAH | Ans Mach H/U |
| 1613 | 2027 288 | 3/c 914 781 4684 | JAH | Ans Mach H/U |
| 1614 | 2040 292 | O/G 3286032 | JAH | No Answer |
| 1615 | 2040 298 | 2 37011 | JAH | M/O (Chris) 'I/ ( ) C-Robert Home - F/I-went to work |
| 1616 | 2041 305 | 1917333 2916 | JAH | Pager 496-6506 |
| 1617 | 2045 308 | ## * 1/c | JAY | F/O ( ) F/I ( ) N.P.M.T.O |

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL
ORGANIZED CRIME TASK FORCE

PAGE _3_

DATE _10/4/00_

PLANT # _OO-O16SRF_    LINE # _914-446-6506_ REEL # _S4964/00_ & _____

| CALL # | TIME # METER | # CALLED | INT. INIT. | SUBSTANCE OF INTERCEPTED CONVERSATION |
|--------|------|----------|-----|----------------------------------------|
| 1618 | 2055 313 | 18009622620 | JAH | H/U |
| 1619 | 2056 314 | 19009622020 | JAH | Lottery # |
| 1620 | 2119 321 | 9419839820 | JAH | F/o (Sue)  F/I ( ) Re House Cleaning MTO |
| 1621 | 2116 326 | 496-8031 | JJV | F/o ( ) MI ( ) Ask About Birthday - Child On MTO |
| 1622 | 2231 330 | 19173332846 | JAH | Pager 914-446-6506 |
| 1623 | 2310 331 | | JAH | Audio Off  Plant OOS |

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

## ORGANIZED CRIME TASK FORCE

PLANT # _00 - 016SRF_          LINE # _914-496-6506_

DATE _10 5 00_              PAGE 1 OF _2_

REEL # _$4965 00_

MACHINE
SERIAL # _213-132_

Changed to _____ at _____

Time Plant Opened _1415_  Closed _2248_

INTERCEPTED & RECORDED BY:

| NAME (Print) | INITIAL |
|---|---|
| Y Worthy | YW |
| Amy Burns | AB |
| W. Murphy | WM |
| J. A. Hafner | JAH |

| CALL # | TIME / METER | # CALLED | INT. INIT. | SUBSTANCE OF INTERCEPTED CONVERSATION |
|---|---|---|---|---|
| — | 1411 / 000 | | YW | RECORDER ON - PLANT 1/s |
| 1623 | 1420 / 000 | 914 7551190 | YW | Answering machine - Tommy looking for |
| | | | | Catherine (?) |
| | 1420 / 011 | — | YW | line Surge |
| 1624 | 1421 / 011 | 914 7816268 | YW | Answering machine - no message left |
| 1625 | 1422 / 019 | | AB | line Surge |
| 1626 | 1520 / 20 | | AB | ANS MACH - NML |
| 1627 | 1551 / 050 | 201 3079100 | AB | Answering machine - Deb for Sue |
| | | | AB | leaves message. |
| 1628 | 1552 / 041 | — | AB | line Surge |
| 1629 | 16 / 041 | | W | ANS MACH. - NML |
| 1630 | 1719 / 047 | 2 C | JAH | Ans. Mach. NML |
| 1631 | 1802 / 053 | 914422 4096 | JAH | Ans Mach - It's Anthony can you ret. any calls |
| 1632 | 1823 / 063 | 914 7551190 | JAH | Ans Mach H/U |
| 1633 | 1841 / 069 | 9286 16700 | JAH | F/o (Sue) M/s (Thomas) Social Conv MTO |
| 1634 | 1844 / 083 | 1888 345 8002 | JAH | Checking Karla Stanley Messages MTO |
| 1635 | 1853 / 093 | 914-496 8201 | JAH | F/o (Sue) M/I (Anthony C) looking for Chris S- Not |
| | | | | in. Both discuss a Christening |

# of intercepted calls _19_     # of incriminating calls _0_

# of persons not previously intercepted _____

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL
**ORGANIZED CRIME TASK FORCE**

PAGE __2__

DATE __10/05/00__

PLANT # __00-016SRF__    LINE # __914-496-6506__    REEL # __54965/00__    & _____

| CALL # | TIME / METER | # CALLED | INT. INIT. | SUBSTANCE OF INTERCEPTED CONVERSATION |
|--------|------|----------|------|--------------------------------------|
| 1636 | 1938 / 115 | 1518 654 6652 o/c | AH | No Answer  H/U |
| 1637 | 2009 / 129 | 15186546652 o/c | AH | No Answer  H/U |
| 1638 | 2011 / 138 | 19179983764 o/c | AH | Payer   496 6506 |
| 1639 | 2024 / 141 | 1## ### x | AH | H/U |
| 1640 | 2026 / 144 | 15186546652 | AH | F/o (Sue) M/I ( Small H/I ( ) Social Conv MTO |
| 1641 | 2051 / 167 | 19179983761 o/c | AH | Payer  496-6506 |
| 1642 | 2106 / 170 | ### SIC | AH | F/o (Sue) M/I ( Chris ) Small H/I ( ) Social Conv. MTO |
| 1643 | 2240 / 187 | | AH | AUDIO  OFF / PLANT  O.S. |

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

ORGANIZED CRIME TASK FORCE

PLANT # OD-O116SRF
DATE 10/06/00
REEL # S4966/00

LINE # 914-496-6506
PAGE 1 OF 4
MACHINE SERIAL # 213-132

INTERCEPTED & RECORDED BY:

| NAME (Print) | INITIAL |
|---|---|
| J McCabe | ⌐ |
| Leslie Millington | ℓ |
| JJ Figueroa | JJF |
| A.T. VANTURINI | AJV |

Changed to _____ at _____

Time Plant Opened 0904    Closed 7755

| CALL # | TIME # METER | # CALLED | INT. INIT. | SUBSTANCE OF INTERCEPTED CONVERSATION |
|---|---|---|---|---|
| | 0904 / 000 | — | ⌐ | TAPE S4966/00 Installed, Audio ON, PLANT T/S |
| 1643 | 0945 / 000 | 914 760 5403 11c | ℓ | Fcl(Sue) MT (Bill) - hang up |
| 1644 | 0950 / 011 | 914 261 5403 11c | ⌐ | MT(Bill) - on way up for lunch |
| 1645 | 1002 / 031 | 845 486 0840 11c | ℓ | Wrong # |
| 1646 | 1011 / 036 | 845 527 1404 | ℓ | Fcl(Sue) - MI ( ) - discuss daughter. Mcl Chris) gets on phone. MI ( ) got message but unsure of phone # Chris will call with # later |
| 1647 | 1019 / 078 | 914 528 6560 | ℓ | Mol(Chris) MI (Joel) to meet tomorrow. around J 3p/p |
| 1648 | 1130 / 087 | 11c | ℓ | MIF. In about 1/2 hour. Mo-Yes. Ok |
| 1649 | 1135 / 091 | 779 779-2859 9/9 | ℓ | Recording leave message. M/o - No message left (Chris have to woman in background) |
| 1650 | 1143 / 101 | 228-4550 | ℓ | Fls- who's calling. Please hold. He'll be right w/you. M/o Chris Colombo. |
| | | | — | Mls. Steve Qn/ Ok. M/one weeding. Discuss putting motions in regarding house & mortgage for Ginger. |
| 1651 | 1141 / 140 | 800 9979 715 | ℓ | Calling card. Mol(Chris). MI (Ginger) - Chris tells off to check mol for motions - Discuss problems with kids |

# of intercepted calls ___51___    # of incriminating calls ___0___

# of persons not previously intercepted ___1___

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL
**ORGANIZED CRIME TASK FORCE**

PAGE _2_

DATE _10/06/00_

PLANT # _DO-016SRF_  LINE # _914 456-6506_  REEL # _54966/DO_  & _____

| CALL # | TIME / # METER | # CALLED | INT. INIT. | SUBSTANCE OF INTERCEPTED CONVERSATION |
|--------|------|----------|------|----------------------------------------|
| 1652 | 1033 / 172 | 8863368003 | L | Fo(Sue) for Karen - message |
| 1653 | 1240 / 186 | 781468Y | L | Fo(Sue) FI( ) NPMTO |
| 1654 | 1243 / 201 | 671800500806 | L | mo(Chris) - checking on first call |
| 1655 | 1308 / 210 | 81470146 | L | No message |
| 1656 | 315 / 217 | 496414 | L | Fo(Sue) hair appointment |
| 1657 | 332 / 222 | 9147814684 | L | Fo(Sue) - FI( ) NAMTO |
| 1658 | 1334 / 227 | 347120 | L | Fo(Sue) - MI(Chris) - NPMTO |
| 1659 | 400 / 237 | 3414152 | L | Busy |
| 1660 | 1401 / 240 | 3411952 | L | Busy |
| 1661 | 1407 / 241 | 3411952 | L | Hang up |
| 1662 | 1408 / 244 | 3411952 | L | Fo(Karen). For Karen NPMTO |
| 1663 | 1411 / 260 | 80834Steve | L | Message retrieval by Karen |
| 1664 | 1434 / 267 | 8883 Steve | L | Fo(Karen) - FI(Gene) NPMTO |
| 1665 | 1437 / 285 | 344.1552 0/6 | ge | Busy |
| 1666 | 1437 / 286 | " | R | " |
| 1667 | 1437 / 288 | " | Re | " |
| 1668 | 1437 / 289 | " | Re | " |
| 1669 | 1437 / 270 | " | Re | " |
| 1670 | 1437 / 291 | " | Re | " |
| 1672 | 1437 / 292 | 441852 0/6 | Re | ++ Records for medical services MTO |
| 1673 | 437 / 302 | " | Re | " " " |
| 1674 | 1446 / 306 | 1c (CW) | Re | Fo-Sue keep him Mo Jerry - Were's he OK |
| 1675 | 52 / 311 | 714496831 | L | Ans Machine — FI( Indaible )or Anthonie Han |
| 1676 |  / 321 | Steve ? |  |  |

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL
**ORGANIZED CRIME TASK FORCE**

PAGE __3__

DATE _10/06/2000_

PLANT # _00-0165Rf_    LINE # _914-496-6506_    REEL # _54766/00_ & _____

| CALL # | TIME / # METER | # CALLED | INT. INIT. | SUBSTANCE OF INTERCEPTED CONVERSATION |
|---|---|---|---|---|
| 1677 | 1813 / 326 | #H * | 8 | Ans Machine |
| 1678 | 1830 / 380 | ##  * | a2V | ANS MACH - H/U |
| 1679 | 1913 / 334 | 914 787789 | 8R | F/c( ) hed on  F/I(  )  okay  F/c  she |
| — |  | — | — | ask me to take message f/A  til be here 7 |
| — |  | — | — | o'clock  tomorrow. |
| 1680 | 1924 / 352 | 783-8916 | a2V | F/o( )  F/I( )  6652 - CALL you BACK |
| 1681 | 1925 / 356 | 654-6652 | a2V | NPMTO |
| 1682 | 1943 / 363 | c/w | a2V | F/o( )  M/i ( )  NP MTO |
| — | 1945 / 373 | S M | a2V | N/MTO |
| 1683 | 2013 / 383 | no # Dialed | 8R | A/U |
| 1684 | 2014 / 385 | 914496 570 | 8R | I/c  A/U |
| 1685 | 2014 / 386 | no # Dialed | 8R | H/U |
| 1686 | 2015 / 358 | 496 503 | 8R | F/o( )  child out  MTC - NP |
| 1687 | 2024 / 393 | C/W | 8R | F/I - F/O  call you back |
| 1686 | 2024 / 396 |  | 8R | MTC - Serial  F/I / F/O |
| 1688 | 2026 / 397 | 518 659 662 | 8R | F/O( )  F/A  hello  F/A what are |
|  |  |  |  | you doing  engagement  MTC - NP |
| 1689 | 2031 / 404 | ## * | 8 | A/U |
| 1690 | 2032 / 406 | " | 8 | H/U |
| 1691 | 2032 / 407 | 917 998 39 | 8 | enter phone # paper |
| 1692 | 2035 / 410 | 1917 998 2976 | 8 | "  " " |
| 1693 | 2100 / 412 | ## * | 8R | M/O did you bring me  F/I  twice into keeper |
|  |  |  |  | come with out here. |
| — | 2111 / 416 | s/c | 8R | F/I - M/O discuss  doing something  tomorrow |
|  |  |  |  | No # Dial. |

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL
ORGANIZED CRIME TASK FORCE

PAGE _4_

DATE _10/06/2000_

PLANT # _OO-dbelf_    LINE # _914-476-6506_  REEL # _S-4966/10_ & _____

| CALL # | TIME # METER | # CALLED | INT. INIT. | SUBSTANCE OF INTERCEPTED CONVERSATION |
|--------|-------------|----------|-----------|----------------------------------------|
| test | 2255 / 424 | | 4/6 | Audio off, Plant O/S |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

ORGANIZED CRIME TASK FORCE

PLANT # _OO- dLsPf_     LINE # _914 4966506_     INTERCEPTED & RECORDED BY:

DATE _1L/c7/lC_     PAGE 1 OF ___1___

| | NAME (Print) | INITIAL |
|---|---|---|
| | Leslie Millarton | L |
| | Amy J. Burns | C |

REEL # _S4967/00_     MACHINE SERIAL # _213-132_

Changed to _____ at _____

Time Plant Opened __O900 <__     Closed __2245__

| CALL # | TIME # METER | # CALLED | INT. INIT. | SUBSTANCE OF INTERCEPTED CONVERSATION |
|---|---|---|---|---|
| — | 000 | — | 1 | TAPE S4967/00 Installed, Audic On, Plant I/S |
| tesH | 2245 000 | | L | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

# of intercepted calls ___0___    # of incriminating calls ___0___

# of persons not previously intercepted ___0___

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

ORGANIZED CRIME TASK FORCE

PLANT # oo- o165Pf            LINE # 914-496-65C6    INTERCEPTED & RECORDED BY:

| | NAME (Print) | INITIAL |
|---|---|---|
| DATE  1c/08/00          PAGE 1 OF _____ 1 | Amy J. Burns | AB |
| REEL #  5-4967/00          MACHINE SERIAL #  2 13-132 | M. R. Truncale | mrt |
| | WR. MURPHY | |

Changed to _____ at _____

Time Plant Opened  0900 _____ Closed  2255

| CALL # | TIME # METER | # CALLED | INT. INIT. | SUBSTANCE OF INTERCEPTED CONVERSATION |
|---|---|---|---|---|
| — | 0909 / 000 | — | | TAPe # 5-4967/00 Re-Installed. AUDIo ON, Plant 7/S |
| | 2255 / Coo | | | AUDIO OFF / TAPe S-4967/00 REmoven / plAnT 7  O.S. |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

# of intercepted calls _____ 0 _____ # of incriminating calls _____ 0 _____

# of persons not previously intercepted _____

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

ORGANIZED CRIME TASK FORCE

PLANT # _OO·016SRF_    LINE # _914-496-6506_    INTERCEPTED & RECORDED BY:

DATE _10/9/00_    PAGE 1 OF _1_

REEL # _S4967/00_    MACHINE SERIAL # _213-132_

| NAME (Print) | INITIAL |
|---|---|
| M. R. Tunnle | mte |
| J. A. Hafner | JAH |

Changed to _____ at _____

Time Plant Opened _0900_    Closed _2244 JAH_

| CALL # | TIME # METER | # CALLED | INT. INIT. | SUBSTANCE OF INTERCEPTED CONVERSATION |
|---|---|---|---|---|
| | 0900 000 | | MRT | TAPE # S4967/00 INSTALLED / AUDIO ON / PLANT I.S |
| 1695 | 2244 000 | | JAH | Audio Off, Tape S4967/00 Removed to be Re-Installed 10/10/00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

# of intercepted calls ___0___    # of incriminating calls ___0___

# of persons not previously intercepted ___0___

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

**ORGANIZED CRIME TASK FORCE**

PLANT # __OO-016SRF__

DATE __10-10-00__

REEL # __S4967/00__

LINE # __914-496-6506__

PAGE 1 OF __5__

MACHINE SERIAL # __213-132__

INTERCEPTED & RECORDED BY:

| NAME (Print) | INITIAL. |
|---|---|
| Jerry J Figueroa | JF |
| J McCabe | |
| WA Murphy | WM |

Changed to __S4969/00__          at __1857__

Time Plant Opened __0825__          Closed __2250__

| CALL # | TIME / # METER | # CALLED | INT. INIT. | SUBSTANCE OF INTERCEPTED CONVERSATION |
|---|---|---|---|---|
| | 0525 000 | | JF | TAPE S4967/00 Re-Installed, Audio ON, PLANT 8/8 |
| 1695 | 1055 000 | o/c 735-4871 | MRT | M/o (CHRIS) RETURNING PAGE to Shop re Pearl River |
| | | | | CHRIS Attempting to FIND OUT who paged him. |
| | | | | No one at shop re paged him. |
| 1696 | 1115 061 | 719 713 7177 | JF | M/o (chris) you hear anything M/I ( ) |
| | | | | No, something wile pottery is going slow |
| | | | | M/I |
| 1697 | 1126 667 | o/c 9833124 9320 | JAH | Busy |
| 1698 | 1126 068 | o/c 9833124 | JAH | Busy |
| 1699 | 1126 669 | o/c 9833124 | JAH | " |
| 1700 | 1128 090 | 212 761-4124 | JF | Social. M/I |
| 1701 | 1131 076 | ** 1( | JF | Answering machine No message left |
| 1702 | 1132 083 | 213-4227 o/c | JF | Answering machine No Message left |
| 1703 | 1135 091 | 928 2275 | JF | worker plumbing ans M/o (chris) J think please get with the proper |
| 1704 | 1211 018 | 584 | | M/I |
| 1705 | 1212 102 | 589 2181 | JF | Jeff ans interphone M/o (chris) Jeff give Ansa a call |
| 1706 | 1322 115 | 914-928-6560 | MRT | M/o (chris) M/I ( ) DISCUSS getting Chris |
| | | | | BOAT OUT OF WATER to Docking location. |

# of intercepted calls ___26___     # of incriminating calls ___0___

# of persons not previously intercepted _____

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL
**ORGANIZED CRIME TASK FORCE**

PAGE _2_

DATE _10-10-00_

PLANT # _OO-016SRF_   LINE # _914-496-6506_   REEL # _S 4967/00_   & _____

| CALL # | TIME #/METER | # CALLED | INT. INIT. | SUBSTANCE OF INTERCEPTED CONVERSATION |
|--------|--------------|----------|------------|----------------------------------------|
| 1707 | 13C/127 | 411 | | M/c + this - Information (Goshen NY - heavy chemical Source - Main # 914-274-6171 |
| 1708 | 1358/141 | 274 6171 | | F/T Sauce Heavy chemical - F/T Aussen M/O Seekey, Cond, what meat 99 Verte Friday Morning. MTC - NP. |
| 1709 | 1410/161 | 411 | | Info - washington ville |
| 1710 | 1400/169 | 443 8183 | | M/O (chris) - H/U |
| 1711 | 1401/178 | 496 8801 | | M/c (this) aut Lube  M/T washingtonville ex, Luke |
| 1712 | 1402/191 | 411 | | M/c washington ville express Lube 914-496-1771 |
| 1713 | 1402/202 | | | 1771 M/c get it |
| 1714 | 1403/205 | | | M/O (chris) setting what appon jer thursday @ washington ville - 1771 - NP |
| 1715 | 1404/217 | 272520 | | M/c (chris) is vete there  F/T need an H/U |
| 1716 | 1408/254 | # 10 914 227 1553 | | M/T Pete hem body shop is chris in M/c hello M/T Mr. colombo M/O hears my care M/T gorgeous M/c Really MTC - NP. |
| 1717 | 1410/269 | S/C | | M/S what Re Car  M/O wins good.  Some Convesation MTC - NP. |
| | 1412/280 | S/C | | M/T it will be tardy thursday car will be Licend New M/O occ headies. M/S Car is Ready in 2 days |
| 1717 | 1455/203 | | | Refer to call # 66  M/T (Ane Delanti) M/c (chis colombo) |
| 1718 | 205 | 1800 716C0 777 7777 | | rally i felt place Cosmo  Automated operator - M/c (chris) Bussy - H/U |

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL
**ORGANIZED CRIME TASK FORCE**

PAGE _3_

DATE _10-10-00_

PLANT # _OC-016sff_    LINE # _714-496-6506_    REEL # _S-4767/00_    & _____

| CALL # | TIME / # METER | # CALLED | INT. INIT. | SUBSTANCE OF INTERCEPTED CONVERSATION |
|---|---|---|---|---|
| 1719 | 1:53 964 | 1800777777 | | mk (others)   n/u |
| 1720 | 1:54 219 | 1800777777 | | n/u |
| 1721 | 1:59 74 | 18894528444 | | n/u |
| 1722 | 1:10 758 | 1800777777 | | Larry's Park Place - Proxy - n/u |
| 1723 | 1:17 265 | 1800777777 | | "    "    "   Casino automated operator m/c (this) |
| | | | | James Holland peace FH box fu - Voice males |
| | | | | James Holland - m/o others Jane  917 998 3076 |
| *1724 | 1:22 778 | 18073703491 | | m/t this son is a per murder - told him keep |
| | | | | it to yourself I don't want to hear that |
| | | | | at m/t I figured when he needed a room m/k (others) |
| | | | | they turn him out   me him and eddie Petri... |
| | | | | went down me + eddie lost a ton - gamble |
| | | | | and we are gone we bet last 6 girls, they |
| | | | | were happy. chewbacols give you presents. I got |
| | | | | a VCR he got mine. m/t this guy is Proxy |
| | | | | m/t.  m/o discuss gambling casinos, m/k he brings |
| | | | | and ... people to get in good graces. m/t the |
| | | | | guy doesn't go for nothing. m/o I feel there's |
| | | | | using me   m/t he uses your name, he uses |
| | | | | everyones name and he says secrets m/k he's a |
| | | | | trouble maker. m/t when you coming down m/k come |
| | | | | to this week, - some new m/o |
| | 1:59 490 | s/c | | m/k never a diet  he turns you away any thing |
| | | | | he will die. Larry is the king of the  m/o. |

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL
**ORGANIZED CRIME TASK FORCE**



PAGE _____

DATE _15-10-00_

PLANT # _TC-0651f_    LINE # _914-4966506_ REEL # _S-4967/00_ & _54969/00_

| CALL # | TIME #/METER | # CALLED | INT. INIT. | SUBSTANCE OF INTERCEPTED CONVERSATION |
|--------|--------------|----------|------------|----------------------------------------|
| 1724 | 1533/562 | 5/7/0 | | M/I this place is busy every week M/O |
| | | | | I was going to go get a kitchen tree watones |
| | | | | and roses, he wants alot of parts to |
| | | | | go down picking to keep lighters and |
| | | | | roses. M/I thats awful, I'm dying to |
| | | | | to see you, Social conversation MTC NP |
| | 1537/568 | 5/C | | M/C I found it amashing M/I next time he |
| | | | | calls - I'll tell him I have no time M/C just do |
| | | | | that do it boffing M/I this guy calls me |
| | | | | all the time. We run Hilton, M/C tell |
| | | | | him hes in the track Lock for atlantic city |
| | | | | Jimmy Roberts is track halled. Red franged |
| | | | | in the computer. M/I call me when you want to |
| | | | | come down I'll be free in an hour or 45. |
| 1725 | 1715/564 | 917 016 998 -3476 | Jen | PAGE |
| 1726 | 1725/565 | | SU | SUP - SEARS HEAD CENTRAL MTO |
| 1727 | 1750/567 | 916 016 783 -7184 | Jan | F/O (Susan) FIEONI) H/O ON OUR |
| | | | | WAY |
| 1728 | 1845/573 | 914 716 213-4227 | Jen | MACHINE M/C (CHRIS) JUST CALLING |
| | | | | YOU BACK |
| 1729 | 1847/580 | 914 716 213 4227 | Jan | MACHINE NO MESSAGE |
| | 1853/583 | | | TAPE 5496700 REMOVED & 54969/00 INSTALLED |
| | | | | MARTIN ZIRNCIN |
| 1730 | 2131/600 | 917 016 998 -3976 | Jan | PAGE |

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL
**ORGANIZED CRIME TASK FORCE**

PAGE _5_

DATE _10/10/06_

OO - O16SRF

PLANT # ~~████~~    LINE # _914- 496 6506_    REEL # _54969/00_    & _____

| CALL # | TIME # METER | # CALLED | INT. INIT. | SUBSTANCE OF INTERCEPTED CONVERSATION |
|--------|------|----------|-----------|---------------------------------------|
| 1234 | 003 | | 202 | F/O CHILD        MII (CHRIS) |
| | | | | F/O (SUZKWAK)    TALKING ABOUT BARRY |
| | | | | NP. M7o. |
| | 2250 / 023 | | | AUDIO OFF / TAPE # 54969/00 REMOVED / PLANT O.S |

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

**ORGANIZED CRIME TASK FORCE**

PLANT # OO-O6 SKF

LINE # 914-496-6506

INTERCEPTED & RECORDED BY:

DATE 10/11/00

PAGE 1 OF 5

REEL # 54968/00

MACHINE SERIAL # 213-132

| NAME (Print) | INITIAL |
|---|---|
| J.A. HAFLER | JAH |
| M.R. Truccola | MRT |
| A.T. VANTURINI | ATV |
| W.P. Murphy | WPM |

Changed to 54970/00   at 1742

Time Plant Opened 0854 AM   Closed 2252 PM

| CALL # | TIME # METER | # CALLED | INT. INIT. | SUBSTANCE OF INTERCEPTED CONVERSATION |
|---|---|---|---|---|
| | 0854 060 | ITC | JAH | TAPE 54968/00 INSTALLED PLANT 1/5 |
| 1732 | 0944 000 | ITC | MRT | ANS. MACHINE F/I( ? ) left mess. |
| | | | | for SUSANNE  N.P. M.T.O. |
| 1733 | 1020 013 | 0/6 783-3124 | MRT | F/O SUE) F/I(une)- SOCIAL call N.P. M.TO |
| 1734 | 1154 019 | ITC | ATV | ANS MACH. MESSAGE for CHRIS. from JEFF |
| – | | | | CHRIS on - MIO HLU |
| 1735 | 1154 030 | 0/6 928-6560 | ATV | MIO (CHRIS) CENTRAL VALLEY POST OFF. - MIi(JEFF) MIi WANNA GO TODAY MEET |
| – | | – | | 2:30 - MIO ANY EARLIER- (MIi)won- BE |
| – | | – | | DONE BY THEN - MIO GOING TO HAVER STRAW RE: BOAT |
| 1736 | 1156 049 | 500 0/6 997-9925 | ATV | PHONE CARD CHECKING MINUTES - CALLS 226-1242 |
| – | | – | – | FLi - GETTING KIDS 5-7 - PHONE BEING |
| – | | – | – | TURNED ON TODAY - MIO WENT TO SLEEP |
| – | | – | – | MIO CALLED FLi "6" ON ME LAST NIGHT - HAD ARGUMENT |
| – | | – | – | LEFT ABOUT MIO JUST WOKE UP - Went TO BED AT 3AM ATV |
| – | | – | – | MTO |
| – | 1200 098 | SM | ATV | MIO YOU GOT BIG BUCKS NOW- SOCIAL - MTO |
| – | 1204 119 | SM | ATV | MENTION VIF- ATTY - MONEY- CUSTODY CASE - SOCIAL MTO |
| – | 1208 149 | SM | ATV | POSSIBLY DISCUSS FLi DIVORCE? - FLi CAN HARDLY CHEW - JAW HURTS SOCIAL - MTO |

# of intercepted calls ____32____   # of incriminating calls ____0____

# of persons not previously intercepted _____

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL
**ORGANIZED CRIME TASK FORCE**

PAGE ___2___

DATE __10/11/00__

PLANT # __00-016SRF__   LINE #__914-496-6506__  REEL # $ __4968/00__   & _____

| CALL # | TIME / # METER | # CALLED | INT. INIT. | SUBSTANCE OF INTERCEPTED CONVERSATION |
|---|---|---|---|---|
| — | 1225 / 174 | 5M | GJV | 298-9403 :   CALL ENDS |
| 1737 | 1217 / 180 | 387-2840 | GJV | ENTERS *6506* · PAGER |
| 1738 | 1218 / 184 | 016 298-9403 | NR1 | call not completed |
| 1739 | 1224 / 185 | 016 387-2840 | NR1 | M/O (CHRIS) PAGED · 387-2840 left home |
| — |  |  |  | phone NUMBER. |
| 1740 | 1229 / 189 | 298-9403 | GJV | M/O (CHRIS) M/I (    ) M/I TALKING ABOUT |
| — |  | — |  | FINISHING WORK AT M/O's SISTERS · ALSO DOING |
| — |  | — |  | WORK ON M/O BROTHERS - 928-2795 ANS MACH |
| — |  |  |  | M/I WILL BE THERE ALL DAY TOMORROW · POSS |
| — |  |  |  | CARPENTRY or CONSTRUCTION - REPAIRS |
| 1741 | 1232 / 223 | 928-2795 | GJV | PLUMBING & HEATING · M/O (CHRIS) LEAVES MESSAGE |
| — |  |  |  | WE GOTTA WINTERIZE - |
| 1742 | 1233 / 232 | 833-124 | GJV | ANS MACH - H/U |
| 1743 | 1234 / 239 | 016 794-9617 | GJV | WRONG # |
| 1744 | 1234 / 242 | 496-1771 | GJV | M/O (CHRIS) M/I (    ) - WORK ON CAR TOMORROW |
| 1745 | 1237 / 248 | 016 497-9769 | GJV | M/O (CHRIS) M/I (    ) DISCUSSING IBM · TALK |
| — |  | — |  | ABOUT SIZES OF OFFICE SPACE · M/I GOOD IDEA |
| — |  | — |  | M/O MENTIONS AN APARTMENT FOUND THRU A FRIEND |
| — |  | — |  | M/I HOLD · MENTIONS RUNNING A JUMPSUIT · WANTS |
| — |  | — |  | FURNITURE IN THAT PLACE - MY FRIEND RANDY |
| — |  | — |  | EXPLAINS HOW RANDY DOES BUSINESS |
| — |  | — |  | GIVES GREAT DEAL - M/I DISTRAUGHT · M/O · WE |
| — |  | — |  | MIGHT HAVE TO DELIVER FURNITURE OURSELVES |
| — |  | — |  | HE'S (RANDY) RUNNING INTO TROUBLE · M/O |
| — | 1242 / 345 | 5M |  | M/O · WANTS TO GO ON BOAT - M/I COMPLAING ABOUT |
| — |  |  |  | JEFFS COMING · NEED 2 JUMP SUIT. |
| — |  |  |  | BOAT IS TOO BIG |

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL
**ORGANIZED CRIME TASK FORCE**

PAGE ___3___

DATE _10/11/00_

PLANT # _00-016 SPF_    LINE #_914-496-6506_    REEL # _54968/00_    & _____

| CALL # | TIME # METER | # CALLED | INT. INIT. | SUBSTANCE OF INTERCEPTED CONVERSATION |
|--------|--------------|----------|------------|----------------------------------------|
| 1745 | | CONT | GAV | leaving 10 o'clock tomorrow w/ chris · M10 |
| 1746 | 1253 382 | CW | AM | M10 (chris) cli (sue) social call N.P. |
| | | | | M.T.O |
| 1745 | 1253 306 | | MRT | Same two males. M10 talks about food |
| | | | | and running food machine. MII asks M10 |
| | | | | what he needs to were to "copy cats" to |
| | | | | a new restaurant M10 is going to |
| | | | | be involved in. MII asks M10 what |
| | | | | about "Quail Hollow" old rest. |
| | | | | M10 was involved in. M/I asks |
| | | | | M10 if he is sure about new venture. |
| | | | | M10 tells MII old place "Quail Hollow" |
| | | | | he had for 3 years. Both Discuss |
| | | | | opening chain restaurant costs and |
| | | | | opening small restaurant, sports bar. |
| | | | | M10 says his new place will be like |
| | | | | Bennegans. M10 says new location is |
| | | | | near 20 to 30 hotels, up there, |
| | | | | along ten mile stretch. M10 to |
| | | | | covet the hotel staff to steal patrons |
| | | | | to them. Both Discuss promoting business. |
| | | | | Both suggests to go to area where |
| | | | | new location is to be, possible Poughkeepsie |
| | | | | area |

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL
**ORGANIZED CRIME TASK FORCE**

PAGE _4_

DATE _10/11/00_

PLANT # _00-016SRF_    LINE # _914-496-6526_ REEL # _S 4968/00_    & _____

| CALL # | TIME # METER | # CALLED | INT. INIT. | SUBSTANCE OF INTERCEPTED CONVERSATION |
|--------|--------------|----------|------------|----------------------------------------|
| 1745 | (CONTINUED) | c/w | | M/O TALKS About Poughkeepsie Area |
| | | | | being the area of the future. |
| | | | | M/I tells M/O he is willing to go |
| | | | | to Area where M/O WANTS to open |
| | 501 | | | RESTURANT. |
| | 1255 / 501 | S/M | MRT | SAME two SUBJECTS — CONTINUE DISCUSSION |
| | | | | RE. Future INVESTMENTS - NEW RESTAURANT |
| | | | | "COPY CAT'S". M/O tells M/I it's time |
| | | | | to get involved with him. |
| | 1300 / 523 | S/M | MRT | SAME two SUBJECT - SAME CONVERSATION |
| | | | | call completed. |
| 1747 | 1425 / 529 | 914 345 5702 376 | NAH | Ans Machine Plays H/U |
| 1748 | 1610 / 533 | | GW | U/F - U/M - (SUED WIVES DAD?) N/P MTC |
| 1749 | 630 / 543 | 291 2444 | GW | U/F - U/M (EMPLOYEE RELATIONS) N/P MTC |
| 1750 | 610 / 548 | 783 3124 | GW | U/F - U/M - TOLD TO GO REGISTER N/P MTC |
| 1751 | 636 / 553 | 345 8002 888 | GW | VOICE MAIL (MED. CENTER) N/P |
| | | | | U/F - U/F N/F MTC |
| 1752 | 1656 / 560 | 9983976 917 | GW | PAGER |
| 1753 | 656 / 561 | 589 5151 | GW | SUF - CHRIS - SOCIAL N/P MTC |
| 1754 | 710 / 561 | 496 6929 | GW | U/F (JULIE) - U/F - ASKED FOR JULIE N/P MTC |
| 1755 | 704 / 561 | 783 3124 914 | GW | U/F - U/M - SOCIAL RE VOTING N/P MTC |
| 1756 | 732 / 580 | 496 8031 514 | GW | SUF - U/M - SOCIAL N/P MTC |
| 1757 | 734 / 586 | 233 9664 914 116 | GW | SUF - ED - ASK FOR CHRIS - GOING TO COURT |
| | | | | TOMORROW. TELL HIM I CALLED |

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL
**ORGANIZED CRIME TASK FORCE**

PAGE _5_

DATE _6/11/00_

PLANT # _00-016 SRF_   LINE # _914 496 6506_   REEL # _S 4968/00_ & _S 4970/00_

| CALL # | TIME / # METER | # CALLED | INT. INIT. | SUBSTANCE OF INTERCEPTED CONVERSATION |
|---|---|---|---|---|
| 1758 | 740/890 | 914 T/C 783-7124 | JW | SUE - U/M - ASKED FOR McM N/P MTG |
| 1759 | 748/855 | | GW | TAPE S4968/00 REMOVED |
| #- | 748/900 | | GW | TAPE S4970/00 INSTALLED |
| 1759 | 800/000 | 914 496-8031 | 8W | SUE - KEVIN - TALK FOOD N/P MTO |
| 1760 | 831/012 | 860 347-002 | GW | MAIL RX (KAREN ?) CKNG MAIL N/P MTO |
| 1761 | 102/023 | | JW | HUNG UP |
| 1760 | 833/025 | 9 0567W | 8W | U/F (SISTER OF SUE) - U/M - @ WORK N/F SOCIAL MTO |
| 1763 | 1036/034 | 73 7124 | JW | U/F - U/M - SOCIAL N/P MTO |
| 1764 | 1857/049 | 496-9031 | JW | SINGING PN MTO |
| 1765 | 1402/069 | 914 496-8071 | JW | U/F - U/M - N/P |
| 1766 | 1906/016 | 016 496-6779 | Jen | F/O KAREN STANLEY SPEAK TO KATRINA F/O APPOINTMENT FOR HAIR CUT |
| 1767 | 1914/085 | 016 783-7124 | Jen | MACHINE F/O SUSANNA LET MM CALL YOU BACK |
| 1268 | 1417/049 | 016 783-7124 | Jen | F/O SUSANNA MM TALKING ABOUT KATRINA N/F MTO |
| 1769 | 2058/098 | 016 928-6168 | Jen | F/U (UNK.) M/O (UNK.) MIO AT CHRISMAS F/U WHEN YOU COMING HOME. N/F MTO. |
| | 2252/116 | | Jen | AUDIO OFF / TAPE S4970/00 REMOVED / PLANT O.S. |