STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

ORGANIZED CRIME TASK FORCE

PLANT # _05-0168 F_

DATE _6/16/01_

REEL # _5-205-01_

LINE # _845-494-6506_

PAGE 1 OF _____

MACHINE
SERIAL # _213-137_

INTERCEPTED & RECORDED BY:

| NAME (Print) | INITIAL |
|---|---|
| M. Henley | |
| H Pre Rush | |
| Jose A Mendez | |
| D.A. Valentine | |

Changed to _____ at _____

Time Plant Opened _____ Closed _____

| CALL # | TIME #/METER | # CALLED | INT. INIT. | SUBSTANCE OF INTERCEPTED CONVERSATION |
|---|---|---|---|---|
| — | 345/000 | — | | Tape # 5-205/01 instaled audio On Plant 710 |
| 5517 | 364/000 | 714-5742 | M. | M10 (Chris) M15 (Jerry) call recall |
| | | | | him to come to my House with |
| | | | | Some guys in |
| 5508 | 019 | 914-215-9780 | H | No Ans |
| 5509 | 1415/022 | 494-5085 | H | w/o NP MTo |
| 5510 | 1470/037 | | Jan | M10 (Chris) M15 (Jerry) call TAHAN |
| | | | | on 2654 line call 140 |
| 5511 | 1464/040 | | Jan | NO Ans |
| 5512 | 1448/_ | C/o | H | 845-494-5031 Ans machine |
| 5513 | 1527/064 | 845 783-3124 | M. | No Ans |
| 5514 | 518/065 | 845 783-3126 | Jan | Machine hangs up |
| 5515 | 1549/051 | 845 783-3126 | Jan | No Ans |
| 5516 | 1612/067 | 845 783-3124 i/c | | No Answer - |
| 5517 | 1632/991 I | 845 (783-3124 i/c DA) | | Ans machine No message DA |
| 5518 | 1653/105 | 516 546 1500 i/c | | Ans. Mach m5 - Dave left message for |
| | | | | Chris to him. |
| 5519 | 1704/122 | 845 783 3124 i/c | | Caller Hung up. Ans Mach. activated. |

# of intercepted calls _____ # of incriminating calls _____

# of persons not previously intercepted _____

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL
**ORGANIZED CRIME TASK FORCE**

PAGE _2_

DATE _01/16/01_

PLANT # _00-016 SPF_    LINE # _845-496-6506_   REEL # _S-205/01_    & _____

| CALL # | TIME # METER | # CALLED | INT. INIT. | SUBSTANCE OF INTERCEPTED CONVERSATION |
|--------|-------------|----------|-----------|----------------------------------------|
| 5520 | 1714 / 134 | =1/c 753-372 | DM | FI m/c F/o Sue. N.P. MTO |
| 5521 | 1915 / 142 | 1/c | DM | No answer. |
| 5521 | 1929 / 148 | 1/c 845-783-7820 | DM | Ans Mach. FI Pass Cleaning Lady - left message that FI will be at Sue's house @ 10 o'clock. |
| 5522 | 1936 / 162 | 1/c | DM | Ans Mach. m/i - Hi, It's Ray. Give me a call. |
| 5523 | 205 / 175 | 917 045 498-3978 | DM | Beep #496-6506 |
| 5524 | 208 / 177 | 1/c | DM | M/i m/o FI. Sue. N.P. Ent (Bus) |
| 5525 | 2118 / 197 | 860 875 5837 1/c | DM | FO Sue m/i John Coleman - m/i I.D's himself as old friend. Chris not home. High School friends - m/i lives in Conn. m/i gives home # (860) 875-5837. m/i talks of old Times Not making H.S. reunion. NP MTO. |
| 5526 | 2129 / 239 | 1917 998 | | Chris' Beeper then 496-6506 |
| 5527 | 2130 / 241 | 1917998 3976 | | Chris' Beeper then 496-6506 |
| | 243 | 3976 | | |
| 5528 | 2226 / 243 | 1/C | DM | m/i Chris. FO Sue - FO tells him Jean Coleman called. Chris suprised and will call him when Chris gets home. |
| 5529 | 255 | | | |
| | | | | start |
| | | | | close |

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL
ORGANIZED CRIME TASK FORCE

PLANT # OO-O16SRF            LINE # 845-496-6806

DATE 01-17-01              PAGE 1 OF 4

REEL # S206/01

MACHINE SERIAL # 213-132

**INTERCEPTED & RECORDED BY:**

| NAME (Print) | INITIAL |
|---|---|
| H Piotrowsh | P |
| A J Vanturini | AJV |
| Jose A Mendez | JAM |
| JA Natan | JAN |

Changed to _____ at _____

Time Plant Opened 0900 p    Closed 2246

| CALL # | TIME # METER | # CALLED | INT. INIT. | SUBSTANCE OF INTERCEPTED CONVERSATION |
|---|---|---|---|---|
| | 0909 000 | | P | Tape S206/01 Installed Audio on Plant t/s |
| 5529 | 1008 001 | c/o 733 3/24 | P | Sue to mother? F/o        NP    mto |
| 5530 | 1114 024 | 845-565 734 | P | Ans machine Debbie Scott & tv unknown female |
| 5531 | 1204 047 | CL | P | Call in  no Ans.  hang p |
| 5532 | 1236 054 | inc | AJV | Ans mach - H/u |
| 5533 | 1244 068 | c/o | P | 888-552 3127 Susan ... 845 - 336 1292 |
| | | | | finger finger Jos twokey? was ... |
| | | | | lottalotto tickets etc ... drawing ... |
| 5534 | 1247 072 | no # | P | off hook |
| 5535 | 1300 073 | 845 5702 | P | Conversation looking at Sue want to Conversation ... |
| 5536 | 1326 077 | 783 7320 | P | c/o Suzanne ask to call him |
| 5537 | 1350 095 | 718 076 241-4355 | AJV | mto  2 other lines engaged |
| 5538 | 1422 146 | 914-560 000 | P | c/o michelle for Mike... call |
| 5531 | 1422 161 | 496-6777 | P | Sue to female  Kat       NP    mto |
| 5540 | 1433 172 | 753-1704 | P | c/o Rings  Ans mach  Sue    NP  mto |
| 5541 | 1435 190 | | P | Jenny call # 171 |
| 5542 | 1435 196 | No # | P | off hook  no call |
| 5543 | 1441 197 | 514-341-41 | P | + new... to Donk meeting... |

# of intercepted calls  39        # of incriminating calls  4

# of persons not previously intercepted _____

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL
ORGANIZED CRIME TASK FORCE

PAGE ___3___

DATE _4/12/01_

PLANT # _CI-015RF_    LINE # _845-496-6506_    REEL # _5206/01_    & _____

| CALL # | TIME / # METER | # CALLED | INT. INIT. | SUBSTANCE OF INTERCEPTED CONVERSATION |
|---|---|---|---|---|
| 5553 | 1636 / 412 | Recall | AH | Busy |
| 5554 | 1637 / 415 | 1800%/4% | AH | Cleveland Master last 4 digits of Account # 42051 |
|  |  |  |  | Acc balance 1241.00 |
| 5555 | 1638 / 417 | 1800 %/4% | AH | H/U |
| 5556 | 1638 / 475 | 1800 %/4% | AH | H/U |
| 5557 | 1638 / 476 | 1305253355 | AH | Chase Card Services Auto Record Ct dept 391355 # Acc # |
|  |  |  |  | 391385781241004, last 4 of 36# 1995 |
|  |  |  |  | S (Mary) M (Chris S (when was last payment you |
|  |  |  |  | rcid from me M - 433.13 was rcid on 11th |
|  |  |  |  | S- I sent one out 2 days ago MTO |
| 5558 | 1644 / 484 | 495 343 345 509 480836 | AH 2973 | Chase Loan Acc # osg # - 11725 |
|  |  |  |  | loan for 1995 Merc. last payment 1111.93 posted |
|  |  |  |  | 1/8/01 next payment 2/5/01 What time & name MTO |
|  | 1644 / 508 | 502 S/M | AH | Still on Hold MTO |
|  | 1653 / 504 | S/M | AH | Still on Hold MTO |
| 5559 | 1653 / 508 | 1305866411 | AH | M (Chris) M (ECTR) @ Enrico (-what was the recpt you sent |
|  |  |  |  | me. S-it was just a copy of the store credit showing you |
|  |  |  |  | returned a pair of shoes MTO |
| 5560 | 1718 / 513 | # # * | DA | M1e    m/o Chris  tomorrow I am |
|  |  |  |  | gna to have to cancel  I nt  meeting with |
|  |  |  |  | I  Lawyer tomorrow. (Chris) aske if he wants |
|  |  |  | o/o Chris | S- |
| 5561 | 1725 / 539 | 781-6268 | DA | No A/s they up |
| 5562 | 1725 / 544 | 781-6268 %/4% | DA | No A/s  Voice  845-781-16258. |

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL
ORGANIZED CRIME TASK FORCE

PAGE _____ 4

DATE _____

PLANT # 00-016 SRF    LINE # 845-496-6206    REEL # 3206/01    & _____

| CALL # | TIME / # METER | # CALLED | INT. INIT. | SUBSTANCE OF INTERCEPTED CONVERSATION |
|--------|------|----------|------------|----------------------------------------|
| 5563 | 1905 / 551 | TC | Dov | Ans. machine on M/F he leaves message to give him a call SAS |
| 5564 | 1913 / 559 | TC 496-8201 | AM | No Ans |
| 5565 | 1926 / 563 | TC 496-8201 | AM | No Ans. |
| 5566 | 2103 / 564 | 783-3124 | AM | Fo Sue Ft Brenda - Social NP MTD. |
| 5567 | 2209 / 570 | 781-4684 | AM | Fo Sue Ft Unk - Fo has been trying to get a hold of Ft for a few days Social. NP MTD. |
| 5568 | 2246 / 574 | | AM | Tape 3206/01 Removed Under Q, Print O/S |
| | | | AM | |

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

**ORGANIZED CRIME TASK FORCE**

PLANT # _OC 01USRF_                          LINE # _845-446-6506_

DATE _04-18-01_                              PAGE 1 OF _2_

REEL # _S-210/01_                            MACHINE SERIAL # _213-137_

| INTERCEPTED & RECORDED BY: | |
| NAME (Print) | INITIAL |
| --- | --- |
| K Piotracuske | P |
| B Cory | M |
| R J Edwards | AVE |
| J A Mendez | JAM |

Changed to _____ at _____

Time Plant Opened _07 2 13_        Closed _2248 PM_

| CALL # | TIME / # METER | # CALLED | INT. INIT. | SUBSTANCE OF INTERCEPTED CONVERSATION |
| --- | --- | --- | --- | --- |
| | 0702 00 | | P | Tape S216 #1 installed, media Las Plant 1/s |
| 5568 | 1042 00 | No called | P | C/o no ans    bsy sg |
| 5567 | 1035 001 | No 258 | P | c/o no ans    hang up |
| 5570 | 1135 012 | P/o | P | Gilman, number  bsy  s l  t yrs  San hs  ? |
| 5571 | 1151 015 | NSP923 (NY) | P | dial   no ans   hung up |
| 5572 | 1157 022 | | P | No number  W/C/C |
| 5573 | 1502 012 | IC 845-337 521 | M | Nina  leaving  message back w/d  AP , Tony |
| 5574 | 1277 02 | 845 3610504 | BM | P/o Toyota  No answer    P/o   c....     ....  DONG |
| 5575 | 1534 036 | 845 7855121 | BM | ... ... ...   P/o   or  ...   ... w s |
| 5576 | 1525 035 | ###X | ok BM | Male voice   No message |
| 5577 | 1530 001 | IC | P | No machine    Ring  for  Chris  call/page cell/Chris |
| 5578 | 1551 001 | IC  No # | M | Rings  No ans. |
| 5579 | 1406 013 | P  No # | M | Rings  No ans |
| 5580 | 1425 016 | IC  No # | P | ans machine |
| 5581 | 1446 2 | IC  No # | M | Jerry  msg  # 270 |
| 5582 | 1507 125 | | TC  AVE | No message left |
| 5583 | 1508 137 | 4446 ... | ... AVE | To see wife ... to  no Rilberto  .... person |

# of intercepted calls ___25___        # of incriminating calls ___0___

# of persons not previously intercepted _____

**STATE OF NEW YORK**
**OFFICE OF THE ATTORNEY GENERAL**
**ORGANIZED CRIME TASK FORCE**

PAGE _2_
DATE _01/18/01_

PLANT # _00-016-SOF_   LINE # _845-476-0046_   REEL # _S 210/01_   & _____

| CALL # | TIME # METER | # CALLED | INT. INIT. | SUBSTANCE OF INTERCEPTED CONVERSATION |
|--------|------|----------|-----------|---------------------------------------|
| 3584 | 1510 147 | 953014 | AK | PLUG SIE, NO. ONE NON PERTINENT CONVERSATION |
| 3585 | 1519 157 | " | AK | PLUG SIE, NO. ONE NON PERTINENT CONVERSATION |
| 3586 | 1536 159 | 6145003844 | AK | PLUG SIE, NO. ONE NON PERTINENT CONVERSATION |
| 3587 | 1544 168 | 953014 | AK | PLUG SIE, NO. ONE NON PERTINENT CONVERSATION |
| 3588 | 2038 174 | 8457623904 | AK | NON PERTINENT COMM |
| 3589 | 2047 15 | 8457623 | AK | NON PERTINENT COMM |
| 3590 | 2110 211 | 8457833434 | AK | NON PERTINENT COMM |
| 3591 | 2111 215 | 8456301 | AK | PLUG SIE, NO. ONE NON PERTINENT CONVERSATION |
| 3592 | 2120 247 | SUE | AK | PLUG SIE, NO. ONE NON PERTINENT CONVERSATION |
| 3594 | 2358 222 | | AK | TAPE S-210/01 REMOVED, A.D.A. OFF PLANT 6'S |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

AK

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

## ORGANIZED CRIME TASK FORCE

PLANT # OO-O16SRF

DATE OI-19-O1

REEL # S-441/01

LINE # 845-496-6506

PAGE 1 OF ___ 3

MACHINE
SERIAL # 213-132

**INTERCEPTED & RECORDED BY:**

| NAME (Print) | INITIAL |
|---|---|
| BJ TUMILTY | BJ |
| A.L. EDWARDS | AVE |
| J.A. MENDEZ | JM |

Changed to _____ at _____

Time Plant Opened 0911 BJ     Closed 2245 AVE

| CALL # | TIME / # METER | # CALLED | INT. INIT. | SUBSTANCE OF INTERCEPTED CONVERSATION |
|---|---|---|---|---|
| — | 0911 BJ / 000 | | | Tape 441/01 installed / Phone on / Plant I/S |
| 5593 | 0929 / 000 | o/c | BJ | F/O SUB  F/I UNK   SOCIAL   N/P MTO |
| 5594 | 943 / 007 | 845 776 8201  o/c | BJ | F/O SUB  M/I UNK   TALK ABOUT WEATHER /CLEANING LADY |
| | | | | N/P MTO |
| 5595 | 946 / 025 | 496-8031  o/c | BJ | F/O SUB  F/I UNK   SOCIAL   N/P MTO |
| 5596 | 1013 / 049 | 845 557 5921  o/c | BJ | F/O SUB  F/I UNK   SOCIAL   N/P MTO |
| 5597 | 1025 / 052 | 845 546 1251  Tk | AVE | F/O UNK  F/I UNK   M/I = M/O  UNK M/I  MIN N/P MTO |
| 5598 | 1038 / 062 | o/c | AVE | NO CONNECTION |
| 5599 | 1117 / 063 | 845 728 6258  Tk | AVE | M/O CHRIS, M/I = MR CHRISTIE  M/I IN OFFICE UNK  LCB M. R. R.P.C |
| | | | | I WAS TO SEE YOU NEXT WEEK. M/I DO NOT HAVE INFO ... TO ... |
| | | | | HER |
| 5600 | 1121 / 090 | 914 343 1323  Tk | AVE | TO THE MURDER, M/I I'LL TALK TO YOU NEXT WEEK WHAT IS THE MURDER OF THE |
| | | | | M/O CHRIS, M/I LEO, M/I THE MURDER PLACE  M/I I DO NOT HAVE |
| | | | | M/I HEAR, IS NEW TO ME TO  HAVE A NEW INFO = TO THE |
| | | | | ... M/I LEO BUT IN CASE, HE WANTS TO COMPARE IBAXT CAU DE TON ... |
| 5601 | 1205 / 117 | 845 502 1411  o/c | BJ | M/O CHRIS   PELLE SHOE   GSP 201-845-3040 |
| 5602 | 1206 / 142 | 201 845 3040  o/c | BJ | M/O CHRIS.  M/E UNK.  DID SHOES COME IN N/P MTO |
| 5603 | 1210 / 153 | 201 845 3040  o/c | BJ | M/E UNK  M/O CHRIS.  SHOE CONVERSATION |
| | | | | N/P MTO |

# of intercepted calls ___ 27 ___     # of incriminating calls ___ 4 ___

# of persons not previously intercepted _____

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL
ORGANIZED CRIME TASK FORCE

PAGE _____

DATE _1/13/01_

PLANT # _00-01658F_    LINE # _315-496-650(_    REEL # _5-0411/01_    & _____

| CALL # | TIME # METER | # CALLED | INT. INIT. | SUBSTANCE OF INTERCEPTED CONVERSATION |
|--------|--------------|----------|------------|----------------------------------------|
| 5604 | 1216 160 | | | |
| 5605 | 1234 171 | | AVG | |
| 56__ | 12__ 17_ | | AVG | |
| 5652 | 12__ 235 | | AVG | |
| | | | | |
| 5608 | 13__ 241 | | AVG | |

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL
ORGANIZED CRIME TASK FORCE

PAGE _3_

DATE _2-13-01_

PLANT # _00-0052RE_    LINE # _845-496-0552_    REEL # _S-041/01_    & _____

| CALL # | TIME / # METER | # CALLED | INT. INIT. | SUBSTANCE OF INTERCEPTED CONVERSATION |
|---|---|---|---|---|
| 5609 | 1725 742 | Tk | AVE | CALL # 263  JERRY'S LINE |
| 5610 | 1746 744 | Tk | AVE | CALL # 265  JERRY'S LINE |
| 5611 | 1751 745 | 8457835-4 | NE | NO SUBSTANCE TALK |
| 5612 | 1800 745 | 8947552654 o/c | B/V | M/O CHRIS   M/S JERRY   M/E NOTHING |
| | | | | INCOMING – M/T I WONT BE GOING HOME |
| | | | | WITH ANY MONEY IN MY POCKET – TALK ABOUT |
| | | | | ADAM AGAIN – AND HIS PRACTICE – TALK ABOUT |
| | | | | CHRIS INJURY. JERRY (IM HOME LOSING MONEY) |
| | | | | TALK ABOUT ATLANTIC CITY – CALL GOES SOCIAL |
| | | | | IN NATURE – JERRY TALKS ABOUT HIS BILLS |
| | | | | JERRY TALKS ABOUT JEROME AVE AND LOSING |
| | | | | MONEY – VINCENT HAD A FIGHT AND BROKE HIS |
| | | | | HAND PUNCHING CHARLIE |
| 5613 | 1747 481 | | Tk | AVE | M/O CHRIS  M/S – UNK  M/E – TK SEE YOU SATURDAY PLAYING, M/O |
| | | | | AUGUST PRE, TK, WILL BE ASKED, WILL TK YOU IN WESTCHESTER |
| | | | | TK, WERE ~~HUGE~~ WERE GOING TO BE THE ~~LARGEST~~ DISTRIBUTION IN |
| | | | | THE CONTRY – |
| | | | | VINCENT I'M GOING TO START MAKING SERIOUS MONEY. |
| 5614 | 1956 457 | 8457627620 Tk | AVE | M/O SUC M/S UNK , NON PERTINENT CONVERSATION |
| 5615 | 1843 443 | 8457073 Tk | AVE | M/O CHRIS M/S SUC AND PERTINENT CONVERSATION |
| 5616 | 1811 451 | 782044 Tk | AVE | M/O SUC M/S UNK NON PERTINENT CONVERSATION |
| 5617 | 1944 457 | 9457533124 Tk | AVE | TK, SUC O/C UNK NON PERTINENT CONVERSATION |
| 5618 | 1949 463 | 7453124 o/c | NE | '' |
| 5619 | 2035 466 | 84578141.6X487 Tk | AVE | TK, SUC O/C UNK NON PERTINENT CONVERSATION |
| 5620 | 2245 1172 | | NE | TAPE S-441/01 REMOVED, BASIC OFF, PLANT O/S |

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

ORGANIZED CRIME TASK FORCE

PLANT # 00-0168RF      LINE # 845-496-6306      INTERCEPTED & RECORDED BY:

DATE 01-20-01      PAGE 1 OF 2

| NAME (Print) | INITIAL |
|---|---|
| BJ Tumulty | BM |
| S. Dorthy | TD |
| A.T. Vanturini | aTV |
| AV Edwards | AV |
| JA Mendez | JAM |

REEL # S-442/01

MACHINE SERIAL # 213-132

Changed to _____ at _____

Time Plant Opened 0855 BM    Closed 2245 AVE

| CALL # | TIME / METER | # CALLED | INT. INIT. | SUBSTANCE OF INTERCEPTED CONVERSATION |
|---|---|---|---|---|
| | 0855 / 000 | | BM | TAPE S-442/01 INSTALLED, AUDIO ON, PLANT I/S |
| 5620 | 913 / 000 | 9143134227 i/c | BM | M/I UNK MIKE (WORKS IN YONKERS) F/O SUE NOT GOING TO VISIT CHRIS TODAY F/A-BRING BABY OVER, M/O VAY |
| 5621 | 948 / 010 | 8454968031 i/c | BM | F/I UNK F/O SUE SOCIAL N/P MTO |
| 5622 | 1116 / 020 | 8452583124 i/c | BM | F/I UNK F/O SUE SOCIAL N/P MTO |
| 5623 | 1200 / 026 | 13004416212 & 54966366 #4 | BM | NO CONNECTIO |
| 5624 | 1202 / 026 | 9145416123 i | BM | M/O CHRIS M/I UNK M/O YAL COMING OVER M/I ABSOLUTELY - |
| 5625 | 1204 / 027 | 4968031 o/c | BM | M/O CHRIS M/I UNK WHY DIDNT PLOW DRIVEWAYS SOCIAL N/P MTO |
| 5626 | 1218 / 064 | | BM | M/O PHIL M/I CHRIS I'LL SEE YOU IN A WHILE I WANT TO SEE THE BABY |
| 5627 | 1240 / 067 | 8454968031 | BM | F/I CATHERINE F/O SUE SOCIAL N/P MTO |
| 5628 | 1242 / 080 | 4968031 | BM | F/O SUE M/I SOCIAL N/P MTO |
| 5629 | 1249 / 094 | 8457524824 | BM | F/I UNK R/R F/O SUE LOOKING FOR DIXON RE GETTING IN TOUCH WITH ROBERT DIXON JR (642) SATCOMMGT CORP REBECCA - F/I PO BOX IN 1877-434-4100 NEW HAMPTON, F/I ASKS IF SUES RELATE |

# of intercepted calls    27       # of incriminating calls    1

# of persons not previously intercepted _____

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL
ORGANIZED CRIME TASK FORCE

PAGE _2__

DATE _oil 30/01_

PLANT # _00-0165RF_____ LINE # _845-496-6506_ REEL # _S-442/01_____ & _____

| CALL # | TIME # METER | # CALLED | INT. INIT. | SUBSTANCE OF INTERCEPTED CONVERSATION |
|---|---|---|---|---|
| 3630 | 321/125 | 496 6031 | W | CHRIS - KAT - ASK IF SHE GOING |
| | | | | SLEIGH RIDING    N/P    IA |
| 631 | 1334/85 | 8454968031 | W | F/I RACHEL F/O SUA SOCIAL N/P MTG |
| 3632 | 1500/141 | 8454968031 | W | NO CONNECTION |
| 633 | 1450/142 | 4968012 | W | NO RE |
| 3634 | 1475/145 | 845 PIC 496-8631 | aaw | |
| 5635 | 152/152 | | W | SUA     RE - N/P |
| 636 | 1700/158 | 4906610 | NE | SUA RE    NON PERT CONVERSATION |
| 3637 | 1817/164 | I/C | WM | No Answer |
| 5638 | 14/167 | 4968630 | W | NO ANS |
| 639 | 1955/176 | | W | NO |
| 640 | 1955/178 | 496610 | W | MIS-DIAL |
| 641 | 1955/182 | 491 8301 | W | NO ANS |
| 642 | 2134/187 | 1800 7752239 | AE | CHRIS ORDERING NEW YORK TIMES PRODUCT |
| 5643 | 2135/193 | 8457835364 | AE | F/I SUE, F/I UNK NON PERTINENT CONVERSATION |
| 5644 | 2142/2w | | AE | F/I SUE F/I A NON PERTINENT CONVERSATION |
| MT 5643 | 2143/20w | | AE | SOCIAL CONVERSATION CONTINUED |
| 5645 | 2153/213 | 8454968031 | AE | F/O SUE F/I UNK NON PERTINENT CONVERSATION |
| 5646 | 2214/22w | 4968603 | AE | F/I CHRIS, F/I CEES MIT - AU COMING STRAIGHT HOME? PICK UP ... KIDS ... TAKING THEM HOME ... COMING IN TONIGHT ... N/P RE CONT |
| | 2245/230 | | WM | Tape S442/01 Removed (Audio Off) Plant O/S |

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

**ORGANIZED CRIME TASK FORCE**

PLANT # _CO-016SRF_  LINE # _914-496-6506_  INTERCEPTED & RECORDED BY:

DATE _01/21/01_  PAGE 1 OF _2_

REEL # _S.443/01_  MACHINE SERIAL # _213-132_

| NAME (Print) | INITIAL |
|---|---|
| H. Piotrowski | HP |
| J.J. Figueroa | JJF |
| BJ Tumulty | BJ |

Changed to _____ at _____

Time Plant Opened _0762_  Closed _2258_

| CALL # | TIME / # METER | # CALLED | INT. INIT. | SUBSTANCE OF INTERCEPTED CONVERSATION |
|---|---|---|---|---|
| | 0702 000 | | | Tape S.443/01 Installed. Audio on, Plant I/s |
| 5647 | 0:54 000 | TC Sue _ _ _ | | Sue _ _ _ _ _ _ Av Coming, Av mu _ |
| 5648 | 010 | OR 494 _ 831 | | _ _ _ _ _ _ _ to place Nh for facilm |
| 5649 | 1:29 031 | O/C 48-201 | | Ans mach _ hang _ ? |
| 5650 | | O/C 494 _ _ | | Answering machine _ _ ? |
| 5651 | 1:39 063 | O/C 494 _ _ | | Ans machine call to Anthony pick up |
| 5652 | 1:31 081 | T/C _ 831 | | _at _ _ _ to 20" gun to show |
| 5653 | 1:46 077 | T/C 345 _ _ 031 | | hang up |
| 5654 | 1:12 105 | Av # | | _ _ _ _ for S _ _ |
| 5655 | 2:01 107 | TC Sue _ 83 | | VST Hes _ _ ? |
| 5656 | 2:33 110 | 494 - 831 | | Sue Kat Family talk _ _ Nh Mo |
| 5657 | 2:52 112 | 494 _ 85 | | Sue Kat talking _ going to move Av Nhs |
| 5658 | 1:03 133 | O/C 4111 | | She - out 4111 information Brooklyn, Nh #4 Middletown |
| | | | | 3's 0431 _ then xxix Wid _ |
| | | | | Brooklyn _ _ _ intend 9mm _ cornbury |
| 5659 | 1:33 171 | 495 _ _ 85 | | Sue Kat _ _ _ _ _ _ _ _ _ _ _ _ |
| 5660 | 3:43 184 | TC 494 583 | | Sue # Kat to t_ _ _ _ will _ _ _ _ |
| 5661 | 14:31 251 | 545 _ 831 | | Play guy is on his way to you |

# of intercepted calls _29_    # of incriminating calls _____

# of persons not previously intercepted _____

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL
ORGANIZED CRIME TASK FORCE

PAGE _2_

DATE _01/21/01_

PLANT # _00-016SR1_    LINE # _914-478-6506_    REEL # _S-443/01_    & _____

| CALL # | TIME # METER | # CALLED | INT. INIT. | SUBSTANCE OF INTERCEPTED CONVERSATION |
|---|---|---|---|---|
| 5662 | 1744 194 | 845 — JC 472-503 | | |
| 5663 | 1744 207 | 845 — JC 472-503 | | N/P |
| 5664 | 208 211 | 914 JC 642 5300 | | |
| 5665 | 1782 215 | 845 FC 7833124 | | A/U |
| 5666 | 1825 232 | ##FC | | 4/U |
| 5667 | 1918 238 | 8457833124 | No | No Connection |
| 5668 | 1925 243 | 8457X17389 | | F/I   MESSAGE   MIRA   HOUSE CLEANING |
| 5669 | 2028 259 | 845 78 7389 | | No CONNECTION |
| 5670 | 2045 261 | 8457817389 | | No CONNECTION |
| 5671 | 2050 263 | 8457817389 | | No CONNECTION |
| 5672 | 2052 269 | 8457817389 | | No CONNECTION |
| 5673 | 2110 273 | 8457817389 | | (No CONNECTION) ANS MACHINE HOUSE CLEANING |
| 5674 | 2115 286 | " JC | | A/U |
| 5675 | 2132 259 | 8457817389 | | SEE YOU TOMORROW F/O SEE F/I MIRA |
| 5676 | 2154 270 | 9179983974 4966506 | | PAGE CHRIS |
| 5677 | 2258 293 | | | AUDIO OFF / TAPE S-443/01 REMOVED / PLANT R/S |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

ORGANIZED CRIME TASK FORCE

PLANT # OO-O16SRF          LINE # 914-476-6506          INTERCEPTED & RECORDED BY:

DATE  01/22/01          PAGE 1 OF _____

| | NAME (Print) | INITIAL |
|---|---|---|
REEL # S-444-01          MACHINE SERIAL # 213-132

J.d Hafler          JdH

H Potrovski          H

Changed to S/446-01  at  2143 ᵖ          B. Summit          BM

Time Plant Opened  1900 AM          Closed  2254 PM

| CALL # | TIME / METER | # CALLED | INT. INIT. | SUBSTANCE OF INTERCEPTED CONVERSATION |
|---|---|---|---|---|
| — | MIC 000 | | JdH | Tape # 0444/01 reloaded. Plant I/S    Audio ⊘N |
| 5677 | 000 | 191 496 ... | JdH | ... |
| 5179 | | 1911-11-2359 | JdH | " " " |
| 5179a | | 18804 ... 2359 | JdH | Busy |
| 5680 | | 1900 111 2359 | JdH | Rule noted Keydong? ... Bevel present    Rept # ... |
| 5681 | | 914 9390 ... | JdH | Mr (unk) ... (Mr Unk)   Foreign lang - Chinese ... Mr |
| 5682 | | 914 971 2354 | JdH | Mr (Sue) "Mr Lee" ) S thinking of booking vacation + Machine |
| | | | | L- Self ... till March 31    MIC |
| | 0859 101 | S/M | JdH | L- daycare services. S what a good age for child 1-2 years |
| | 0941 110 | S/M | JdH | L- Total # 6,118.00  4 Nights 3 days. S would my daughter get |
| | | | | her own seat on the plane L- yes   MIC |
| | 0944 124 | S/M | JdH | L- I got American + Air Jamaca going straight through. S- that |
| | | | | good right L- yeah   MIC |
| | 0850 133 | S/M | JdH | L- I have it w/ the her layover thick w/ Air Jamaca or Delta |
| | | | | S- I don't know thick better but don't know whether better Delta |
| | | | | or Air Jamaca L- I use Jamaca when I go |
| | 0854 144 | S/M | JdH | S- Aren't we going out of our way going to Jamaca  L- Actually |
| | | | | its short   Both discuss when connecting Flight hrs after land... |

# of intercepted calls  50          # of incriminating calls  2

# of persons not previously intercepted _____

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL
ORGANIZED CRIME TASK FORCE

PAGE _2_

DATE _01-22-01_

LANT # _CC-016SKF_    LINE # _914-496-6506_    REEL # _S444/01_    &  _S446/01_

| CALL # | TIME / # METER | # CALLED | INT. INIT. | SUBSTANCE OF INTERCEPTED CONVERSATION |
|---|---|---|---|---|
| 1682... | 0858 165 | S/M | JAH | L- Loan ext 613 S- So that was the 5th 6th 7th + 8th |
| | | | | L-yes Let me have Phone # S-444 L- 1829416 (Booking #) |
| | | | | You got everything All inclusive No tipping or anything |
| | 0902 200 | S/M | JAH | S-you have anything for the 3rd through the 7th of |
| | | | | April L-Let me look it up MTO |
| 5683 | 0910 211 | Off hook | JAH | No Dial MTO |
| | 0915 219 | S/M | JAH | Phone still off hook MTO |
| | 0923 221 | S/M | JAH | "  "  "  " MTO |
| 5684 | 0927 228 | 983 3124 | JAH | M(Sue) M'S (Tom) S-what you doing home T-working |
| | | | | nights S-what you doing T- I just got up come on |
| | | | | over for eggs (maybe I will MTO |
| 5685 | 0932 244 | 911 I/W # | JAH | M(Sue) M'S (Carol) S-how's vacation A- its great its great |
| | | | | for the kids A- Its a good thing we left Saturday |
| | | | | We would have never got on the plane Sunday |
| | | | | Both discuss scuba diving MTO |
| 5686 | 0939 291 | 783 3124 | JAH | M(Carol) F/S (Sues Mom) M(Sue) Social talk MTO |
| 5687 | 0951 292 | I/C | JAH | collect call from Larry from Correctional Facility F/S(Sue) |
| | | | | M'S (Larry) S-Chris is not here L-you know where he |
| | | | | is S-no L-tell him I'll call Saturday morning @ |
| | | | | 10:00 MTO |
| 5688 | 0957 316 | 496 8031 | JAH | F/S(Sue) F/S ( ) F/S- Mira showed up you want her |
| | | | | to come over either here S- No we already cleaned |
| | | | | Ask her if she's coming friday F/S- She'll be there Fri MTO |
| 5689 | 1015 335 | 845 783 3124 | JAH | Ans Mach Plays H/U |

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL
ORGANIZED CRIME TASK FORCE

PAGE 3

DATE 01-22-01

LANT # 00-016SRF        LINE # 914-496-0506    REEL # S444/01    &    S446/01

| CALL # | TIME # METER | # CALLED | INT. INIT. | SUBSTANCE OF INTERCEPTED CONVERSATION |
|---|---|---|---|---|
| 5690 | 1109 843 | c/o 496-8081 | 40 | Sue Flo    Conversation jug cn   NP mtg |
| 5691 | 1111 853 | 845 - C/E 893-39 | 2 | Waiting for rental car  Blasted  Chris call Sue |
| 5692 | 1142 860 | 841 - C/E 833 3124 | 2 | _____ Sue  called to __ __ mtg |
| 5693 | 159 883 | c/o 845 5031 | 30 | i/o Su __ __  N.P. Eur __ __ |
| 5694 | 1250 886 | 845 733 9124 | 44 | No Answer  H/U |
| 5695 | 1325 891 | c/o | 41 | iTT __ __ __  hm |
| 5696 | 1327 892 | c/e 845 433-39 | 2 | __ 845 |
| 5697 | 1332 897 | c/e 677 801-086 | 2 | hm  |
| 5698 | 1359 900 | 1 800 271800  884 274 4223  68983101895  22612412 | 8/4 | H/U cross  (No conversation - females who wake up up)  Hang up |
| 5699 | 1408 433 | c/o 800-772-2145 | 40 | to Sur __ __ 1242  Sur mtg put to Gina   Gina  Jackson  Gina has the bar face? face 2 min   min |
| 5700 | 1411 487 | c/o 228 4550 | 10 | Answer machine  Sue  raised N.P. for 6 pm  NP  mtg |
| 5701 | 1428 80! | 845 - C/o 733-512 | 10 | call looking for Sue |
| 5702 | 1507 503 | c/e | 4 | looking for him, Chris  Visa/NC connecting  past bill  Chris explains circumstances |
| 5703 | 1555 516 | i/c 914 213-4027 | 40 | Mit Milo M/c Chris  M.K. want Chris  to call him bock  hes in Westchester hes a __ __  __ him __ bot.  Chris will call back in 2 min. Su |
| 5704 | 1614 527 | i/c | 40 | F1 p  )  m/c Chris  Chris asks 1 / __  __ Christmas card from Philly  Flo want Chris to __  hes __ __ , Chris talk to Flo abt her husband Corey  whos in prison  he get Chris a Picture + letter of __  Turkey is for him.  D __ F1 has __ __ for Chris |

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL
ORGANIZED CRIME TASK FORCE

PAGE _4_

DATE _1/22/01_

PLANT # _AO-016 SRP_    LINE # _914-496-6506_ REEL # _S-444/01_ & _S-446/01_

| CALL # | TIME # METER | # CALLED | INT. INIT. | SUBSTANCE OF INTERCEPTED CONVERSATION |
|--------|--------------|----------|------------|----------------------------------------|
| 5705 | 1640 / 554 | 914-7526_ | | M/o Chris — w/i Jerry MTC cu'll |
| | | to k_ on Line 2654 Call # 351 (TA) |
| 5706 | 1940 / 558 | 645 284-344 | Jean | E/o (Suzanne) C/C (Lucien) |
| | | | | Goes on MTO |
| 5707 | 2058 / 566 | 783-74 | | Hill |
| 5708 | 2058 / 567 | " | | Hill |
| 5709 | 2058 / 568 | " | | Busy |
| 5710 | 2058 / 569 | " | | " |
| 5711 | 2058 / 570 | " | | " |
| 5712 | 2058 / 571 | " | | " |
| 5713 | 2058 / 572 | " | | " |
| 5714 | 2058 / 573 | " | | " |
| 5715 | 2058 / 574 | " | | " |
| 5716 | 2058 / 575 | " | | " |
| 5717 | 2058 / 576 | " | | " |
| 5718 | 2135 / 577 | 7813763 ok | | M/o CHRIS M/i ANTHONY (nephew) M/o WHAT ARE |
| | | | | YOU DOING M/i WORK FOR SCHOOL TALK |
| | | | | ABOUT HIS PARENTS VACATION MTO |
| | 000 | | | CHANGE TO TAPE S-446/01 PLANT #5 |
| | 2142 / 000 | S/M | | SOCIAL N/P MTO |
| | 2145 / 017 | S/M | | SOCIAL N/P MTO |
| | 2148 / 032 | S/M | | SOCIAL N/P MTO |
| | 2155 / 049 | S/M | | SOCIAL N/P MTO |
| 5719 | 2204 / 063 | 1888 5529711 4766506 | | Hang U/P |

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL
ORGANIZED CRIME TASK FORCE

PAGE __5__

DATE _1/22/_

PLANT # OO-0143RF ____ LINE # 845-478-8306 REEL # 5/416-01 ___ & ___ 5/474-01 __

| CALL # | TIME / # METER | # CALLED | INT. INT. | SUBSTANCE OF INTERCEPTED CONVERSATION |
|---|---|---|---|---|
| 5720 | 2204 / 067 | 496-4363-4 | BM | M/O CHRIS M/I (LEO) CALL BACK |
| 5721 | 2205 / 081 | 119697674 | BM | M/O CHRIS WRONG # |
| 5722 | 2306 / 089 | 4977 97674 | BM | M/O CHRIS W/I (RAYMOND) M/O NOT ON |
| | | | | FOR TOMORROW M/O MAKE IT ANOTHER |
| | | | | DAY - SOCIAL IN NATURE MTO |
| 5723 | 2210 / 155 | due | BM | M/I DOMINICK M/O CHRIS W/I BAD NEWS |
| | | | | ABOUT INJURY WHICH ARE THE WILL OPEN |
| | | | | MAYBE WED. TALK ABOUT A NUMBER THING |
| | | | | TALK ABOUT FRIEND W/ PHILLY DOMINICK HOME |
| | | | | # 0982-4963 |
| 5724 | 2215 / 220 | 4969767 | BM | M/O CHRIS M/I (RAYMN) SOCIAL AT FIRST |
| | | | | TALK ABOUT DOMINICK |
| 5725 | 2219 / 244 | 9417932585 - ok | BM | M/O CHRIS M/I WILLIAM - TALK ABOUT |
| | | | | SEEING RANDY TALK ABOUT PHIL BEING IN |
| | | | | THE DOG HOUSE TALK ABOUT RANDY'S STANDING |
| | | | | TALK ABOUT WILLIAMS JOB - SOCIAL IN NATURE |
| | | | | TALK ABOUT BEING PAID - MTO |
| | 2227 / 333 | S/M | BM | DISCUSS BILLS WORK AGAIN — MTO |
| | 2231 / 352 | S/M | BM | SOCIAL HANG -UP |
| 5726 | 2248 / 359 | 1900976200 | BM | M/O CHRIS CHECKING LOTTERY #'S |
| 5727 | 364 | | | AUDIO OFF / TAPE S-446/01 / PLANT O/S |
| | | | BM | |
| | | | BM | |
| | | | | |

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

**ORGANIZED CRIME TASK FORCE**

PLANT # _CO-016SPF_          LINE # _914-476-6506_          INTERCEPTED & RECORDED BY:

DATE _01/23/01_              PAGE 1 OF ___4___

REEL # _S-445/01_            MACHINE SERIAL # _213-132_

Changed to _S442/01_  at _2041_

Time Plant Opened _0855 AM_      Closed _2200 PM_

| NAME (Print) | INITIAL |
|---|---|
| J.A. HAFNER | JAH |
| S. Juhky | |
| H Piotrowsli | |
| A V Edwards | AVS |
| W.A. MURPHY | |

| CALL # | TIME / # METER | # CALLED | INT. INIT. | SUBSTANCE OF INTERCEPTED CONVERSATION |
|---|---|---|---|---|
| — | 0855 000 | — | JAH | Tape # S445/01 Installed. Audio on. Plant I/S |
| 5727 | 000 | | JAH | Machine Off          ) Re: Shipping trip NPMTC |
| | 016 | | JAH | Bill down Power RTC |
| 5728 | 015 | | JAH | Text# 2.61 and another Ans Machine Msg |
| | | | | "Mo(Chris) C you there pick up if you are |
| 5729 | 1111 | | JAH | Nextel Subscriber Recording attempting to hook Voice |
| | | | | Mail Msg "Mo(Chris) C hey me when you get this message |
| 5730 | 1212 | | JAH | Ans Mach same as Call 5728  Mo(Chris) Hello Mo |
| | | | | C I just woke up threw up last night no its |
| | | | | bad as you but threw up C whatever this was was |
| | | | | poison in my system. C I threw up but not as violent |
| | | | | as you NPMTC |
| | 1216 | SM | JAH | C you put the table of das me. I'll get to sleep later |
| 5731 | 1218 120 | 496-0031 | | Chris talks on Sept. Grandmother too ha   NP MTC |
| 5732 | 1222 133 | | | Chris to his grandmother too hot...   N mtc |
| 5733 | 1231 154 | 576-2743 | | message tel no's 841-386 1202 Ans machine |
| | | | | guess this next Tower, gloves |
| | | | | house is damaged Still Sick Friend ... |

# of intercepted calls _26_        # of incriminating calls _2_

# of persons not previously intercepted _____

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL
ORGANIZED CRIME TASK FORCE

PAGE 2

DATE 01/23/61

LANT # 00 - 01652F  LINE # 04-476-6506-  REEL # S-44/01  & _____

| CALL # | TIME # METER | # CALLED | INT. INIT. | SUBSTANCE OF INTERCEPTED CONVERSATION |
|--------|--------------|----------|------------|----------------------------------------|
| | | | T | Talk about house     no    into |
| 734 | 1244 915 | ws - 914 rs - 1125 | P | paternalship, 1754 2,500 miles Jesse trick, white uhte in June got value |
| 735 | 1245 53 | c/o | P | ws - 352 sisould hanging |
| 736 | 1250 53 | 04 - 916 516-904 | P | Jenny & Chris talk about picking box for S home at Tiffanys into town there |
| | | | | Hospital Owens who produces Jenny girlfriend Chris baby weight now to 257 now, talk about weight loss |
| | | | | Don't worry Wilbur, when ministry no 2 - last weight share ate dinner program Jenny, then talk about collections schedule for Tommy (wed Jennys Tahoe no Conn is fired |
| | | | | Talk about Bruswaker up face getting sick |
| | | | | Talk about Glen not more nothing |
| | | | | Lottery 25 million Tommy Virginia |
| 737 | 1304 413 | | P | Jenny calls Chris to callout |
| 738 | 1305 413 | c/o | P | megatel calls 845-226-1242 Chris calls Gina ans mechine Chris needs favor Steve 516 number for phone back S ask Steve forward 516 - 543 3500 |
| 739 | 1307 431 | 516 - 516 543-300 | P | Confirming have him call his at home Meet McGovern will call be a "Big one". Guy who's house will cosign |

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL
ORGANIZED CRIME TASK FORCE

PAGE 3

DATE 01/23/0_

PLANT # CO-016SRF    LINE # 914-496 65__    REEL # S-445/01    &    S-447/01

| CALL # | TIME # METER | # CALLED | INT. INIT. | SUBSTANCE OF INTERCEPTED CONVERSATION |
|---|---|---|---|---|
| 5740 | 1311 / 765 | C/O | | Calls Chase Cred 1 __ 500 __ ____ chase menu |
| | | | | chan wants cur't bal ____ _____ |
| | | | | Month income $ 7000 other income |
| | | | | $ 2000  T&B commissions    income ___ to |
| | | | | at loss, $5000   XYZ cleaning corp 2 __ ___ on him |
| | | | | worker sourc his    wrks has |
| | | | | increase will ad ____ to crd 1 __ mnt |
| | | | | answer___ 5 days ___ ___ ___ |
| | | | | $ 27.00 cred, ___ ___ for late charge |
| 5741 | 1350 / 833 | 770 227-2520 | | Bed, ship amnt Chris ___ Chris check__ stat_ |
| 5742 | 151_ / 540 | 496-8031 C/o | | ansulting no ___ |
| 5743 | 15__ / 42 | C/k | | Jenny call phone no. # 385 to this hous_ |
| 5744 | 153_ / 43 | n/i n_t | | let ther ___ ___ |
| 5745 | 1714 / 44 | I/c -783-317 | DA | mf/ ___ ___ child/ __ P. mfo ___ |
| 5746 | 1721 / 553 | I/C | DA | f/1 ___ F I (___) 11_ E. _ Dq |
| 5747 | 1746 / 555 | 845 496-903 | DA | Ans mac__ cu_ __ for __ light |
| | | 5 | GA | DA |
| 5748 | 1824 / 569 | 845 496____ | 1k  Av_ | N. ___ av_ ___ |
| 5749 | 1852 / 571 | 845 977 8273 | 1k  Av_ | Buddy, with __ ___ ___ ___ ___ ___ ___ ___ ___ |
| | | | | E/k ___ |
| 5750 | 2011 / 579 | 845 7_ 317___ | 1k  Av_ | ___ ___ ___ ___ |
| 5751 | 2031 / 589 | G.W. | Av_ | ___ ___ |
| 5752 | 2041 / 592 | | Av_ | TAPE S-445/01 REMOVED, TAPE # 447/01 ___ ___ ___ ___ |
| 5752 | 21__ / 594 | 2k | Av_ | N. ___ |

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL
**ORGANIZED CRIME TASK FORCE**

PAGE ___4___

DATE _J1-23-01_

PLANT # _Ju-116255_     LINE # _845-496 65-5_     REEL # _S-447/01_     & _____

| CALL # | TIME # METER | # CALLED | INT. INIT. | SUBSTANCE OF INTERCEPTED CONVERSATION |
|--------|--------------|----------|------------|----------------------------------------|
| 753 | 2118 904 | I/C | AVC | In-sle m/o-cines· social conversation |
| ~~753~~ | ~03 029 | | 9mm | Audio off / Tape 5447/01 Removed / Audio off |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

ORGANIZED CRIME TASK FORCE

PLANT # 30-016SRF

LINE # 845-496-6506

INTERCEPTED & RECORDED BY

DATE 01-24-01

PAGE 1 OF

REEL # 5-448/01

MACHINE SERIAL # 213-132

| NAME (Print) | INITIAL |
|---|---|
| J.A. HAFNER | JAH |
| H. Potrowsk | P |

Changed to _____ at _____

Time Plant Opened 1611 JAH          Closed _____

# of intercepted calls ___8___          # of incriminating calls ___4___

# of persons not previously intercepted _____

| CALL # | TIME / METER | # CALLED | INT. INIT. | SUBSTANCE OF INTERCEPTED CONVERSATION |
|---|---|---|---|---|
| — | 1611 000 | | JAH | TAPE 5-448/01 INSTALLED, AUDIO ok, PLANT I/S |
| 5754 | 1616 000 | 5h 5165462730 | JAH | M(Chris) M I (Steve) M I spoke to the guy his loan worth 4 + change + was in foreclosure. O guy gave him 28c + has to give t back by 3/1 I'm trying to get the father in law to buy it as a second house ( think you'll be able to do it M I its possible ( got to do it in a hurry think you can help him M I think so. |
| 5755 | 1618 037 | otc 492.4562 | JAH | M(Chris) M I ( ) (- Mark McGovern was buying house, had a guy loan him the money so he put the house in the guys name, the agreement is the guy has to be paid back by 3/1. He has no way of getting mort. + can't pay the guy back M I - allright (- my guy says he can get him the money, gonna get his father in law to buy the house + get him the mort on the final purchase. M I this is all news to me |

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL
ORGANIZED CRIME TASK FORCE

PAGE ___

DATE 1-24-01

PLANT # _____ LINE # 845-496-6466 REEL # 5406/01 & _____

| CALL # | TIME # METER | # CALLED | INT. INIT. | SUBSTANCE OF INTERCEPTED CONVERSATION |
|--------|------|----------|------|----------------------------------------|
| 3754 | | | | C- let me find out when this all happened and call you back. |
| 3758 | 1621 788 | 1516-546-8226 | AH | M6 (Chris) M6 (Lee) C- how long ago did this happen? S- a month ago, they were ready to close + this guy then, up + gave him the money + how much he want ~~to the bar~~ S- he wants 20 or 30 for himself. C- that's all he wants, he was the guy I called you over 7 months ago. S- he has an agreement that if he don't buy it back by march he can't buy it back for 4 yrs and pay 4500 a month in rent. Who loaned him the 280 you know C- No Idea, it don't sound like much of a friend S- its 10% C- what prime rate S- 9% |
| 3758 | 1626 166 | 496-4563 | AH | M6 (Chris) M6 (Lee) C- it happened last month Lin C- that's what my guy told me he hasn't seen any paper work. Explains about foreclosure 280 loan guy owns house. 10% interest, want this 3 month to pay back, if don't pay back he the house for 4800 month for 4 yrs then pay the house back C- the guy says he can get it C- the guy telling me gonna get father-in-law to pay house C- we want got to see if he can do the Math says he wants to pay the house off + get 20 or 30 for |

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL
ORGANIZED CRIME TASK FORCE

PAGE _3_

DATE _01/24/01_

PLANT # _CC CIBSRF_   LINE # _345-445-1500_   REEL # _5415/01_   & _____

| CALL # | TIME # METER | # CALLED | INT. INIT. | SUBSTANCE OF INTERCEPTED CONVERSATION |
|--------|--------------|----------|------------|----------------------------------------|
| 1758 | | | | selve. L- if he wants to get 250 + from 30 for selve that don't sound right should I say anything to him or play stupid. He [at beep] C- I don't know see what he says but the whole thing sounds scary. L- yeah C- can you come over L- yeah I got to see Frankie later C- I'm getting in shower it will be about ½ hour. |
| 5759 | 15 / 20 | | | Sue ask mike if ___ no? MTS |
| 760 | 12 / 371 | FR - 25x | | Fra's calls on. Questions asked - Fra Gweta Fra in law has a car event to re work Fra ? ? about as Second meeting. Elens in Sedins argument w/ Gweta 3 yrs. He les. Continued properties. Been US tributor. |
| 761 | 15 / 23 | 914-622-4098  9a | | Ans machine |
| 762 | 15 / 33 | 264? | | No conversation |
| 763 | 15 / 34 | ??? | | Audio turned off tape 5445/01 reinserted Plant shut down |

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

ORGANIZED CRIME TASK FORCE

PLANT # __DD-D11-SRF__    LINE # __845-496-6566__    INTERCEPTED & RECORDED BY:

DATE __01-29-61__    PAGE 1 OF __2__

REEL # __S449/61__    MACHINE SERIAL # __213132__

Changed to _____ at _____

Time Plant Opened __0857/a__  Closed __2256__

| NAME (Print) | INITIAL |
|---|---|
| A V Thomas | AVE |
| A T Venturini | ATV |
| Jose A Mendez | JAM |
| W A Murphy | Jm |

| CALL # | TIME / # METER | # CALLED | INT. INIT. | SUBSTANCE OF INTERCEPTED CONVERSATION |
|---|---|---|---|---|
| — | 000 | | AVE | Tape S449/61 Installed Audio On Plant 4/5 |
| 5763 | 000 | 4" | AVE | SUB REQUEST + TRANSCRIPTION of PARAM's #s |
| | | (201) 327 5185 | | |
| 5764 | 001 | 1201327519>> | AVE | SUB PHONE + TRANSCRIPTION |
| 5765 | 003 | 8157933121" | AVE | NO SUB UNL SHORT CONVERSATION |
| 5766 | 009 | 7 11( | ATV | fiel( ) fie( ) NP MTD |
| 5767 | 083 | | AVE | NO CONNECTION |
| 5766 | 086 | 7833371 | | CALL # 5766 RE-DIALS |
| 5768 | 094 | | AVE | NO PROBLEM SHORT CONVERSATION |
| 5769 | 104 | | AVE | |
| 5766 | 109 | | AVE | CALL 5766 RESUMES |
| 5770 | 112 | (973) 20 | | CHRIS - U/F - U/M OUT ON PH - TALK ABOUT VEH. BEING FIXED. U/F MTD |
| 5771 | 112 | (973) 30 | ATV | CHRIS U/M U/F |
| 5772 | 153 | 8157933121 | AVE | |
| 5773 | 159 | 7808856 | AVE | NO CONNECTION |
| 5774 | 179 | 7833121 | AVE | |

# of intercepted calls __2 6__    # of incriminating calls __0__

# of persons not previously intercepted _____

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL
ORGANIZED CRIME TASK FORCE

PAGE _____ 2

DATE _01-25-01_

PLANT # _00-2165CF_    LINE # _845-496-3568_    REEL # _5-449/01_    & _____

| CALL # | TIME # METER | # CALLED | INT. INIT. | SUBSTANCE OF INTERCEPTED CONVERSATION |
|--------|------|----------|------|-----------------------------------|
| 5775 | 1213 185 | 742658 ok. | Pve | No conversation |
| 5776 | 1221 199 | 845783 3364 JC | AE | Florine, calling Susan conversation |
| 5777 | 1321 203 | 7-8-19 | NO | Cel ... M17 P5 ... L-7 |
| 5778 | 1331 36 | | Pve | No conversation |
| 5779 | 1512 212 | 5771041 | NO | No ans |
| 5780 | 1532 218 | 1/c | am | (Ans. Machine - Call Semina (for Chris) |
| 5781 | 1722 232 | 2/c | Don | No Answer from 845-783-3124 (Don) |
| 5782 | 1906 237 | 845-7/c 781-7184 | MB | No ans |
| 5783 | 1907 240 | 7/c 781-6401 | JM | No ans |
| 5784 | 1908 24c | 8-7/c 781-7289 | JM | F/o this is Mira clean house tomorrow |
| 5785 | 2016 252 | 845-7/c 781-7289 | JM | No ans |
| 5786 | 2019 257 | 781-7289 o/c | JM | F/o (Susman) F/L (Mira) f/o "murder" 7 o'clock is good I'll see you tomorrow |
| 5787 | 2109 261 | 9:7 998-3476 | JM | Page |
| 5788 | 2113 265 | 500 7/C 265-5728 | JM | M17 (Chris) F/o (Susman) MD Hawi tu Babby f/o very bad dog is missing NT N/O. |
| 5789 | 2147 282 | 500 7/C 265-5728 | JM | M17 (Chris) f/o (Susman) M17 finds dog yet f/o No NT M70. |
| | 2256 295 | | JM | Audio off /tape 5449/01 removed /plant off |
| | | | | |
| | | | | JM |
| | | | | |
| | | | | |

**STATE OF NEW YORK**
**OFFICE OF THE ATTORNEY GENERAL**

**ORGANIZED CRIME TASK FORCE**

PLANT # 00-016SRF

DATE 01-26-01

REEL # S450/01

LINE # 845-491-6506

PAGE 1 OF 3

MACHINE SERIAL # 213-132

Changed to _____ at _____

Time Plant Opened _____ Closed 2245

| INTERCEPTED & RECORDED BY: | |
|---|---|
| NAME (Print) | INITIAL |
| AJ EDWARDS | AVE |
| BJ TUMULTY | RJ? |
| JA MENDEZ | JM |
| S WORTH | SW |

| CALL # | TIME / # METER | # CALLED | INT. INIT. | SUBSTANCE OF INTERCEPTED CONVERSATION |
|---|---|---|---|---|
| — | 212 000 | | AVE | Tape S450/01 Installed, Audio On, Plant J/S |
| 5790 | 0814 000 | 718-751-2... | JK/AVE | |
| 5791 | 0817 017 | 845-782-32... | JK/AVE | |
| 5792 | 0822 023 | 845-765-... | JK/AVE | |
| 5793 | 0841 030 | 845-106-7714 | JK/AVE | |
| 5794 | 1030 057 | 845-468-051 | JK/AVE | |
| 5795 | 1009 228 | 845-8..201 | JK/AVE | |
| 5796 | 1015 ... | 845-468-201 | JK/AVE | |
| 5797 | 1029 255 | 845-782-4781 | JK/AVE | |
| 5798 | 1032 100 | | JK/AVE | |
| 5797 | 1033 109 | | JK/AVE | CALL 5797 CONTINUED |
| 5778 | 1054 113 | | JK/AVE | |
| 5779 | 1112 121 | 4-76-8261 | ADV | |
| 5800 | 1123 127 | 845-452-2661 | JK/AVG | CALL # 493 JENNY'S CELL |
| 5801 | 1126 129 | 511108 | JK/AVE | |
| | | | | |
| 5802 | 1152 141 | 718-752-2664 | JK/AVE | |

# of intercepted calls 43    # of incriminating calls 1

# of persons not previously intercepted _____

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL
ORGANIZED CRIME TASK FORCE

PAGE _____ 2

DATE 01-26-01

PLANT # _____ LINE # _____ REEL # _____ & _____

| CALL # | TIME # METER | # CALLED | INT. INIT. | SUBSTANCE OF INTERCEPTED CONVERSATION |
|---|---|---|---|---|
| 5802 | | | | |
| 5803 | 1154 / 174 | 411 | AVE | WHETHER _____ (800-866-7) |
| 5804 | 1155 / 150 | 94563.7 | AC | |
| | | | | |
| | | | | |
| | | | | |
| 5805 | 1156 / 238 | 84525725 | AC | |
| 5806 | 1218 / 246 | 4765247669 | C/M | m/o ____ F/I CATHERINE & THERESA : GOING TO |
| | | | | GET HAIRCUT |
| 5807 | 1237 / 263 | 7313763. | C/M | m/o CHRIS M/O ANTHONY — TALK ABOUT _____ |
| | | | | SAME SUNDAY ANTHONY & COUSIN JR - 31 - 12-8166 |
| | | | | 12/17/33 2340 (1+2nd WEEK IN MAY) HOLDING |
| | | | | THE PAPER GUY SOMETHING 170 FOR 110 |
| 5808 | 1249 / 293 | 17893329153 | AC | NO ANSWER |
| 5809 | 1250 / 303 | 411 | C/M AVE | CAME WALT DOLI (845)782-5934 |
| 5810 | 1251 / 317 | 76259734 | OC AVE | m/o CHRIS, m/o VITO : No CALL AT, etc |
| | | | | GIVE m/o INFO HOWELL ON WEDNESDAY, THURSDAY |
| | 1256 / 364 | S/M | AVE | ERASED M/O + M/O CONTACT WITH SKIM COMMISSION |
| | 1301 / 372 | S/M | AVE | |
| 5811 | 1337 / 377 | 17813329153 | OC AVE | NO ANSWER |
| 5812 | 1337 / 382 | 317415843 | OC AVE | No RESPONSE LEFT |
| 5813 | 1338 / 387 | 14161 | OC AVE | NO CONNECTION |
| 5814 | 1330 / 356 | 8452261242 | OC AVE | M/O CHRIS, F/I GINGER : SOCIAL CONVERSATION |

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL
ORGANIZED CRIME TASK FORCE

PAGE ___3___

DATE _31-30-01_

LANT # _____     LINE # _845-476-6506_     REEL # _5-450/01_     & _____

| CALL # | TIME / # METER | # CALLED | INT. INIT. | SUBSTANCE OF INTERCEPTED CONVERSATION |
|---|---|---|---|---|
| 5815 | 1330 / 411 | 845782... | AVC | M/o cias, r/n uns - NPC |
| 5816 | 1342 / 413 | 718933295 | AVC | Mis cras, M... Al, Annach |
| 5817 | 1345 / 446 | 18007... | AVC | no conversation |
| 5818 | 1345 / 446 | 18007... | AVC | no connection |
| 5819 | 1345 / 481 | ... | AVC | Mis cras, m... social conversation |
| 5820 | 1345 / 454 | 18007... 8522... | AVC | No conne, c/o... social conversation |
| 5821 | 1418 / 466 | 845787... | NC | No conne c/o... social conversation |
| 5822 | 1520 / 411 | ... | AV | No conne. |
| 5823 | 1701 / ... | ###/ | SM | No Answer |
| 5824 | 1949 / 474 | 496 803 | MO | Sue MT Kevin - Greetings Social talk NP MTO. |
|  | / 485 | SM | OM | Fo Sue FI Unk - Social NP MTO |
| 5825 | 2004 / 487 | 781 4684 | OM | Fo Sue FI Unk. Greetings NP MTO |
| 5826 | 2040 / 489 | 733 1408 | ... | ... MH |
| 5827 | 2045 / ... | 781 4684 | 8 U | Sue - o/i N/P MTO |
| 5828 | 2144 / 498 | 1917 998 3976 | OM | 496-6506 Beeper |
| 5829 | 2147 / 501 | i/c | OM | Fo Sue mt Chris - Social talk - Toys R us. Child gets on phone to Chris- NP MTO. |
| 5830 | 2148 / 511 | i/c | OM | Fo Sue mt Unk. - Social NP MTO |
| 5829 | 2149 / 517 | c/w | OM | Sue a Chris - Continue NP Une. MTO. |
| 5831 | 2232 / 523 | i/c | OM | Sue mt Unk - an was to Karen + m. taking bus to Mon me. NP MTO. |
|  | 2245 / 529 | — | OM | Tape S#50 p/ Removed / Audio off / Plant o/s |

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

ORGANIZED CRIME TASK FORCE

PLANT # 00-016SRF          LINE # 845-496-6506

DATE 01-27-01             PAGE 1 OF 5

REEL # S-681/01

MACHINE
SERIAL # 213-132

Changed to S-682/01     at 1411
            S-684/01        2157

Time Plant Opened 0650 Am          Closed 2237

**INTERCEPTED & RECORDED BY:**

| NAME (Print) | INITIAL |
|---|---|
| M Edwards | ME |
| BJ Tumulty | |
| R Worthy | RW |
| | |

| CALL # | TIME #/METER | # CALLED | INT. INIT. | SUBSTANCE OF INTERCEPTED CONVERSATION |
|---|---|---|---|---|
| — | 000 | | ME | TAPE S-681/01 INSTALLED, AUDIO ON, PLANT I/S |
| 5831 | 1203 / 000 | 1k | ME | No Answer |
| 5832 | 1237 / 005 | | ME | |
| 5833 | 1237 / 024 | | ME | |
| 5834 | 1241 / 037 | 719 17/ 633725 | ME | |
| 5835 | 1243 / 056 | 6311(?) | ME | |
| 5836 | 1244 / 266 | | ME | |
| 5837 | 1246 / 009 | | ME | |
| | 1252 / 101 | 5/m | ME | |
| | 1257 / 207 | 5/m | ME | |
| | 1259 / 221 | 5/m | ME | |
| | 1301 / 241 | 5/m | ME | |
| | 1313 / 282 | 5/m | ME | |
| | 1316 / 251 | 5/m | ME | |
| | 1325 / 323 | | | |
| | 333 | | | |

# of intercepted calls ___47___     # of incriminating calls ___2___

# of persons not previously intercepted _____

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL
ORGANIZED CRIME TASK FORCE

PAGE ___2___

DATE _____

'LANT # _____    LINE # _____    REEL # __S-581/01__    & __S-682/01__
_____ __S-684/01__

| CALL # | TIME # METER | # CALLED | INT. INIT. | SUBSTANCE OF INTERCEPTED CONVERSATION |
|---|---|---|---|---|
| 838 | 1055 233 | 7-2266552 ok | AC | ... - DE RICKY : M... ... |
| | 1055 355 | | | ... |
| 839 | 1057 357 | 7k | AC | ... |
| | | | | ... |
| | | | | ... |
| 84.. | 1109 39.5 | ... 233.6 ...242 | AC | ... F... ... |
| 5841 | 1350 4/4 | 7-71787... ... | AC | NO ANSWER (EPT) |
| ...42 | 1342 4... | 79-4700... ok | AC | ... |
| | | | | ... |
| | | | | ... |
| | | | | TAPE ... AR... |
| 5842 | 1411 6.12 | | AC | TAPE S-581/01 REMOVED  TAPE S-682/01 INSTALLED, TIMER ... |
| 5843 | 1412 000 | 705-77187452323... 05281079147337... ok | AC | NO CONNECTION |
| 5844 | 1413 913 | new 705-77123... ... 6/ | AC | ... FL... ... |
| | | | | ... THE ROAD, ... STOP AT THE ... STATION ... ... |
| | | | | GVE. THE TAPES. |
| 5845 | 1423 097 | 7823124 ok | AC | ... FL - UNK ... |
| 5846 | 1451 12... | 4...771 ok | AC | ... TALK AS NPC |
| 5847 | 1453 12... | 6122779 ok | AC | ... TALK ; NPC |
| 5848 | 1455 133 | ... ok | AC | NO CONNECTION |
| 5849 | 1455 135 | 486... ok | AC | ... OF ANTHONY ... GABE... |
| 5850 | 144 | 7833964 ok | ... | M/O CHRIS   M/I (      ) WHATS UP G/AVE 29/1 |
| | | | | .F BUT LAST YOUR = JOHN BUT A 100 LAST YOU HAVE ON |
| | | | | THOM. |

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL
ORGANIZED CRIME TASK FORCE

PAGE _3_

DATE _____

PLANT # _____  LINE # _____  REEL # _____  & 5682/01
                                                          5684/01

| CALL # | TIME / # METER | # CALLED | INT. INIT. | SUBSTANCE OF INTERCEPTED CONVERSATION |
|--------|------|----------|------|------|
| 5851 | 178 | | (W) | ANS MACH — |
| 5852 | | | (W) | ANS MACH — HHL |
| | | | (W) | ANS MACH — |
| | | | (W) | |
| | | | (W) | |
| | | | (W) | |
| | | | | HE ANS |
| 5858 | | | (W) | |
| 5859 | | | (W) | |
| 5860 | | | (W) | |
| 5861 | 1844 / 264 | 8007466 / 1022356008 | JM | M/o CHRIS  NO CONNECTION |
| 5862 | 1746 / 270 | 914725 / 5839 | JM | M/o CHRIS  Busy |
| 5863 | 1947 / 285 | CARD + 9147552837 | JM | M/o CHRIS  F// GINGER  WHAT ARE YOU DOING |
| | | | | GINGER  TO PLEASANTVILLE RD  TO P/U MERAL |
| | | | | M/o FOR JOHNNY  M/o FOR THE LIMOSINE  F/ YEAH |
| | | | | M/C  DID  JOE  DO ANYTHING ?  NO  M/O HOW |
| | | | | MUCH  MONEY ARE YOU PICKING UP - DISCONNECT. |
| 5864 | 1951 / 332 | CARD + 9147552837 | JM | M/o CHRIS  Busy |
| 5865 | 1952 / 340 | CARD + 9147552837 | JM | M/o CHRIS  -Busy |
| 5866 | 1753 / 349 | CARD + 9147552837 | JM | M/o CHRIS  F// GINGER  SOCIAL  DISCONNECT |
| 5867 | 1956 / 382 | CARD + 9147552837 | JM | M/o CHRIS  Busy |
| 5868 | 1955 / 390 | | JM | NO CONNECTION |
| 5869 | 1956 / 391 | CARD + 9147552837 | JM | M/o CHRIS  Busy |
| 5870 | 1957 / 400 | CARD + 9147552837 | JM | M/o CHRIS  Busy |

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL
ORGANIZED CRIME TASK FORCE

PAGE ___5___

DATE __1/27/01__

PLANT # _OO-OU-CRF_    LINE # _84?-496-650?_    REEL # _2 683/01_    & _2 682/01_
                                                                         _3 684/01_

| CALL # | TIME # METER | # CALLED | INT. INIT. | SUBSTANCE OF INTERCEPTED CONVERSATION |
|--------|------|------|------|------|
| | | | | M/I ITS BEEN OVER A YEAR SINCE THE LAST |
| | | | | TIME M/O WERE IN A SITUATION WHERE |
| | | | | WE ARRESTED SOMEBODY. THEY PICK |
| | | | | UP INFORMATION ON A BUG. THE ONLY |
| | | | | TIME IT WASN'T THAT WAS WITH RUBY |
| | | | | M/I WHEN THE BOSS CALLS GORDON — M/O |
| | | | | IF YOU GO INTO WITNESS PROTECTION |
| | | | | THERE'S NOTHING YOU COULD TELL THEM |
| | | | | KNOW IF THEY COULD — M/I I DOT I DON'T |
| | | | | M/O YOU I COULDN'T TELL YOU THEIR NOW |
| | 600 | | | M/I WHO COULD GAIN FROM 76 Y/O MAN |
| | 200 | | | TAPE 3684/01 INSTALLED METER OFF |
| | | | | M/I WHO DO YOU LIKE M/O RAVON SOCIAL |
| | | | | OVER FOOTBALL GAME M/O DISCUSSES |
| | | | | PHILLY — AND #250.00 ISSUE DISCUSS ANTHONY |
| | | | | M/O SOMETHING WAS AMISS — SUP CHRIS & MARY MYLOVE |
| 5879 | 385 | | | TAPE 3684/01 REMOVED /AUDIO OFF /PLANT D/S |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |