## ORGANIZED CRIME TASK FORCE

PLANT # 00-016 SRF  
DATE 10/28/00  
REEL # S5838/00  

LINE # 845-496-6506  
PAGE 1 OF _____  
MACHINE SERIAL # 213-132  

INTERCEPTED & RECORDED BY:

| NAME (Print) | INITIAL |
|---|---|
| JJ Figueroa | JJF |
| A V Gowanos | AVG |
| AJ Burns | AB |
| A.J. Vanturini | AJV |
| Worthy | CW |

Changed to _____ at _____  
Time Plant Opened 0858    Closed 2300

| CALL # | TIME / # METER | # CALLED | INT. INIT. | SUBSTANCE OF INTERCEPTED CONVERSATION |
|---|---|---|---|---|
|  | 000 |  |  | TAPE S5838/00 INSTALLED   PLANT I/S |
| 2291 | 1017 / 000 |  | AVG | F/O- SUE, F/I- SUE's mm : scam call. |
| 2292 | 1252 / 013 | 4964263 |  | M/O (Chris) hows everything m/I (____) good m/O come today m/I? m/O I'll see you tomorrow |
| 2293 | 1259 / 020 |  | AVG | m/O- Chris, m/I- Phil : m/I- I'm at my brothers, I'll be over in three seconds, m/O- ok. |
| 2294 | 1412 / 028 | 2272520 |  | M/O (Chris) to M/I (Peter) about something Peter did that doesn't work. Car. NP MTO. |
|  | 1414 / 053 | S/M |  | Car talk: About internet and Spoilers. NP MTO. |
|  | 1415 / 060 | S/M |  | door handle - car MTO |
| 2295 | 1416 / 065 | 1 864 9447446 |  | Not answered. |
| 2296 | 1438 / 074 | 6778377767 |  | Waste Management recording. |
| 2297 | 1438 / 079 | 6778377767 |  | Hung up |
| 2298 | 1439 / 081 |  |  | "Dominic" for Ray. (waiting) talking about "water machine guns" while waiting. Ray out, call back |

# of intercepted calls  24    # of incriminating calls  2

# of persons not previously intercepted _____

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL
ORGANIZED CRIME TASK FORCE

PAGE 2
DATE 10/28/00

PLANT # 00-016 SRF    LINE # 845 4966506    REEL # S5838/00 &

| CALL # | TIME / # METER | # CALLED | INT. INIT. | SUBSTANCE OF INTERCEPTED CONVERSATION |
|---|---|---|---|---|
| 2299 | 1446 / 110 | 4968031 | AVE | M/O (CHRIS) LEAVES MESSAGE ON PAGER "CAS, WHERE ARE YOU? IT'S VERY IMPORTANT THAT WE SPEAK. |
| 2300 | 1500 / 122 | 4968031 | AVE | M/O (CHRIS) LEAVES MESSAGE "HI CAS, WHERE ARE YOU?" |
| 2301 | 1500 / 134 | 17182992242 | AVE | M/O (CHRIS), M/I (RANDY) : M/O - WHAT'S HAPPENING THIS WEEK. M/I - SOMETHING CAME UP THAT MAY BE GOOD FOR EVERYBODY, LET'S MEET THURSDAY. |
| 2302 | 1506 / 211 | | AVE | M/O - CHRIS, P/I - UNK : WHAT TIME SHOULD WE EVER TAKE? M/O - ABOUT 5:15 |
| 2303 | 1506 / 218 | 17182992241 | AVE | CALL 2301 CONTINUED   M/I TK'S TO JASE ABOUT 5-6 MONTHS. DISTRICT ATTY CAME TO ME FOR MY HELP. THEY WANT TO BURY THIS GUY. M/O - HE HAD A NOTHING CASE, RIGHT? M/I - HE SUPPOSEDLY FALSIFIED RECORDS. M/O - HE GOT YOU A LOAN RIGHT? M/I - THE LOAN WAS BEING PAID. M/O - WHEN AM I GETTING MY MONEY BACK? M/I - THURSDAY. M/I - REYNALD INTRODUCED HIM TO PEOPLE OF LOW MONETARY CHARACTER. HE DIDN'T DO DANNY OR ANYONE ELSE ANY FAVORS. M/O - THEY GOT THEM? M/O - WHAT DO YOU THINK? M/I - REYNALDO IS A SKIRT CHASER. M/O - HAVE YOU SPOKEN WITH ___? M/I - NO, NO ONE'S INTERESTED IN MAKING MONEY. |
| 2304 | 1513 / 339 | 6773967 | AVE | M/O - CHRIS, M/I - RAY : M/O I FOUND OUT WHY MARK'S MAD AT YOU. M/O - BECAUSE YOU LIE TO HIM. M/I - I AIN'T LIE TO HIM. WHAT DID I LIE TO HIM ABOUT? M/O - YOU TALK ABOUT ACE OF HIM; THAT'S WHAT HE TELLING OUTBACK. M/I - I THINK MARK THINKS I GO BACK TO YOU AND TELL YOU THINGS. M/O - MARK'S |

**STATE OF NEW YORK**
**OFFICE OF THE ATTORNEY GENERAL**
**ORGANIZED CRIME TASK FORCE**

PAGE 3
DATE 10-28-00

PLANT # 00-0165RF    LINE # 845-496-6506    REEL # ST5838/00    &

| CALL # | TIME / # METER | # CALLED | INT. INIT. | SUBSTANCE OF INTERCEPTED CONVERSATION |
|---|---|---|---|---|
| CONT 2304 | | 67837767 | AVG | NOT MUCH OF A MAN, YOU DON'T HAVE TO JUSTIFY YOURSELF BECAUSE OF HIM. HE'S F— UP LIKE CARL. M/I- CAN I SAY SOMETHING NOW? M/O -I WOULD SAY NOTHING. MY OPINION IS HE'S USING EVERYONE AGAINST EACH OTHER TO TRY AND GET BACK IN GOOD W/ DC. THAT'S WHAT HE'S ABOUT, HE HUNG AROUND W/ME TRYING TO GET IN GOOD WITH BROTHER. M/I - I DON'T CARE IF MARK IS UPSET W/ ME I JUST THINK HE WAS UPSET THAT I SPOKE WITH YOU. BETWEEN ME + YOU, DON'T SAY ANYTHING TO DOMINICK. MARK SAYS THAT DOMINICK DISGUSTS HIM. M/O- DOMINICK DOESN'T DESERVE THAT. M/I - HE TOLD AL. HE SAYS HE CAN PUT MONEY IN MY POCKET, BUT HE'S GOING TO ABUSE ME? M/O - I CAN'T TELL DOMINICK THAT, IT WOULD KILL HIM. M/O - THERE'S NO BENEFIT TO BEING MARK'S FRIEND. M/I - I NEVER SAY ANYTHING ABOUT OVER THERE; I THINK HE'S UPSET THAT I MAY BE HANGING OUT WITH YOU. M/O - WHEN WE STARTED THIS, NOBODY EVEN BROUGHT UP HIS (MARK'S) NAME. M/O - LEO KNOWS MARK; LEO DOESN'T GIVE A F—. M/O - IF I WERE YOU, I WOULD IGNORE MARK. ~~HE JUST TOO~~ AK *DOMINICK TAKES PHONE CALL CALLS "D" - THIS IS AL GOING TO BLOW OVER. HE THINKS YOU LIED TO HIM. MARK IS LIKE A RIVAL NOW SINCE HE DOESN'T HANG OUT WITH |

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL
ORGANIZED CRIME TASK FORCE

PAGE 4
DATE 10-28-00

PLANT # 00-0165RF   LINE # 845-496-6506   REEL # S-5838/00 & S-5839/00

| CALL # | TIME / # METER | # CALLED | INT. INIT. | SUBSTANCE OF INTERCEPTED CONVERSATION |
|---|---|---|---|---|
| CONT 2304 | | | AVE | CHRIS, HE'S TRYING |
| | | | AVG | TAPE S-5838/00 ENDED TAPE S-5839/00 INSTALLED |
| CONT 2304 | 1545 / 000 | | AVE | "O" - MARK IS NOT ACTING RIGHT. M/I - YEAH. WHAT'S THE BIG DEAL THAT I HANG OUT W/ CHRIS AND YOU? M/I - MARK SAID THAT YOU (OWNIMICK) ARE THE WEAK LINK IN THE CHAIN |
| | 088 | 5/17 | AVE | |
| | 1548 | | AVE | M/O - CHRIS I'LL TALK TO LATER ; M/I - ALRIGHT |
| 2305 | | 095 9147834624 | AVE | NO CONNECTION |
| 2306 | 1558 | 096 693003 | AVE | F/O - SUE , M/I - UNK : SOCIAL CONVERSATION |
| 2307 | 1649 | 115 783-3124 | AAV | F/O ( ) F/I ( ) - SOCIAL MTO |
| 2308 | 1706 | 128 442-5152 | SW | CHRIS - PHIL ANS MACH - NO MESS LEFT |
| 2309 | 1707 | 155 3015544 | SW | PAGER |
| 2310 | 1710 | 141 443-8182 | AAV | CALL # 718 RECD ON 443-8182 C/S |
| 2311 | 1714 | 143 442-9769 | AAV | M/O (CHRIS) M/I ( ) - M/O MENTIONS MARIE & FRIENDSHIP - ABOUT BEING MAD AT M/I M/O GOING TO WEDDING AT CENTRAL VALLEY INN 6PM - MTO |
| 2312 | 1400 205 | 446696 | SW | BUSY |
| 2313 | 1905 | 753324 | SW | ANS MCH - CHILD TALKING - MTO |
| 2314 | 0035 816 | 7,14 | SW | NO ANS |
| 2315 | 0330 | | SW | TAPE SS839/00 REMOVED |

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL
ORGANIZED CRIME TASK FORCE

PLANT # 00-016SRF        LINE # 914-496-6506        INTERCEPTED & RECORDED BY:
DATE 10-25-00            PAGE 1 OF 6                NAME (Print) / INITIAL
REEL # S5834/00          MACHINE SERIAL # 213-132   J.A. HAFNER / JHH
                                                    A V EDWARDS / AVE
Changed to S5834/00 at 1828                         W A MURPHY / WAM
Time Plant Opened 1859 JAH    Closed 2235/00 2250   JJ Figueroa

| CALL # | TIME / # METER | # CALLED | INT. INIT. | SUBSTANCE OF INTERCEPTED CONVERSATION |
|---|---|---|---|---|
|  | 0854 / 000 |  | JAH | Tape S5834/00 Installed, Audio On, Plant T/S |
| 2171 | 0859 / 000 | 33124 | AVE | F/O-Sue, M/I-Sue's Dad : F/O ask M/I about her father's condition - non pertinent call. |
| 2172 | 0914 / 025 |  | AVE | No Connection |
| 2173 | 0931 / 025 | 9147831963×8 | AVE | F/O-Sue, M/I-Ants · M/I called to wish Happy Birthday |
| 2174 | 0933 / 043 |  | AVE | No Connection |
| 2175 | 0938 / 045 |  | AVE | F/O-Sue, F/I-Unk : Social call |
| 2176 | 0943 / 059 | 785324 | AVE | No Connection |
| 2177 | 0947 / 063 | 4162465747 | AVE | No Connection |
| 2178 | 1026 / 063 |  | AVE | F/O-Sue, M/I-Unk : F/O the number is 732-431-2000, ext 259. Call to congratulate her + Reb |
| 2179 | 1027 / 074 |  | AVE | No Connection |
| 2180 | 1040 / 074 | 9147831784 | JAH | F/O(Sue) F/I (Connie) (- won't be able to go to Commons Social Mtg) |
| 2181 | 1051 / 080 | 1316519 8580 | JAH | M/O (Vitan) M/I (@ Doctors Office) V-Wondering if I had Dr. Apt today F/I-No office hours today. HTO |
| 2182 | 1310 / 094 | 4999969 | JAH | Ans Machine Ray + Dina - 11/11 |
| 2183 | 1311 / 101 | 16462465947 | JAH | Voice Mail Message Male Voice - M/O (Chris) (uz where are you?) |
| 2184 | 1311 / 119 | 18002250250 | JAH | M/I- ( ) Your # Please (-I'll call right back |

# of intercepted calls 49        # of incriminating calls 2

# of persons not previously intercepted _____

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL
ORGANIZED CRIME TASK FORCE

PAGE __2__

DATE __10-25-00__

PLANT # __00-016SRF__   LINE # __914-496-6506__   REEL # __55834/00__   &amp; _____

| CALL # | TIME # / METER | # CALLED | INT. INIT. | SUBSTANCE OF INTERCEPTED CONVERSATION |
|---|---|---|---|---|
| 2185 | 1314 / 124 | 6749797169 | JAH | Ans Machine Ray & Dino Page me @ 1 800 325 0256 ext 81846 |
| 2186 | 1315 / 136 | 18002250256 | JAH | I/F your pager # (- 81846  I/F your message please (- Call Chris @ 496-6506 |
| 2187 | 1318 / 141 | 18002250256 | JAH | H/U |
| 2188 | 1319 / 151 | 411 | JAH | Monroe N.Y. By George Hair Salon II 914-783-9767 |
| 2189 | 1320 / 169 | *6118399161 | JAH | M/O (Chris) M/I ( ) C- I'm home you coming by. "G- I'm leaving maybe I'll stop by. You tell dominick he got promoted to Pub detail |
| 2190 | 1326 / 197 | 914 443 8182 |  | M/O(Chris) M/I ( Phil ) P-he showed me a piece and he said Friday he'd have it. C- its been a year. I'll come & see you tomorrow I'll call you later |
| 2191 | / 213 |  | JAH | H/U |
| 2192 | 1332 / 214 | 4016925993 | JAH | Now Working # @ Empire |
| 2193 | 13?? / 220 | *61692 5993 | JAH | M/O (Chris) M/I (@Alfonzis ) M/O- Tell Jim about LaBocca Called. |
| 2194 | 1553 / 234 | 4893423 | AVE | M/O-CHRIS, M/I -ANGEL  M/O leaves message to Accelu, what's what?, end of a call |
| 2195 | 1557 / 250 | 7552654 | AVE | M/O-CHRIS, M/I - UNK  M/I deputy just call me? M/O- N.  M/I- Yours + mine ? Didn't get no M/O- We'll make sure he doesn't. |
| 2196 | 1559 / 274 |  | AVE | M/O- SUE, M/I- ANN : social call |
| 2197 | 1601 / 279 |  | AVE | No connection |
| 2198 | 1617 / 277 | 4438182 | AVE | M/O-CHRIS M/I - PHIL: n/c - everything that Chris |

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL
ORGANIZED CRIME TASK FORCE

PAGE __3__

DATE _10-25-00_

PLANT # _00-016SRF_   LINE # _914-496-6506_   REEL # _S5834/00_   & _____

| CALL # | TIME / # METER | # CALLED | INT. INIT. | SUBSTANCE OF INTERCEPTED CONVERSATION |
|---|---|---|---|---|
| CONT 2198 | | | AVE | WRONG HAS GONE WRONG. M/J - I AM A CALL INTO THE OTHER GUY, HE'S GOING TO GET BACK TO ME. M/J - VINNY HAS GOT TO PAY BACK SOME MONEY. M/J - DON'T LET IT GET TO YOU. M/J - I'VE SUPPORTED VINNY FOR ALMOST 4 YEARS. M/J - I SAW YOUR BROTHER W/ JOHN TODAY. |
| 2199 | 1626 / 385 | | AVE | NO CONNECTION |
| 2200 | 1628 / 385 | | AVE | NO CONNECTION |
| | 1631 / 385 | | AVE | M/J CHRIS, M/J - MSG. M/J - GED NEWS. M/J - I KNOW, I DON'T WANT TO GET INTO NOW |
| 2201 | 1632 / 396 | | AVE | NO CONNECTION |
| 2202 | 1633 / 396 | | AVE | CHRIS M/S IN MSG TO 1-888-552-9771 |
| 2203 | 1634 / 399 | | AVE | NO CONNECTION |
| 2204 | 1654 / 399 | 6769255993 | AVE | M/J CHRIS, F/J - UNK  M/J CALLING FOR ALPHONSE, ADVISED TO CALL BACK LATER. |
| 2205 | 1655 / 406 | 9142261242 | AVE | M/J - CHRIS, F/J - UNK ; M/J - MIKE'S GOING TO DROP OFF A COUPLE OF WOOD. WHAT SCORE DID YOU COME UP WITH. |
| | 1658 / S/M OTC | | | M/J - T, TH, FR, SA, M/J + M/J CONTINUE W/ SUC. CONVERS. |
| 2206 | 1720 / 460 | 496-8201 | JOE | M/J (CHRIS)  M/J (ANTHONY)  TALKING CHRIS'S BIRTHDAY  DISCUSSING (JERRY'S) SON GETTING CONVICTION OF 2ND DEGREE MURDER  M/J WHO DO YOU LIKE TONIGHT. M/J WHO'S PLAYING. TALKING YANKEES GAME |
| 2207 | 1733 / 443 | 496-8021 | JOE | MACHINE M/J IANS BIRTH CALL. M/J |

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL
ORGANIZED CRIME TASK FORCE

PAGE 4
DATE 10-25-00

PLANT # 00-0165RK    LINE # 914-496-6506    REEL # 55834/00    &  _____

| CALL # | TIME / # METER | # CALLED | INT. INIT. | SUBSTANCE OF INTERCEPTED CONVERSATION |
|---|---|---|---|---|
| 2208 | 1733/502 | 016 755-2654 | gah | M/O (CHRIS) M/T (JOHN) M/T I LEFT THEM THERE DOWN HE GOT CONVICTED HIM ON EVERYTHING. IS TO LIKE YOU GO TO BORN IN 18½ YEARS NP MTO |
|  | 1737/529 | SIM | gah | MTO SOME OF HIS OTHER FRIENDS CALLED ME TO TALK IT BAD PP MTO |
| 2209 | 1740/535 | 914 OC 496-8031 | gah | HANGS UP. |
| 2210 | 1741/542 | 489-3423 | gah | M/O (CHRIS) M/T (JAK) M/O WHAT TIME YOU WANT ME TO PICK YOU UP TONIGHT. M/T I'M NOT GOING OUT TONIGHT. I CAN'T DO NOTHING TILL I SEE WHAT HE COMES UP WITH M/O I'LL TALK TO YOU LATER |
| 2211 | 1743/549 |  | gah | M/O (CHRIS) M/T TALKING ABOUT CONVICTION OF ANTHONY. M/O MAYBE HE WILL HOOK UP WITH GREG MAN THEY WILL BE GOOD FRIENDS NP MTO |
| 2212 | 1813/577 | 914 FIC 781-7359 | gah | F/O (SUSANNA) F/T (MAIN) F/T TOMORROW 8 O'CLOCK F/O OK |
| 2213 | 1816/577 | 016 692-5447 | gah | M/O CHRIS M/T ALFONSO'S HANGS U/ |

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL
ORGANIZED CRIME TASK FORCE

PAGE 5
DATE 10/28/00

PLANT # 00-0165RF   LINE # 914-496-6506   REEL # 55834/00 & 55835/00

| CALL # | TIME / # METER | # CALLED | INT. INIT. | SUBSTANCE OF INTERCEPTED CONVERSATION |
|---|---|---|---|---|
| 2214 | 1820/584 | 914 06 783-9767 | JLA | NO ANS. |
| 2215 | 1826/592 | 447-9764 | JLA | M/O (CHRIS) MIL |
| | | | | MIO WHAT HAPPEN TO YOU |
| | | | | MIL LIO STOPPED BY SHOP TODAY |
| | 1828/001 | | WM | TAPE 55834/00 REMOVE TAPE 55835/00 INSTALLED |
| | | | | MIO DOM OUT HAS DINNER WITH |
| | | | | MR TALKING WEATHER NP. MTO. |
| | 1829/02 | S/M | JLA | MIO HEAR FROM MARK STILL MAD |
| | | | | AT YOU? MIL NO DON'T CARE IF |
| | | | | WORLD IS MAD AT ME. NP. MTO. |
| | 1833/040 | S/M | JAM | TALKING FOOD NP. MTO |
| | 1835/044 | S/M | JAM | MIO I HAVE EXPLOSIVE PERSONALITY |
| | | | | ANOTHER M/O DOM MIT IN MAAN |
| | | | | FUEL OUT OF ME IN FRONT OF MY |
| | | | | GIRLFRIEND NP. MTO. |
| | 1840/697 | S/M | JLA | MIL DOM I DON'T GIVE FUCK IF HE'S |
| | | | | MAD AT ME. (THEY ARE TALKING ABOUT |
| | | | | MARK) NP. MTO. |
| | 1842/711 | S/M | JAM | MIO DOM & MIL STILL TALKING ABOUT |
| | | | | MARK NP. MTO. |
| | 1845/126 | S/M | JAM | MIO (CHRIS) BACK ON PHONE) STILL TALKING |
| | | | | ABOUT MARK BEING MAD AT HIM |
| | | | | NP. MTO. |
| | 1850/150 | C/M | JAM | MIL HE LIKES DOMONICK STILL |

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL
ORGANIZED CRIME TASK FORCE

PAGE 6
DATE 10/25/00

PLANT # 00-016SRF   LINE # 914-496-6506   REEL # 55834/00   &

| CALL # | TIME / # METER | # CALLED | INT. INIT. | SUBSTANCE OF INTERCEPTED CONVERSATION |
|---|---|---|---|---|
| 2215 | | CONT | | TALKING ABOUT MARK N.P. M 7.0. |
| | 1355/180 | S/M | 96n | M/O (DOM) MARK IS MAD AT YOU BECAUSE YOUR FRIENDS WITH CHRIS. N.P. M 7.0. |
| | 1401/203 | S/M | 96n | STILL DISCUSING MARK. N.P. M 7.0. |
| | 1903/210 | S/M | 96n | M/O MARK I'M HIS FRIEND BUT I'M NOT GOING OUT OF MY WAY. M/E I THINK HE WAS MAD CAUSE I WENT TO THAT PRTY WITH YOU N.P. M 7.0. |
| 2216 | 1907/213 | 072-3033 O/C | 96n | M/O IT'S DOMONICK PAGA M/E WHEN YOU GET HOME. |
| 2217 | 1922/221 | 914 7833174 | 96 | F/I (mother) F/O ( ) MTC - N.P. |
| 2218 | 1939/270 | 787-0481 | 96 | F/I (mina) F/L ( ) have head cold Jim CK head is stuffy rt CK Social Conversation MTO |
| 2219 | 1958/238 | | 96 | F/I ( ) put it on Channel 2 Bete midler now Show - MTC - NP Social Conversation |
| ~~2220~~ | 2250/249 | | 96 | Auto off, Plant o/s |