41 Horton Road
Washingtonville, NY 10992

February 19, 2008

Hon. Naomi Reice Buchwald
United States District Judge
Southern District of New York
U.S. Courthouse
500 Pearl Street
New York, NY 10007

Dear Judge Buchwald:

   My name is Catherine Dugan. I am Christopher Colombo's sister. I am hairstylist and I live in Washingtonville, New York next door to my brother Chris.

   I would like to thank you for your fairness throughout the entire ordeal.

   I am writing this letter on behalf of my brother Christopher Colombo. I am asking you to be lenient with his sentencing.

   Chris has always been there for me and my family. My husband was very ill with cancer last year. Chris was right there with names of doctors, prayers and positive thoughts. While my husband recovers, Chris is always there to lend a helping hand, doing all he can to make things easier for us.

   My children are close to him and look up to him as well. When I reflect on the relationship Chris has with my children I think of his as well. I feel that his children, Catrina & Joey, would be devastated if he was to go away. They need their father.

   We grew up very close and have a bond that cannot be broken. Please be lenient with his sentencing. I appreciated you taking the time to read my letter.

Thank you,

Untitled

HON. Naomi Reice Buchwald                                    January 8, 2008
United States District Judge
Southern District of New York
US Court House
500 Pearl Street
New York, New York 10007

My name is Barry Leeds residing at 2 Calm Sea Drive, Salem , SC 29676. My telephone
number is (864) 944-7446
I am 72 years old and now retired. I was a Stockbroker in NYC with a few of the most
prominent brokerage firms for
many years one of which was Gruntal Financial as vice president. I also was owner of
Pic 'n Pay Inc and had a small
chain of ladieswear stores in upstate NY. Also I am one of the largest
collector/dealers of autographs & memorabilie
of famous people. My company's name is Wide World of Autographs.

I am aware that my friend Christopher was convicted of charges.

A little background of myself and my relationship with Chris will follow. As soon as
my daughter died Chris made
arrangements to come and comfort my wife and myself. The friendship we have had over
the past 20 years has
grown stronger through the passage of time. I have had a very close association with
Chris and his entire family.
His mother was like my own. I lost my mother & father many years ago. It seems my
life has just been a series of
tragedies. But my relationship with my wife, son & daughter was extremely close. I
have been married to just one
woman for close to a half century. My friends are few and chosen very carefully and
have kept them since school days.

I recently lost my only daughter Gina at the age of 33. And lost my only son Daniel
in 2001 at the age of 34. Now the only
thing I have in life are my wife and friends of which Christopher is at the top of
the list. You will see by the following how close
a friend Chris is. I have known Chris for about 20 years. His compassion for Danny ,
Gina & myself has shown itself when it
was most needed, in my time of sorrow and joy as well. There has been many times
when I have had difficulty dealing with
my misery and sorrow. Chris has always been there for me not only with compassion
but with money when needed without
question. Such as loan of money for Gina's funeral which I did not have. Of course I
plan to pay it back, but he says don't
worry about it. There have been instances in the past when we both reciprocated in
similar ways when times were difficult.
I sincerely love Chris with all my heart. His tough exterior is superceeded by his
goodness.  You have to see him with his
children and Suzanne  to realize this. My son's expression about Chris "HE's THE
GOODS". Never forgot it. I could elaborate
on his qualities, but you can see from the above statements that it is
unquestionable and with sound foundation.

There are many comical stories about our association through the years. One of which
comes to mind when we both
took at trip to South Carolina and I told him we would be going out and having lots
of fun. I have a history of getting unbearable
cramps in my legs. And I need extreme heat. The temperature outside was about 90 and
I had to turn on the heat in the car.
His glasses almost melted on his head, but he stood the extreme heat for me. I told
him we would be stopping many times
on the way to SC for lunch and dinner. But he was unaware that I had packed my
kosher salami & coke  and had no intention

Untitled

of stopping other than for gas. He handled that with his wonderfull sense of humor.
He is the funniest guy I know.  We made
a movie together which was as spoof on The Godfather. We fed off of each other and
created a funny funny movie. It is over
an hour long and I have shown it to many of my friends who just about fall on the
floor laughing.

You get an idea from all of the above what kind of person Chris is. I hope and pray
that the sentence will be lenient. He deserves
the best life has to offer and am sure his path in life will be that of nothing less
than honorable from here forward. This I know
from discussions we have had. He is one of the smartest people I know. He will be a
credit to your decision and you will not
be disappointed with any leniency you can show him. He will reward you with his
goodness for the rest of his life. Of this I am
certain.

I thank you for your kind consideration of this letter.

Most sincerely,

Barry Leeds

Barry Leeds

Enclosure 1 (Obituary of my beloved daughter Gina)



**CHILDREN'S COUNTRY DAY SCHOOL**

SINCE 1983    *Progressive Private Education — PreK through 6th*

DEVELOPING LIFE-LONG LEARNERS

Hon. Naomi Reice Buchwald
United States District Judge
Southern District of New York
US Courthouse
500 Pearl St.
New York, NY 10007

January 22, 2008

Dear Judge Buchwald:

My name is Karen Lee and I am the Head of School of Children's Country Day School, the school that Christopher Colombo's children attend. I speak with Christopher on a regular basis regarding the well being of his children. Christopher is a very loving father to his children as well as caring about many of the other children at this school. He has always been responsive when I speak with him about his children and obviously wants what is best for them. It is clear to see how much he loves his children and how much they love him.

Christopher's Daughter Katrina will be graduating from our school this coming June and moving on to a different school. I have been watching Christopher research several options and truly struggle with his decision. He so wants his daughter to be happy and challenged and realizes what an important decision he is making. He takes his responsibilities as a parent very seriously.

Christopher has also been very generous to the school. Last year after the school tragedy in Pennsylvania, when he saw how concerned I was about safety at our school he donated a security camera system to the school and had it installed. He always checks to see that it is working and has asked several times if I need any more cameras or anything else to better the system. He also gives of his time and often comes to school to help out at lunchtime. All of the children love him. He tells them jokes and stories and they look forward to his visits. I sometimes call Christopher the Pied Piper of the school.

Christopher has shared with me his concerns regarding his children should he be away from them for any length of time. His concerns are much more for his children than they are for himself. They are such a close knit family that I know they will be devastated should they be without him for even a short amount of time.

Sincerely,

*Karen Lee*

1145 Little Britain Road • Suite 100 • New Windsor • New York 12553

Tel: 845.567.0102  •  Fax: 845.567.0719  •  Website: www.childrenscds.org  •  E-mail: cdayschool@aol.com

108 Cotter Road
Highland, New York 12528
Home: (845) 883-0136
Cellular: (845) 742-9599

September 25, 2007

Hon. Naomi Reice Buchwald
United States District Judge
Southern District of New York
U.S. Courthouse
500 Pearl Street
New York, NY 10007

Dear Judge Buchwald:

I am pleased to be able to express my feelings to you about Mr. Christopher Colombo, respectfully referred hereafter as Chris, and the impact he has had on me and my family.

I was introduced to Chris by a mutual friend approximately five years ago. I was in the process of expanding my mobile auto detailing business. I received a phone call from Chris expressing interest in his personal automobiles being detailed.

From the start Chris was a gentleman. He never tried to undercut my prices that would solely benefit him. He also agreed to have his vehicles maintained exclusively by my company on a monthly basis. Both are very uncommon in that line of work. The thing that really showed his true character is that he continued to do business with me and referred me to others without ever directly, or indirectly, looking for anything in return. The only thing that he looked for was quality work.

Petroleum prices have always been influential on the cost of the petroleum based products necessary for auto detailing. As prices began to rise Chris suggested that I increase the prices he paid that we initially agreed on together. I'll never forget his reason. He said, "You work hard to take care of your family. It would be unfair to you for me to take advantage of your rates. I know the cost of gas has influences your expenses. Your family has to eat. For all the work that you do you would only be hurting yourself to keep your prices the same."

The reason I'll never forget that is because everyone else seemed to squirm when I needed to raise my rates. Chris was the only one that suggested and accepted. He saw my family's needs before he looked at his pocket. Which leads me to another point, not only has Chris been a gentleman in a business relationship with me he has been a friend to me and my family as well.

Chris has always kept his door open to me and my family. He has encouraged and valued family gatherings. My family and I spend time together with Chris and his family at least once a week. I've always respected that nothing pleases him more than to see everyone together as a family enjoying themselves. My wife and I and our three young children (ages twelve, six and five years of age) have always appreciated his hospitality.

I have never expressed this to Chris because it was embarrassing for me to talk about, but there were times where we struggled and I did not know how I was going to feed my family. As a husband and father, that tore me apart. My family counted on me and I felt as if I was letting them down. The times I would see my family cry because of the uncertainty was a nightmare. I promised myself that if I was capable of working then I would do all that I could to take care of my family and avoid having to rely on government assistance to take care of them. The help did come though. There were countless times that Chris would give a generous gratuity for my work or would invite me and my family over to enjoy a meal and have a good time together with his family. Chris did not seem to know. If he did he never expressed it or looked down on us. He would always just say, "Fred really works hard" and "he has such a beautiful family".

Chris goes out of his way to make sure that everyone enjoys themselves. He and his wife also instruct their children in the importance of sharing and being respectful to all regardless of their differences. My family and I have witnessed this on countless occasions. Chris has always selflessly taken the time to make sure that all is well with his family and friends.

An example of that that I recall is when he was ill in the hospital with his ankle. When I visited him with my family my children would ask if "Uncle Chris", whom my children fondly regard him as, was going to be alright. Before I could encourage them that he would be, Chris would dismiss his own situation and ask how they were doing and bring a smile to their faces or that heartfelt laughter with a quick joke or comical face. I knew it was hard for him because you could see at times that he was fighting the physical pain the best he could. His only concerns were that his children, as well as my own, were not scared and were comfortable while there visiting him in the hospital. There was not a day that I would visit him in the hospital and the room was not prepared to accommodate the people visiting him more than it being comfortable for him self. I asked Chris if there was anything that I could do for him while he was in the hospital and his response was always, "I just want everything to be normal again for everyone. I need to get better for them", as he looked at his family and friends in the room. "They count on me to be well," he said. That statement was so true. People need someone like Chris that put others needs above their own agenda. Chris knows that as the golden rule.

Honorable Judge Buchwald, I write this letter to proudly express to you my feelings and respect for the gentleman and friend I have come to know, Christopher Colombo. He truly has exemplified honor, respect, generosity, selflessness, compassion, unity and care for the greater good of the community regardless of color, race, sex, religion or status. He is a man that my family and I are proud to call friend. With admiration and respect for your authority, I make a heartfelt request that you show mercy and leniency for my friend Christopher Colombo. It is your God given authority that will determine the fate of my friend Christopher Colombo. I humbly request that it be favorable for him. It is the least that I could do for a friend who has always extended favor for my family and I. Thank you for your patience and understanding.

Respectfully submitted,

Frederick D. Paige, III

Mark A. O'Brien
2 Highview Ct.
Highland Mills, N. Y. 1093
(845-928-1059)

January 14th, 2008

Hon. Naomi Reice Buchwald,
United States District Judge
For the Southern District of New York
U. S. Courthouse, 500 Pearl Street
New York, N. Y. 10007

Re:  On behalf of Christopher Colombo.

Dear Judge Buchwald:

Hello Your Honor, my name is Mark A.(Mickey) O'Brien, and I am writing Your Honor today on behalf of Christopher Colombo, hereinafter referred to as Chris or Chrietopher.  The primary reasoning for this correspondence is to provide Your Honor with some personal insight to Christopher's character and personality, that could possibly influence Your Honor's decision, in light of his up and coming sentencing toward leniency.  First, however, it would be apropriate to introduce and identify myself.

Presently, I am retired from the construction industry, but active in both the community and local politics.  Earlier in life, and after many years in the Marines, I was employed at the Nevada Test Site.  Such employment was available to me because I had an Atomic Energy Commission's Top Secret Security Clearance.  The Nevada Test Site encompasses Nellis Air Force Base and Gunnert Range, Base Camp Mercury, Yucca Flats, Frenchmam Flats, and our most infamous and secret, AREA-51.  I had attended colleges at East Carolina State, Jacksonville University, at Jacksonville, Florida, while in the service, and finally UNLV during my time in Nevada.  I had also been an officer in both Nevada and California, stationed at the Las Vegas Strip, and in El Segundo for Litton as they were building nuclear powered U. S. Navy Ships.

I met Christopher in the late seventies, and we became friendly.  Although there was an age dissimilarity, Chris was sincere, mature minded, and basically conservative in nature.  He actually fit right in with the older crowd.  Being poised, respectful and always polite, it was a pleasure to speak with him.  Even though I was unaware at the time, Chris would become a dear and closely regarded friend, who would be there time and time again, as various situations presented themselves.  The foregoing is not to say that all things were regretful, because that was not

the case, but its' nice to know that you can depend on someone in the time of need.  Speaking of such, just this past Christmas Eve, my son Darryl and myself were traveling home after having dinner at his place. We were struck by another vehicle, and my car had to be towed.  The officer ask me, "do you have a ride home", my reply, "Its' Christmas Eve. I'm standing here with presents, in the middle of nowhere, no, I don't have a ride home, but I'll call someone", – Chris...

When my daughter moved in with me here in New York, from her Mom's, and Chris had decided that he wanted to date her, this is where the words decency, respect, and consideration certainly apply.  The afore described traits of character are always thoughtful, and therefore in return, well received.  Chris **ASKED ME FOR PERMISSION TO ASK MY DAUGHTER OUT!**  that is, in fact, before he asked her.  I am absolutely sure that this respectful behavior is exactly as anyone would want their children to emulate.  One night I witnessed an accident and realized it was Chris' car pulling out of the local Pizza Hut and at the same time saw a speeding car run a red light coming straight for His car.  I saw him attempt to avoid collision and at exactly the same time pushed my daughter's head down to protect her from impact and flying glass, thereby exposing himself.  Chris and my daughter, Katya, she was a model in Manhatten at the time, would self-lessly give up their dates to help me with my sons by sitting them when I was working more than one job, making ends meet.

Chris and his wife, Suzanne are very involved parents, and they are a great team.  The children are engrossed in many activities, and have their friends over all the time.  Its' not unusual when one comes run-ning in, to have a posse in hot pursuit!  What amazes me the most, is the parties held on the premises, all is for the children.  Suzanne and Chris even hire entertainment, name it, its' there!  Much ado is placed upon them to grow up responsible and friendly.

I certainly hope the foregoing has enlightened Your Honor as to Christopher's character and personality, and believe me I would have even signed an affidavit to its' authenticity.

Thanking Your Honor for consideration in this matter.

Respectfully submitted,

Mark A. O'Brien

Hon. Naomi Reice Buchwald                              November 21, 2007
United States District Judge
Southern District of New York
U.S. Courthouse
500 Pearl Street
New York, NY 10007

Dear Judge Buchwald:
I write to you on behalf of my friend, Christopher Colombo.  I am aware, Chris
was found guilty of criminal charges and ask you to consider my comments before
you pass sentence.

By way of introduction, I am a divorced father of two daughters and grandfather to
one Grandson, Joseph and have worked in the financial service industry for thirty
five years, currently as a Vice President in the operations area of a major European
bank. I have known Chris for more than five years.

We met, in the early spring of 2002.  I had been laid off from my position as
director of information technology vendor support by First Chicago Trust
Company in the financial down-turn that followed the September 2001, 911 attack.
As there are only a few people in the country that work in my specialty, it was very
difficult to find a new position and without any income I became worried. Out of
desperation, I posted a "man for hire" flier on the Grand Union supermarket
bulletin board with a telephone number tear off.  This fellow Chris calls, he lives
almost around the block from my home, and wants to talk about odd jobs around
the home. What followed was the strangest job interview I have ever had.
We talked for a while and once Chris found out I was displaced by the 911 attack,
he offered me a job.  I asked what he wanted done and how many days he needed
and he said it was up to me!  Yes, it was up to me, he said.  Chris went on to
explain, he didn't want to be anyone's boss and I should look for things that
needed to be done and do them.  As for the days he needed, he explained I should
spend all the time I needed to complete the tasks.  If I wanted to work less time
today and more tomorrow, or if wanted to do another task today and complete
another tomorrow, or work in side today and as on and so forth.  It was all up to
me.  I told him, I had to check my schedule and he should call in a few days me to
confirm.  I thought Chris was joker and never expected to hear from him again.  To
my surprise Chris called and I started doing odd jobs around his home, in just the
manner he described.  Certain things had to be done at certain times, but it was all
up to me for the how, what and when.  After a time, the job market opened up and
I accepted a position of Vice President with Wachovia Bank in Philadelphia.  I was

sad to leave Chris's odd job haven, because I had become accustom to the peaceful setting and the feeling of safety while working around his home.

Around the time Chris was arrested for the issue now under your review, one of my daughters put herself into a bad situation. The detail of my daughter's trouble is personal and more than embarrassing. So I will simply say that Chris went out of his way to give her significant help, for which I will be forever grateful. Earlier, before Chris's arrest and my daughter's trouble, I promised Chris to look after the house if he "was not around". I did not keep that promise. I became afraid when the federal government arrested him. Having no experience in such things, I thought it could ruin my career by becoming involved. I went nowhere near Chris's home, until he was released on house arrest. The next time we spoke, Chris was more than annoyed with me for not keeping my promise. If you do not know, Chris's annoyed is louder than most other people, but no more dangerous than a scolding from a parent. He asked me to explain, why he looked after my child, and I did not look after his. He asked why, he should look after anyone, if no one looks after him. And then it happens! At this same time as our conversation, a workman was installing an automatic door closer for the basement stairs. The adding of this door closer was actual a happy event as Chris's baby, Joseph had medical problems that had not allowed him to walk and now completely unexpectedly he had started to walk on his own. As the workman leaves the room for a tool, he leaves basement door ajar and I see young Joe running in the direction of the open door. A second later, I see Chris jumping head first through open door trying to stop young Joe's fall down the basement stairs. Too late, Chris and Joe are both tumbling down the basement stairs with Joe staying one step ahead of Chris, bouncing and tumbling on every one of the thirteen stairs. They both end in a pile at the bottom of the stair case and I fear the worst for both of them. Then the baby starts to cry and Chris starts to yell for help with the baby. It turns out the baby did not have a bump or a scratch. Chris was banged up but that is not the point of this story. After the baby was checkout and found unharmed, Chris told me that God answered the question he had asked me. Call it a miracle or karma or whatever you like, Chris says: God looked out for young Joe because, Chris looked out for some one else's child.

During the past four years, I went through a divorce after twenty five years of marriage. As ill advised as it is I represented myself, having no desire to battle over possessions. Even with my cooperation the divorce took three years to complete. It seemed every holiday or family event was accompanied by a process server. Consequently, I fell into a state of depression where I would not leave the house expect for work. Knowing my state of mind, Chris would never allow me to be

alone. He called me to go with him to the hospital to bring presents to sick
children. He called for my opinion on his diner menu. He called for help
assembling toys that claim "so easy a child could do it", but actual quite difficult.
He was relentless in calling and calling and calling for everything big and small …
until I would agree to spend the holidays with his family. Chris would say, you
have family here, don't be by yourself when you have family waiting for you here.
I was not the only one to benefit from Chris' largesse; in fact anyone is welcomed
at Chris' home during the holidays.

I apologies if my attempt to write with warmth and sincerity seemed flippant. I
share these three anecdotes to give color to who Chris Colombo is and why I call
him friend. I hope these notes give a view of Chris that contradicts the hype of
public perception. Chris is a good and honorable man and father, who is generous
to a fault and I ask you to show leniency in his case. Without Chris to encourage,
cajole, nag and pester, his family, friends and I will all be the lesser for it. Judge
Buchwald please do me a favor, and give Chris a break.

Very truly yours,

William D. Fitch
600 Stratford Lane apt 137
Middletown, NY 10940
609-922-1604

Cc: Jeremy Schneider Esq.
c/o Rothman, Schneider, Soloway & Stern
70 Lafayette Street, 7th Floor
New York, NY 10013-4400

Robert Green
(845) 926-7753

February 17, 2008

Hon. Naomi Reice Buchwald
United States District Judge
Southern District of New York
U.S. Courthouse
500 Pearl Street
New York, NY 10007

Dear Judge Buchwald:

    My name is Robert Green. I am 26 years old. I have my own business, M. Green Seal Coating. I have had the pleasure of knowing Mr. Christopher Colombo since I was four years old. Early on in my childhood my parents divorced. Since that time I have spent a lot of time around, and with, Chris Colombo because of his encouraging and nurturing personality.

    I have always looked to him, and his immediate family, for advice and guidance. I have spent a lot of time with him and his family helping out around the property, especially helping care for his animals. He trusts me with this task because I am an animal lover.

    The perception that people have of Chris Colombo is very different than the one I actually know.

    For example, for the last three Christmases I have had the honor to play Santa Clause going with Chris to the local hospitals and giving toys to the children that are unfortunately spending their holidays in the hospital.

    I would like to talk about Chris as a father. He is usually accompanied to his trips to the hospitals by his daughter Catrina, who is now nine. This past Christmas his four year old son Joseph decided by himself that he wanted to join us in giving gifts and spending time with the sick children on Christmas Day. I have never seen such pride in a father's face when his son said he wanted to accompany him. Joseph went under the Christmas tree and selected two of his favorite toys to share with the children in the hospital.

    The second story I would like to share with you is Chris usually throws a big party in June for his daughter, inviting 50-60 children from the area. He was not able the first summer he was on house arrest because he was not permitted outside, but the following year he was and he was extremely excited to give his daughter a party. He really put a lot of planning and time into it. The day before the party Chris attended another birthday party for one of Catrina's classmates, Conner, at the park. This boy was able to attend the same school only because the mother, a single parent, worked nights in the school to afford the tuition. To Chris's surprise and disappointment no one showed up for Conner's party other than Chris and his daughter. Conner was shattered. Chris didn't want Conner to be upset so he told Conner that the party was rescheduled for the next day at Chris's house. He told Conner that the party needed to be relocated because the park wasn't the proper setting for the special party that Conner was going to have.

Chris immediately got on the phone and told everyone coming to his daughter's party that the party was now switched her classmate Conner's birthday party. The party went on and Conner was elated. The people who did not attend Conner's original party attended the party at Chris's house and had the opportunity to redeem themselves. It was a beautiful gesture. The point behind this story is the tremendous amount of joy and pride Chris had for his daughter with her reaction after telling her that the party he had planned for her needed to be switched for her classmate Conner. Chris told his daughter that it would be a secret between them and it needed to be a surprise for Conner. Her response to her father was, "That's okay daddy. I know you love me but it's important for Conner to know that we love him." That is the second time I saw Chris express a tremendous amount of pride for his children and I credit it to his good example in teaching them that no matter man, woman, or child, race, creed, color, people should be treated fairly and with respect. If someone is hurt or needs help, do the best you can for them. Chris and his family have always treated anyone in need as if they are members of his immediate family. This is why I have gravitated to them and sacrificed my time and my energy. Just like Chris has been there for me, I made it a point to be there when Chris was on trial or when he was bed ridden with his leg. I do this because he inspires me. Everyone that has a true relationship with Chris knows him to be the type of person they would hope to be.

In retrospect I believe his actions and motivations deserve special consideration and humbly ask you to take that into consideration during his sentencing.


Respectfully submitted,

Sebastian D'Amico
(845) 494-1604

February 18, 2008

Hon. Naomi Reice Buchwald
United States District Judge
Southern District of New York
U.S. Courthouse
500 Pearl Street
New York, NY 10007

Dear Judge Buchwald:

My name is Sebastian D'Amico. I am 46 years old. I am a proud father of five children and recently became a grandfather to a beautiful baby girl named Arriana.

My wife left me 11 years ago for another man. She took the children and applied for child support in Long Island. My wife was awarded $500 a week and then left our children with her sister in Queens. Her sister then applied in Queens for child support and received $500 a week. From 1996 until 2004 I paid both not knowing any better. I worked 2-3 jobs to be able to pay for both. I eventually had to move back home with my mother. I had never been in trouble until I fell behind in support. The ineffective legal advice I received had put a strain on me and my family.

One of my true passions is singing. I sang as a lead singer in a band for approximately nine years. To raise extra money I would do singing Elvis impersonations while delivering Flower-o-grams.

I met Chris Colombo at a local restaurant where I was waiting tables. I knew Chris had entertainment connections and I was told he helps people in the community. After waiting on Chris's table I changed into my Elvis costume and performed. After he got over the embarrassment we spoke and he helped me get a role with HBO. We shot late that same night.

After getting home late my mom asked me to leave. I had no where to go so Chris took me in after talking to my mom.

Eventually my license was suspended from being in arrears with child support. My attorney said if I didn't come up with $2,500 they would put me in jail. No one would help me and I was terrified about the possibility of going to jail. Chris gave me the money because he said jail was not the place for me. I don't think I could have survived there.

Chris then took an interest in helping me further with my life even though he was dealing with his own case and troubles. He helped with resolving my child support cases. Chris helped me understand and accept my responsibility as a father. I am proud of all of my children.

Rocco, my second oldest, is a Marine and served one tour in a hostile area in Iraq. Thomas, who is now 12, has had four open heart surgeries and will need a heart transplant. Because of Chris's guidance, encouragement and example as a father I am

able to appreciate both of my son's heroic accomplishments. I am a better father because of Chris.

He gave me advice which led to my wife and me settling our differences. With Chris's help, I eventually got my license back. With everything resolved I recently was able to reunite with all of my children and my granddaughter. We were able to enjoy an unforgettable four day weekend at Chris's house. With Chris's help a family was reunited with peace. That's a gift that I enjoy that will never be taken for granted.

I was diagnosed with a learning disability that my mother overlooked as I grew up. I needed my friends' help writing this letter. I saw myself as different. Chris helped me see myself as a unique individual with a big heart. What I lack in some areas God blessed me in others. Chris says I have the patience of a saint and the heart of a lion, without malice. I am always with him. You may have seen me at the trial with him. I was there everyday except when his children were staying with us down in the city. I was amazed how, at his trial, he was more concerned with our well being than his own. I have often asked him why he helps everyone. He tells me it's a sad world when you ask people why they do the right thing for people.

Your Honor, I've found Chris to be a true gentleman. He has helped me in a time that I needed it most. He helped me get my family back and my life in order. When most would have overlooked me Chris was there. I write this letter with the intention that you would see the gentleman and positive influence that I've been privileged to associate with. I hope that you show leniency with my friend.

Sincerely,

Sebastian D'Amico

September 20, 2007

Lisa Ann Riccardelli
Spiritquest Healing Center
P.O. Box 174
Slate Hill, NY 10973
845-355-8022

Hon. Naomi Reice Buchwald
United States DistricT Judge
Southern District of New York
U.S. Courthouse
500 Pearl Street
New York, NY 10007

Dear Judge Buchwald,

My name is Lisa Ann Riccardelli and I am the owner of Spiritquest Healing Center. One of the things I do at the center is a form of alternative healing called Reiki. Reiki is used to help reduce stress in clients which in turn helps to boost the body's natural immune system.

I met Christopher Colombo in 2001. Christopher was referred to me by his sister Catherine. He had been under a lot of stress and she felt I could help him. I have seen him every week since then. Over the years I have assisted him in reducing his stress, battling his lyme disease, sinus infections, coping with the stress of the last couple of years and of course (the most serious incident) with the infection in his leg from the ankle bracelet that left him in the hospital.

Of course you can't know someone for so long without getting to know them on a personal level and I have had the pleasure of that as well. I have been to Christopher's home and also know his wife, children and other family members. All I can tell you about Christopher is what I personally have seen and experienced. Christopher is an amazing father who does everything for his kids. I can't even count the number of times they have accompanied him on his weekly visit with me. He adores them and they adore him. Actually he loves all children. When my own children have been sick or have had a problem at school he is always one of the first to call and make sure everything is okay. He personally knows both of my children and they adore him as well.

A couple of years ago I did a Health Expo to raise money for Hospice. Christopher was one of my biggest supporters. Always offering any help I needed to make the event a success. He not only made a nice donation but he showed up personally to offer his support.



**HORIZON FAMILY MEDICAL GROUP**

Dr. Arthur D. Klein
90 East Main Street • Washingtonville, NY 10992
Phone: 845 496 2400 • Fax: 845 496 8330

**Family Medicine** Chester Florida Goshen Maybrook Middletown  Monroe  Port Jervis  Slate Hill  Warwick  Washingtonville
**Women's Health    Gastroenterology    Pain Management    Chiropractic    Cardiology    General Surgery**

February 19, 2008

Hon. Naomi Reice Buchwald
United States District Judge
Southern District of New York
U.S. Courthouse
500 Pearl Street
New York, NY 10007

Dear Judge Buchwald:

I have served as the primary care physician for Christopher Colombo for the past fifteen years. I know him well and consider him a friend as well as a patient.

It was sad and surprising to hear of Christopher's recent conviction. I have always found him to be respectful of my staff, my family and to me. He has been a compliant patient, a good friend, and obviously an exceptional father to his two beloved children.

Christopher has been a generous and giving fellow. We share a common interest in collecting timepieces and we both love restaurants locally and in New York City. We have shared our opinions about these and other hobbies on several occasions, usually over a good meal with many a laugh along the way. When I see him in the office, I have so much to talk about that I often get behind schedule.

Chris is not only generous to his friends but also to his family. I remember his mother, also a patient, telling me that Christopher called her several times per day! Whenever she needed anything, he dropped what he was doing to attend to her. I still laugh when I am reminded that he called her regularly, even on his honeymoon. Chris is a strong character, yet he still wells up to this day when reminiscing about his dear departed mom.

I consider Christopher Colombo a good and generous man, a terrific father and of honest character. His charitable contributions and time spent on local causes for children are well documented. I respectfully ask that you act as leniently as the law allows when sentencing this fine gentleman.

Sincerely Yours,

Dr. Arthur Klein D.O.



**Ostrer Rosenwasser** LLP
A T T O R N E Y S   A T   L A W

201 WARD STREET • PO BOX 69 • MONTGOMERY, NEW YORK 12549
TEL: 845-457-4646   FAX: 845-457-9007
WWW.ORLAWLLP.COM

BENJAMIN OSTRER
STEWART A. ROSENWASSER

BRUCE C. DUNN, JR.
JASON P. SAUTTER

IF CHECKED REPLY TO:
❏ **CHESTER OFFICE**
111 MAIN STREET
PO BOX 509
CHESTER, NEW YORK 10918
TEL: 845-469-7577   FAX: 845-469-8690

FAX SERVICE NOT ACCEPTED

February 15, 2008

Hon. Naomi Reice Buchwald
United States District Judge
Southern District of New York
U.S. Court House
500 Pearl Street
New York, NY 10007

     Re:    United States v. Christopher Colombo

Dear Judge Buchwald:

I have been an attorney for over thirty years, practicing in Orange County. I met Christopher Colombo on a professional basis early in my legal career and have known him and maintained a relationship with him for approximately twenty-eight years. I am aware that he has been found guilty of a charge arising from illegal gambling and have some familiarity with such allegations as I represented Chris on similar conduct in Orange County.

I can sincerely state that my long-standing relationship with Chris has revealed him to be a very sincere and giving person. He readily acknowledges his shortcomings and is often truthful to a fault.

I am aware of the tremendous toll the federal proceedings have had on him over these many years and trust Your Honor will take this as well as the rather minimal outcome of the criminal proceedings, given the many charges alleged, in imposing a lenient sentence on Chris.

Thank you for your kind consideration.

Respectfully,

STEWART A. ROSENWASSER

cj

**Jo L. VanderKloot MSW, LCSW, BCD**
**83 Onderdonk Road**
**Warwick, New York 10990**
**e-mail: jvanderkloot@chaosinstitute.org**

**Tel: 845-986-3560**                                    **Fax 845-986-0255**

November 6, 2007

Hon. Naomi Reice Buchwald
United States District Judge
Southern District of New York
U.S. Courthouse
500 Pearl Street
New York, NY 10007

Re: Christopher Colombo

Dear Judge Buchwald:

I am a clinically trained, licensed social worker who specializes in working with complex individuals, couples, families and institutions. I received my MSW at the Shirley M. Ehrenkranz School of Social Work at NYU and family therapy training at the Ackerman Institute for Family Therapy. My clients have presented with a wide range of diagnoses from the complex problems of people living in the South Bronx to suburban Orange County.

For many years I was an Adjunct Associate Professor at the NYU School of Social Work teaching graduate students how to work with chaotic systems. I was named a Distinguished Visiting Professor at Smith College School of Social Work, and I was an Adjunct Professor in the Seton Hall Psychology Doctoral Program. After retiring from teaching I was a Consultant to the Bronx Defenders Office. I am currently in private practice in Orange County.

I have seen Christopher Colombo for 41 double sessions between March 30, 2005 and November 6, 2007. I am writing to provide you with some of my perceptions of Mr. Colombo.

Christopher has been very forthcoming about his criminal charges since the beginning of his treatment. He was understandably concerned about the impact of the stress of these charges on his wife and children. Family is his highest value. His father, who was shot when Christopher was nine, subsequently died when Christopher was sixteen. This was a serious blow to him, since he idolized his father. His three brothers went to jail, and Christopher was the mainstay for their wives and children prior to their release in 1992. He was also very close to his mother. Since she died in 1996, he has dressed as Santa Claus and gives out gifts at one or more hospitals every year. Christmas Eve is Open House at the Colombos for anyone that is troubled and has no where to go.

Since his house arrest, Christopher has spent his time almost exclusively with his two children. Initially, this was difficult, because he described himself as a night owl prior to this time. He has set up a veritable Disney-world for his children: he has golf carts, play equipment—some of every up-to-date amenity available and he participates with his children in all their activities. He participates periodically as a lunch-time parent at his children's school. He has also made a major contribution of equipment to their school. His biggest fear is what would happen to his children if he were to be sent to prison. The stress resulting from Christopher's charges has negatively impacted his relationship with his wife. He accepts responsibility and is doing everything he can to improve that relationship. His wife has only a high-school education and has never worked full time. Christopher is concerned with how she would support the family if he is sent to prison. Their daughter has been diagnosed with a seizure disorder, and their son has a congenital hip problem that may require surgery. Both of these disorders have genetic components.

# Thomas E. Sylcox LMT.

**243 Rt. 17K**
**Newburgh, NY.12550**
**845-913-8842**

Dear Hon. Naomi Reice Buchwald,

I would like to start by thanking you for taking the time to read this letter.  I have been Mr. Colombo's Medical massage therapist for the past seven years. In this time I have had the pleasure of not only knowing Chris, but, also his family. I have learned two things about Chris. He is the most devoted of fathers and would take the shirt off his back for some one in need.

I have watched Chris interact with his two children, and, the only words to describe it is a symbiotic relationship. The bond between them is amazing.  It is as if one of them is his heart, and the other one is the blood that feeds it. On his most hectic days a call or glance from one of his children and his whole face lights up, the troubles are gone. The biggest concern while Chris was going through his trial was with his daughter. She developed seizures while wondering if her daddy was all write, and, if he was going to come home. Her daddy is her world.

When I first met Chris he found out that I was a diabetic with poor renal out- put. That man moved mountains to help me. He did nothing short of taking me himself to the doctor he found that would be able to help me. This impressed me to no end. The philosophy of this man is truly of past days. In his eyes chivalry is not dead.

This past milestone on his life has paid a large toll on his health. When he came out from his incarceration he had a broken rib, and three torn tendons. He then had a reaction to his bracelet that caused permanent nerve damage to his left lower extremity. The actual medical term for this is drop foot or cellulites. We have treated his left leg as if Chris was a stroke victim. This way we can try to regenerate neural synapses across the synaptic cleft through out his left leg. It has been a year of twice a week treatments and we can attain some parts working some times, and other parts working other times. We still are not able to reach one hundred percent.

This condition has hindered many quality of life issues for Chris. He is no longer able to walk through the fields with his son on his shoulders. Taking long walks through a fair or amusement park with his children is no longer possible. Even some thing as trivial as chasing his children around the yard he is not able to do. Chris would gladly give up the use of both legs to be able to spend every day with his children.

Over the past seven years I have been in awe with the size of this mans heart and the amount of love that it holds. I hope this gives you an outsider's view on the real Chris Colombo. Thank you again for your time.

Sincerely,

Thomas E. Sylcox LMT.

# Raymond D. Yannone Jr.

## 55 Ridge Road, Cornwall, New York 12518
## 914 414-3057

February 5, 2008

Hon. Naomi Reice Buchwald
United States District Judge
Southern District of New York
US Courthouse
500 Pearl Street
New York, N.Y. 10007

Dear Judge Buchwald:

My name is Raymond D. Yannone Jr. and I am the owner of Storm King Building Company, Inc. and The Boat and Auto Center. Storm King Building specializes in mid-size commercial construction projects. The Boat and Auto Center, managed by my son Raymond III does boat and auto restoration as well as manage a local marina. I am a lifelong resident of Orange County New York.

This correspondence is written on behalf of Christopher Colombo. I had the pleasure of meeting Christopher in 1986. My children were friends with his nieces and nephews whom Christopher was actively involved with during their father's absence. My first impression of him when I witnessed his active involvement with the children and playful nature, especially with my children whom he had never met before was favorable.

Over the next 20 years I gradually came to know Christopher as someone I would consider a close friend to myself and family. He has proven himself repeatedly to be an honest reliable giving friend with great concern for myself, my family and especially my children. I would like to give one recent example that I believe sums up my impression of Christopher Colombo.

I am the owner of The Storm King Theater in Cornwall-on-Hudson, New York. One of the tenants in the building operated a restaurant from 2001 – 2007. He started a tradition of dropping a ball from the roof of the Theater 5 years ago on New Years Eve. This event has become more and more popular each year drawing larger and larger crowds of residents. Unfortunately the restaurant

closed in September of 2007. My daughter Elizabeth now 24 who is living in the apartment of the Theatre recruited her brother Ray III, 23, to assist her in continuing this tradition. Elizabeth went to the Village Board in October of 2007 asking permission to continue the ball drop on New Years Eve. Her ideas were met with enthusiasm. She began to plan a much more elaborate event with entertainment, a larger ball, more lights and a party at her loft apartment, the location from which this event was to be staged. It was now early December, and the event was taking shape except for the most important part, the entertainment. She asked me for some assistance since she was having difficulty finding someone at this late date for New Years Eve. I immediately thought of Christopher knowing he is friends with Sebastian Damico an Elvis impersonator, I knew he had the ability to arrange a show on short notice. I contacted him the week before Christmas and told him my story. I was a little surprised at how touched he was by my daughters efforts. He said he traditionally has a New Years gathering at his house with family and friends but felt that the effort my daughter was making for the community set such a good example for a person of her age he wanted his family and children to be apart of it. He immediately came to my office with Elvis in tow to discuss how he could help. Initially Beth had planned a few songs from the rooftop then announcing the New Year when the ball dropped. After visiting the building Christopher had bigger ideas. He wanted to stage an hour long show from the lower roof, construct a stage, lighting, set up the sound system and back up music in the room directly behind the newly constructed stage and coordinate a show with his friend Sebastian starting as Elvis, changing to Mick Jagger then finishing as Neil Diamond. Keeping in mind there was only about 9 days to prepare, including weekends and Christmas and the fact the show was to take place on New Years Eve, one of the busiest entertainment nights of the year and he still needed to arrange a DJ to back up Elvis, Christopher put it all together. It was a wonderful show. The event was a success, the crowd the largest ever. It was all done from the goodness of his heart in support of my family and the community.

Christopher Colombo has proved to be a good friend willing to make sacrifices to benefit other people and the community in general with nothing to personally gain. Over the years Christopher has been there for me through adversity. He has earned and maintained my respect and trust as a man and a friend. I have found him to be honest, loyal, credible and generous. He is one of a very few people that I would call a true friend.

Many people, some of whom I barely or don't even know have approached me over the years telling a "Christopher story" with a common theme, how he helped them or their family in some way. I was actually quite surprised by the number of Cornwall residents who shared there personal stories, spanning 25 or more years, from coaching kids to helping find employment or helping financially, with me in the weeks after the New Years Eve event . I was happy to hear how fondly he was thought of in the community.

Please consider leniency when sentencing Christopher. He has already lost years of his life due to his house arrest and the uncertainty of this cases ultimate disposition. I have seen the frustration he has experienced not being able to move forward with his life, his concerns of how to support his family, his fear of having to tell his children they may not be seeing him for months or maybe years. From the perspective of a father of four the later is, above and beyond everything, the most painful. We have all seen the lighter side of Chris, joking, laughing, teasing a walking comedy act. It seems nothing bothers him. The people that know him well can see past this façade, the pain and fear in his eyes caused by these past several years as well as what he may have to face cannot be concealed. Again I would ask you consider a lenient sentence he has proven to be a good person and valuable member of the community, his absence will create a void that cannot be filled.

Thank you for your consideration.

Sincerely,

Raymond D. Yannone, Jr.

3

# The CORNWALL LOCAL

Established 1888 · Cornwall, N.Y. · Friday, January 4, 2008

VOLUME 125 No. 1



Photo by Margaret Menge

**Chris Colombo begins the countdown as the onion-shaped Ball begins its smooth descent to the pavement in front of the Storm King Theatre Building seconds before midnight on Monday, December 31.**

# Colombo ushers in 2008

### By Margaret Menge

Hundreds converged on the Village Square on Monday for the first ever rock-n-roll Ball Drop in the history of Cornwall-on-Hudson. You could hear the music for miles -- Elvis, singing it out from the balcony above the entrance to the old Storm King Theatre. The music started at 11:30 p.m., and picked up again

after the ball had dropped. But who was up there with Elvis?

Chris Colombo of Blooming Grove, who was indicted on federal racketeering charges last year and starred in his own HBO documentary "House Arrest," hosted the Ball Drop, introducing Elvis - - Sebastian Damico of Brooklyn and Blooming Grove -- and leading the countdown to midnight.

Colombo told the Local after the show that he was born in Cornwall in 1961, and was happy to return to the place of his birth to host the Drop. His appearance here was a big surprise. Colombo said a week ago he didn't expect to be here himself. "It was kind of five days ago, six days ago...Ray says, 'so you know we

(Continued on page 3)

# *Colombo ushers in 2008...*



Photo by Margaret Menge

...astian Damico sang from the balcony, behind a railing built with ...by-fours just two days prior. When he sang Neil Diamond's "Sweet ...line," everyone joined in with him.

(Continued from page 1) do this thing with the ball..." -- he says, describing how he was called on to help friend Ray Yannone bring the Ball Drop celebration together. Colombo found the musical talent -- Damico, who is represented by Colombo's talent agency. Colombo said he counted the people in the Village Square from the balcony, going by groups of ten, and came up with 1100. We're not going to argue with him.

The crowd below seemed wowed by the spectacle of the singer up on the balcony in white Elvis-the-Las-Vegas-years pants with the enormous lighted ball hanging just above him. Beth Yannone organized the Ball Drop this year, with help from her brother and father, both named Ray. Family friends Gene Duignan and Michael Graham had helped build the balcony, just outside Beth's second floor apartment in the Storm King Theatre building (which her father owns), and Chris Colombo, as mentioned above, supplied the entertainment. The onion-shaped ball was made of strings of Christmas lights, wrapped with tinfoil, coiled around a metal frame, with silver garland adding extra sparkle. Just before midnight, the ball, suspended by a cable, began to fall to the street. Chris Colombo said afterwards that it might have been a few seconds off, but no one seemed to notice. It hit the pavement and it was 2008 in the Village of Cornwall-on-Hudson.



Photo by Margaret Menge

Chris Colombo and his talent, Sebastian Damico.



Photo by Margaret Menge

The line kicks started when Damico started singing "New York."

...n Regan and her friends celebrated in the Village Square.

Photo by Margaret Menge

...xtra!  Chris Colombo was