Dear Judge Buchwald,

Thank you so much for taking a moment out of your busy schedule to read my letter and the other letters submitted on behalf of Christopher Colombo.

To give you some character reference on me, I have attached my personal biography for your perusal.

I have known Christopher Colombo since childhood and probably know him better than most. Being an only child, Christopher was very much like a big older brother to me. When a young man grows up, there are a great many things, which influence his character. I can proudly say that Christopher taught me a great deal of valuable life lessons and the importance of family and honor.

While in college at the School Of Visual Arts, I needed to produce a film thesis project in order to complete my B.F.A. requirements. Without Christopher Colombo's help on this project, I would have never been able to produce such a high quality thesis. This was the first time Christopher tried his hand at acting and he was incredibly professional and quite funny portraying the lead character in this feature length film. Having been working in the entertainment industry since I was 16 years old, starting off as the youngest intern in NBC history, I was exposed to a great deal of professional talent. I immediately recognized Christopher's ability, even at this early stage of my career. Christopher devoted over a year of his time, both in front of the camera and later in the editing room where we both spent countless marathon hour weekends editing around the clock.

During this difficult period of Christopher's life, his three brothers were incarcerated and Christopher was single handedly taking care of his brothers Anthony, Vincent and Joseph's children. Helping them with school, providing them with cars, even though he himself was driving his mothers several year old car at the time. He would coach them at school sporting events, supervise their High School proms, and provide emotional and parental support when necessary. This is the type of man Christopher is. He would unselfishly sacrifice something, whether material or emotional of himself, to provide for his family. He continues to this day to be incredibly generous to his friends, his family and those in need. I had the personal pleasure of sharing a sponsorship page for a Leukemia foundation with him and then later, with your generous permission, Christopher attended a Tourettes Benefit where he spent a great deal of time with many of the affected children at the benefit. Leaving them with smiles and laughter. I have never seen Christopher pass a hungry person on the street without handing them a few dollars for food. This is who he is. Although he is very proud of this trait and likes to be known for his generosity, it is not forced, it is truly genuine.

I have spent weeks at a time with Christopher at his home in Blooming Grove, both before his marriage and after. He is a wonderful father and his children reflect the educational and disciplinary skills he imparts.

Christopher's on camera talent and sense of humor is priceless, which encouraged me to create the program "House Arrest" for HBO.

The show was never meant to make light of his serious situation and the judicial system, but to take a positive and entertaining look into the life of a man who led a "Fellini-esque" lifestyle and his equally entertaining former attorney, Ms. Amsterdam.

My sincere thanks to you, for your support during this period, a time where the press and many others were not so encouraging. Thanks to you, the show did go on, Christopher was employed and millions were entertained.

I understand that in March of 2008, Christopher Colombo will appear before you to determine his future on a remaining charge. I ask you, please, consider all the good he has done and all the positive things he can accomplish if he is able to continue to work with me as a free man.

I sincerely do believe Christopher has tremendous potential in the entertainment industry. It would be an ideal situation for Christopher's career and future if he could continue to work without restriction.

Would you please consider my plea for leniency for Christopher and allow him to make a fresh start and leave the nightmare of the past five years behind. Any small glitch in his life and career, at this juncture, could have a major impact on his future ability to be employable in the entertainment industry.

I know Christopher will not disappoint you and will only make you proud of your decision.

Please feel free to contact me at any time if you wish to discuss further. Mr. Jeremy Schneider, Esq. has all my contact information.

Respectfully yours,


Chris Gambale

# KEEPERS OF EDEN
A DOCUMENTARY PRESENTED BY HISTORICAL MEDIA ASSOCIATES



## Filmmakers

### CHRISTOPHER GAMBALE
*Co-Executive Producer*



Starting in the entertainment industry at the age of 15, working alongside Bill Cosby and Jay Sandrich, director of THE COSBY SHOW, Chris functioned as an assistant to Cosby and trained under Mr. Sandrich, sitting in the back row of the control room learning from one of the masters of television comedy (Soap, Mary Tyler Moore Show, Get Smart).

After receiving his BFA from The School Of Visual Arts where Chris was a Film Production/Film History major, he began working as a location assistant and later location manager on major studio feature films being produced in New York City. Among the 15 films Chris worked on were SCENES FROM A MALL, HOME ALONE 2, GLENGARRY GLEN ROSS and BILLY BATHGATE, at the time, the largest budgeted feature film to date ($68 Million).

When the production boycott hit New York City, Chris tried his hand at agenting and began working at International Creative Management (ICM) and learned the art of the talent deal from legendary agents like Sam Cohn, Ed Limato and Boaty Boatwright. Clients handled included, Joanne Woodward, Anjelica Huston, Michael Hoffman, Sidney Lumet, Alan Pakula and Albert Finney.

While working at ICM, Chris met and forged a relationship with the Chairman of Miramax Films, Harvey Weinstein and was hired to work as Mr. Weinstein's Senior Executive Assistant, supervising an office of four and delegating duties to the Senior Executive Staff of the company. Chris was with Mr. Weinstein during the Miramax "glory years", from PULP FICTION to SHAKESPEARE IN LOVE and was directly involved with over 100 Miramax productions.

While at Miramax, Chris coordinated Academy Award campaigns with the publicity and marketing teams and was responsible for implementing the Chairman's personal Academy strategy for THE ENGLISH PATIENT, which won the Oscar® for Best Picture. Chris also forged and maintained the White House relationship, acting as direct liaison to President Bill Clinton and Vice President Al Gore.

During his tenure at Miramax Films, Chris met iconic director Martin Scorsese, and was later hired to write DEUCES WILD, a 1950's gang drama Executive Produced by Mr. Scorsese and released by MGM/United Artists.

Soon after, Chris formed his production company Cineful, LLC and began working on a slate of feature films and television productions, including the controversial HBO Original Program HOUSE ARREST, which he created and co-executive produced with his production partner Judith Regan and HBO head Sheila Nevins.

Chris is extremely proud to be associated with Historical Media® as the co-executive producer of KEEPERS OF EDEN narrated by Joanne Woodward. He looks forward to help spread the important and vital message this environmental documentary presents.

Historical Media®
10 East 40th Street 48th Floor
New York, NY 10016
Tel (212) 812-9381
Fax (212) 404-7961

Dear Jeremy,

Happy New Year! May 2008 be heathy and prosperous for you and your family!

Here are the details, so far, for Chris Colombo's Los Angeles business trip.

As you may know, the Writers Guild of America, both West and East (of which I am a member) is on strike. The strike started on November 9th and looks like it may last until March at the earliest. This strike puts all scripted television on hold and has created significant "holes" in television programming for 2008.

We are looking to take advantage of this strike and pitch several reality-based project ideas to the creative television community, to fill these "holes". As you are aware, the majority of the key people, the decision makers in TV/Film are based in Los Angeles.

Since Chris Colombo is my partner and primary focus related to these reality-based pitches and meetings, it is absolutely essential for him to be at the meetings with the various producers, agents, studios and network executives – in Los Angeles, during the week of 1/26-2-3 2008. If he is unable to make it, I would have to cancel this trip and lose this once in a lifetime window of opportunity.

As of this writing, we are meeting with Abe Hoch, a producer and manager at Touchstone/ABC; Phil and Scott Rosenberg, writer/producers of the ABC TV show "October Road"; Leigh Brillstein, head of Television Talent at ICM and many others. I do not want to set up too many meetings until I am assured we have permission to travel. Both Mr. Hoch and myself will be hosting a dinner for Chris Colombo to introduce him to the various potential employers in the town.

His travel itinerary is as follows:

Jan 26, 2008 – Jet Blue flight 353 from New York JFK to Burbank, CA
Booked at the Sunset Marquis Hotel – Los Angeles from 1/26 to 2/3
Feb 3, 2008 – Jet Blue flight 350 from Burbank, CA to New York JFK

I will be sharing a room with Chris Colombo and will accompany him the entire trip.

This business trip could be a very important one for Chris, as well as myself.

Many thanks,

Chris Gambale